**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BERKLEY REGIONAL INSURANCE COMPANY | § | CASE NO. _____ |
| | § | |
| V. | § | |
| | § | |
| SHARYN MITCHELL, AS REPRESENTATIVE OF | § | |
| THE ESTATE OF GENTRY DALE MITCHELL, | § | |
| DECEDENT, AND AARON GONZALEZ | § | |

**PLAINTIFF BERKLEY REGIONAL INSURANCE COMPANY'S
<u>ORIGINAL COMPLAINT</u>**

Plaintiff Berkley Regional Insurance Company ("Berkley") files this Original Complaint against Defendant Sharyn Mitchell, as representative of the Estate of Gentry Dale Mitchell, and Aaron Gonzalez, and respectfully shows the Court as follows:

### I.    PARTIES

1.    Plaintiff Berkley is a Delaware corporation.  Its principal place of business is Urbandale, Iowa.

2.    Defendant Sharyn Mitchell is an individual Texas resident. She may be served with process at her residence at 3707 Jewel Point Drive, Spring, Texas  77386.

3.    Aaron Gonzalez is an individual Texas resident.  He may be served with process at his residence at 101 Northview Drive, Trinidad, Texas 75163.

### II.    JURISDICTION

4.    This action is brought pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*.  The amount in controversy in this action exceeds $75,000, exclusive of interest and costs.  The parties to this lawsuit reside in different states and there is complete diversity. Therefore, this Court has subject matter of jurisdiction over this action pursuant to 28 U.S.C. § 1332.

5.      This Court has personal jurisdiction over Defendant Sharyn Mitchell because she resides in Spring, Texas, and is therefore a citizen of Texas.

6.      This Court has personal jurisdiction over Defendant Aaron Gonzalez because he resides in Trinidad, Texas, and is therefore a citizen of Texas.  By virtue of his claim against Sharyn Mitchell, Aaron Gonzalez is an interested party with respect to the Berkley Policy on which Sharyn Mitchell, as representative of the estate of Gentry Dale Mitchell, claims insured status.  As such, Aaron Gonzalez is a proper party to this suit.  Any judgment that Berkley obtains against Sharyn Mitchell will be binding on Aaron Gonzalez.

### III.      VENUE

7.      Venue is proper in the Southern District of Texas, Houston Division, because Defendant Sharyn Mitchell resides in Spring, Texas.  28 U.S.C. § 1391(b)(1), (c)(1).

### IV.      FACTS

8.      This coverage suit stems from an auto accident that occurred on February 13, 2018 along US-285 in Reeves County, Texas.

9.      Gentry Dale Mitchell was driving a 2013 Chevrolet C2500 pickup truck owned by Matthew Trissel and leased by Four Six Services, LLC.

10.      Gentry Mitchell had permission to drive the 2013 Chevrolet pickup truck for work purposes, to and from the work site and the "man camp,"[1] but only within the parameters of Four Six's policies for driving a work vehicle.  Four Six has a strict policy against driving a company vehicle after drinking alcohol. (Four Six handbook, attached as Ex. A)

11.      On the day of the accident, Gentry Mitchell left the work site at approximately 5:45 p.m.  Between 5:45 p.m. and the accident at approximately 10:40 p.m., Gentry Mitchell drove the

---

[1]      "Man camps" are typically dormitory-like compounds where oilfield workers live away from home during their shifts, which can span multiple weeks.

2013 Chevrolet pickup truck to a hotel to visit a friend, where he drank alcohol, and to at least one bar, where he consumed more alcohol.

12.     While driving along US-285, Gentry Mitchell crashed his vehicle into the 2018 Dodge Ram 2500 pickup truck driven by Aaron Lee Gonzalez.  Both Gentry Mitchell and his passenger were pronounced dead at the scene.  Aaron Gonzalez allegedly sustained physical injuries.  Gentry Mitchell's blood alcohol level tested as 0.17—more than twice the legal limit.

13.     Aaron Gonzalez has sued Sharyn Mitchell, as representative of the estate of Gentry Dale Mitchell, in a case styled *Aaron Gonzalez v. Four Six Services, LLC, et al.*, cause no. 18-04-22398-CVR, pending in the 143rd District Court in Reeves County, Texas (the "Lawsuit").

14.     Berkley issued Commercial Lines Policy no. ECA3124892-12 to Four Six, effective May 30, 2017 through May 30, 2018 (the "Policy," attached as Ex. B).  The Policy provides auto liability coverage to Four Six, and others qualifying as "insureds," subject to the provisions of the Policy.

15.     Subject to certain exceptions, a driver can qualify as an "insured" under the Policy while using—with Four Six' permission—a covered "auto" that Four Six owns, hires, or borrows.

16.     Gentry Mitchell's permissive use of the "auto" is purely an insurance coverage issue, not a liability issue that will be decided in the underlying Lawsuit.  Thus, whether Gentry Mitchell was using the 2013 Chevrolet pickup truck within the parameters of permission granted by Four Six is ripe for consideration by this Court.

17.     The vehicle being driven by Gentry Mitchell at the time of the accident was scheduled as a covered "auto" on the Policy.

18.     Berkley is defending Sharyn Mitchell, as representative of the estate of Gentry Mitchell, in the Lawsuit pursuant to a reservation of rights.  Among other things, Berkley has

reserved the right to deny indemnity based on Gentry Mitchell's failure to qualify as an "insured" on the Policy because he was not a permissive user of the covered "auto" at the time of the accident.

## V.    CLAIM FOR RELIEF

19.    Berkley incorporates the preceding paragraphs by reference as if they were repeated in this paragraph.

20.    Berkley seeks a declaratory judgment that:

   a.    Gentry Mitchell does not qualify as an "insured" on the Policy for purposes of the February 13, 2018 accident because he was not a permissive user of the covered "auto" at the time of the accident;

   b.    because Gentry Mitchell does not qualify as an "insured," Berkley has no obligation to indemnify Sharyn Mitchell, as representative of the estate of Gentry Mitchell, for damages resulting from the February 13, 2018 accident.

## VI.    ATTORNEYS' FEES

21.    Berkley seeks its reasonable and necessary attorney fees.  28 U.S.C. § 2202.

## VII.    JURY DEMAND

22.    Berkley hereby demands a trial by jury on any contested issues of material fact. Along with the filing of the Original Complaint, Berkley tenders the requisite jury fee to the Clerk of the Court.

## VIII.   PRAYER

23.    Accordingly, Berkley prays that the Court issue declaratory judgment against Sharyn Mitchell, as representative of the estate of Gentry Mitchell, as follows:

    a.   Gentry Mitchell does not qualify as an "insured" on the Policy for purposes of the February 13, 2018 accident because he was not a permissive user of the covered "auto" at the time of the accident;

    b.   because Gentry Mitchell does not qualify as an "insured," Berkley has no obligation to indemnify Sharyn Mitchell, as representative of the estate of Gentry Mitchell, for damages resulting from the February 13, 2018 accident.

24.    Berkley further prays for judgment awarding costs of suit and reasonable attorneys' fees, and for such other relief as the Court deems equitable and just.

Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright
Attorney-in-charge
Texas Bar No. 22059400
Elizabeth H. Rivers
Texas Bar No. 24052020
Natasha N. Taylor
Texas Bar No. 24071117
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas  77056
(713) 572-4321
(713) 572-4320 (facsimile)
wright@wrightclosebarger.com
rivers@wrightclosebarger.com
taylor@wrightclosebarger.com

**ATTORNEYS FOR PLAINTIFF,
BERKLEY REGIONAL INSURANCE
COMPANY**

# Exhibit A

# Welcome To The Team



# Four Six Services

## "Leading By Example"

# Introduction .................................................................................. 5

   Welcome and Purpose .............................................................. 6
   At-will Employment Statement ................................................... 7
   Mission Statement .................................................................... 8

# Employment Policies ..................................................... 9

   Employment Termination Policy ............................................... 10
   Equal Employment Opportunity ............................................... 11
   Internal Transfer/Promotion Policy .......................................... 12
   I-9 Immigration Reform Policy ................................................. 13

# Workplace Conduct ....................................................... 14

   Code of Ethics Policy .............................................................. 15
   Disciplinary Action Policy ........................................................ 19
   Drug-free Workplace Policy ..................................................... 20
   Drug and Alcohol Testing Policy .............................................. 21
   Harassment Policy ................................................................. 25
   Sexual Harassment Policy ...................................................... 26
   Standards of Conduct Policy ................................................... 27
   Violence in the Workplace Policy ............................................. 28
   Workplace Bullying Policy ....................................................... 30
   Diversity Policy ...................................................................... 31

# Employee Benefits ........................................................ 32

   COBRA Benefits Policy ........................................................... 33
   Employer-offered Insurance Policy ........................................... 34
   Domestic Partnership Policy .................................................... 35
   Employment Taxes & Voluntary Deductions Policy ..................... 36

# Time Away from Work ..................................................... 37

   Communicable Disease Policy ................................................. 38
   Contagious Illness Policy ........................................................ 39
   Federal Family and Medical Leave Policy ................................. 40
   Funeral Leave Policy .............................................................. 50
   Jury Duty Policy ..................................................................... 51
   Lunch and Rest Periods Policy ................................................ 52
   Military Leave Policy ............................................................... 53

Holiday Schedule ............................................................................................. 55

Pandemic Flu Leave Policy .............................................................................. 56

Parental/School Leave Policy ........................................................................... 57

Religious Observances Policy ........................................................................... 58

Sick Time Policy ............................................................................................... 59

Vacation Policy ................................................................................................ 61

## Information & Office Security ................................................. 62

Emergency Action Plan .................................................................................... 63

Facility Access & Visitors Policy ...................................................................... 66

General Computer Usage Policy ....................................................................... 67

Recording Devices Prohibited Policy ............................................................... 68

## General Practices ...................................................................... 69

Anti-discrimination Policy ............................................................................... 70

Attendance and Standard Working Hours Policy ............................................ 71

Attendance / Punctuality ................................................................................. 72

Background Check Policy ................................................................................. 74

Business Expense Reimbursement Policy ......................................................... 75

Company Car Policy ......................................................................................... 77

Company Credit Card Policy ............................................................................ 79

Employer-provided Mobile Devices Policy ..................................................... 80

Confidential Information and Company Property Policy ................................. 81

Conflicts of Interest Policy .............................................................................. 82

Customer Complaint Policy ............................................................................. 83

Dress Code ....................................................................................................... 84

Driving While on Company Business Policy .................................................... 86

Educational Assistance Program Policy ........................................................... 87

Employee Classification Policy ........................................................................ 89

Employee Fraternization Policy ....................................................................... 90

Employee Referral Bonus Policy ...................................................................... 91

Employment of Relatives Policy ...................................................................... 92

Improper Payments and Gifts Policy ............................................................... 93

Injury & Illness Reporting Policy .................................................................... 94

Media Relations Policy .................................................................................... 95

Online Social Networking Policy ..................................................................... 96

Open Door Policy ............................................................................................. 98

Overtime Pay Policy ................................................................................. 100

Pay Periods and Check Distribution Policy ............................................... 102

Direct Deposit Policy ............................................................................... 103

Performance Evaluation Policy ................................................................ 104

Personnel Records Policy ........................................................................ 105

Phone Call Policy .................................................................................... 106

Physical Examination Policy .................................................................... 107

Safety Policy ........................................................................................... 108

Severe Weather Policy ............................................................................ 109

Smoke-free Environment Policy .............................................................. 110

Social Functions Policy ........................................................................... 111

Solicitations, Distributions & Use of Bulletin Boards Policy ..................... 112

Use of Four Six Services, LLC Equipment .............................................. 113

Desks, Lockers, and File Cabinets .......................................................... 113

# Safety Manual
Safety Manual ............................................................................... 114

Workers' Compensation Policy ................................................................ 115

Work Area ............................................................................................... 116

Safety Commitment ................................................................................. 117

General Safety Rules ............................................................................... 119

Safety Orientation Training ...................................................................... 121

Return to Work Program .......................................................................... 122

Emergency Action Plan ........................................................................... 124

Access to Employee Exposure & Medical Records ................................. 126

Motor Vehicle Record (MVR) Grading Criteria ........................................ 127

Job Specific Safety Precautions .............................................................. 128

General Safety Precautions ..................................................................... 134

Safety Manual Employee Acknowledgement ........................................... 137

# Fleet Safety Policy
Fleet Safety Policy ........................................................................ 138

Responsibility And Accountability ............................................................ 140

Driver Education and Training .................................................................. 142

Vehicle Inspection and Preventive Maintenance ..................................... 143

Accident Investigations ........................................................................... 144

General Vehicle Safety Rules .................................................................. 148

Report of Vehicle Accident ...................................................................... 150

Fleet Safety Policy Employee Acknowledgement .................................... 154

VEHICLE CONDITION REPORT...........................................155

  Annual Vehicle Loss Rate.................................................156

APPENDIX...............................................................157

  Application for Re-employment Following Military Leave............158

  Application & Request for Educational Reimbursement..............159

  Certificate of Entrance into Military Service.......................160

  Certificate of Return from Military Service.........................161

  Employee's Request to Take Voting Leave..........................162

  Expense Report.......................................................163

  Mileage Report Form.................................................164

  Report to Jury Duty..................................................165

  Vacation Request Form...............................................166

  Application for Four Six Services issued Credit Card..............167

  Disciplinary Action Form.............................................168

  Receipt of Four Six Services Employee Handbook..................170

  Receipt of Harassment Polices.......................................171

  Receipt of Smoking Polices...........................................175

  Receipt of Employee Confidentiality Policy.........................176

  Job Description Template.............................................179

  Accident Investigation/Eye Witness Form...........................180

  JSA Form Example....................................................181

  Run Sheet Form Example.............................................182

  Mentoring Program...................................................183

Job Orientation Guide..................................................................................185

PPE and General Safety Checklist.............................................................187

Employee Rules..........................................................................................188

General Safety Rules...................................................................................189

Uniform Policy.............................................................................................191

Sick Day Policy............................................................................................192

# Introduction

## Introduction

This handbook is designed to acquaint you with Four Six Services, LLC and provide you with general information about working conditions, benefits, safety practices and policies affecting your employment.

The information contained in this handbook applies to all employees of Four Six Services, LLC. Following the policies detailed within the handbook is considered a condition of continuous employment. The contents of this manual shall not constitute nor be construed as a promise of employment or as a contract between the Company and any of its employees. The handbook is a summary of our policies, which are presented here only as a matter of information.

You are responsible for reading, understanding and complying with the provisions of this handbook. Our objective is to provide you with a work environment that is constructive to both personal and professional growth.

## Introduction

While we hope to have a long and profitable relationship with you, your employment with the Company is voluntary and is subject to termination by you or the Company at will, with or without cause, and with or without notice, at any time.

While the Company may have a disciplinary system in place, this system does not have to be used—the Company may make the decision to terminate you without first taking these disciplinary steps.

None of the information provided in our policies signifies a contractual agreement or should be interpreted to conflict with, eliminate or modify in any way your employment-at-will status with the Company.

No individual, except for Matt Trissel or Dusty Renfro can approve any kind of contractual agreement. Should a contractual agreement be signed by this person, it must also be notarized in order to be applicable.

Our mission is to retain and expand our customer base through superior, personalized service.

We have carefully selected you as a team member because we believe that you will provide the high-quality service that continually makes us the best in the business. We believe that consistent, ethical and quality performance in all of our endeavors is the key to success and will result in loyal, mutually beneficial relationships. As a member of our team, dedication to providing the best service to our customers is your number-one priority.

To fulfill this mission, we are committed to:

- Providing competitively priced products and high-quality service

- Be up to date with new technologies that may benefit us

- Rewarding employee achievement

- Serving and supporting the community

- Building partnerships

- Exceeding customer expectations

Mission Statement

# Employment Policies

## Employment Policies

Employment Termination Policy

1. Termination of employment is an inevitable part of personnel activity within any organization, and many of the reasons for termination are routine. Below are examples of some of the most common circumstances under which employment is terminated:

   ○ Resignation—voluntary employment termination initiated by an employee.

   ○ Termination—involuntary employment termination initiated by the company.

   ○ Layoff—involuntary employment termination initiated by the company for non-disciplinary reasons.

2. If you wish to resign, we ask that you notify your manager of your anticipated departure date at least two weeks in advance. Of course, as much notice as possible is appreciated by the company and your co-workers. This notice should be in the form of a written statement.

3. If you fail to report to work for three consecutive days without informing management of the planned absence, we will assume that you have voluntarily resigned.

4. In the case of termination due to resignation, retirement or permanent reduction in the work force, your accrued vacation pay will be paid on a pro-rata basis. Unused personal time is not paid upon termination. In the case of termination, any vacation or personal/sick time used in excess of accrued time will be deducted from your final paycheck given your prior written permission.

5. Furthermore, any outstanding financial obligations owed to the company will also be deducted from your final check given your prior written permission. If your final check does not sufficiently cover the money owed to the Company, you will remain liable for that amount.

6. A meeting between you and your immediate manager will take place prior to your last day of work. A health insurance extension of benefits under COBRA regulations is available and is offered via mail to eligible employees. Any Company equipment, office keys, etc. must be returned at this time, along with all other Company property and confidential information.

7. If you leave Four Six Services, LLC in good standing, you may be considered for re-employment.

8. Except as required by law or by separate agreement, employee salary and benefits will end on the date of termination.

9. Upon resigning from Four Six Services, LLC, please continue to provide us with an accurate address for at least one year for tax purposes.

## Employment Policies

Equal Employment Opportunity

It is our policy to provide an equal employment opportunity to all individuals. We are committed to a diverse workforce. We value all employees' talents and support an environment that is inclusive and respectful. We are strongly committed to this policy, and believe in the concept and spirit of the law.

We are committed to ensuring that:

o   All recruiting, hiring, training, promotion, compensation and other employment-related programs are provided fairly to all persons on an equal opportunity basis;

o   Employment decisions are based on the principles of equal opportunity. All personnel actions such as compensation, benefits, transfers, training, and participation in social and recreational programs are administered without regard to any characteristic protected by state, federal or local law;

o   Employees and applicants will not be subjected to harassment, intimidation, threats, retaliation, coercion or discrimination because they have exercised any right protected by law; and

o   Reasonable accommodations will be made for disabilities and religious beliefs.

We believe in and practice equal opportunity. The Director of Human Resources serves as our Equal Opportunity Coordinator and has overall responsibility for assuring compliance with this policy. All employees are responsible for supporting the concept of equal opportunity and diversity and assisting our Company in meeting its objectives.

Please contact Human Resources with questions or concerns.

## Employment Policies

### Internal Transfer/Promotion Policy

The Company strives to retain employees through an environment that creates opportunity and encourages advancement. It is our goal to fully use employees' skills and allow them to continually develop their talents.

When new positions become available, they will be advertised both internally and externally. Current employees are welcome to apply, as are external candidates. All staffing decisions will be made with the position goals in mind, with the desire to hire the best-qualified individual being prevalent.

At times, positions may be filled internally without being posted. This could relate to a planned career progression plan that includes an employee being assigned new responsibilities, or could take place for other reasons.

Transfers can be either management- or employee-initiated. They are determined by business needs and employee qualifications. Employees will be given the opportunity to provide input prior to the decision being made, but should not be approached regarding a transfer or open position without the knowledge of their manager and Human Resources. Transfers will be made in a manner that disrupts ongoing operations as little as possible.

In order to be considered for a transfer or promotion, you must complete the Internal Transfer/Promotion Application form and submit it to Human Resources with your manager's signature. After the interview process is complete, if you are selected for the position you will receive documentation and the transition process will begin.

## Employment Policies

I-9 Immigration Reform Policy

Four Six Services, LLC complies with the Immigration Reform and Control Act, employing only those persons who are legally eligible to work in the United States.

Four Six Services, LLC complies with the Immigration Reform and Control Act of 1986 by employing only U. S. citizens and non-citizens who are authorized to work in the United States. All employees are asked on their first day of employment to provide original documents verifying their right to work in the United States and to sign a verification form required by federal law (INS Form I-9). If an individual cannot verify his or her right to work within three days of hire, Four Six Services, LLC must terminate his or her employment.

Please contact Human Resources with questions or concerns.

# Workplace Conduct

# Workplace Conduct

Code of Ethics Policy

Four Six Services, LLC maintains specific policies in an attempt to assist employees in adhering to certain standards of conduct. These policies are in place to preserve the Company's reputation and prevent adverse consequences to all parties involved. This particular policy is designed to establish standards of conduct with respect to payments and political contributions.

## Prohibition of Improper Payments

The Company requires all employees to only use lawful practices involving payments to customers, political parties, officials, candidates or governmental authorities. As a result, kickbacks and bribes offered with the intent of inducing or rewarding specific buying decisions or actions are strictly prohibited. No Company employee may offer to make direct or indirect payments of value in the form of compensation, gifts or contributions to any of the following:

- o  Persons or firms employed by or acting on behalf of a customer (private or governmental) for the purpose of rewarding favorable actions in a transaction.

- o  Any governmental officials, political parties or officials of a party or candidate for political office, for the purpose of rewarding favorable actions or influence of the official, party or candidate.

These restrictions are not applicable to ordinary, reasonable business entertainment expenses and gifts of no substantial value. Management should exercise sound judgment and discretion with regard to controlling and authorizing these business expenses on a regular basis.

## Political Contributions

The Company will not make any contributions to any political party or candidate for political office in violation of federal or state law. Federal law generally prohibits corporations from making contributions or expenditures in connection with a political campaign, subject to some limited exceptions. There are, however, various states that do allow corporate contributions to political parties and candidates in conjunction with state and local elections.

## Reporting to Management

Any employee who must authorize, make or agree to a payment that may be contrary to this policy must report this information to his or her supervisor or to the Company's legal counsel immediately. If an employee learns that a coworker is engaging in conduct contrary to this policy, the employee must report this information immediately to his or her supervisor or the Company's legal counsel immediately as well. Management personnel who receive a report will promptly discuss the issue with legal counsel for further investigation.

## Antitrust Laws

Antitrust laws are relevant to many business decisions, and those who engage in illegal actions against such laws are subject to fines and imprisonment. Management will help guide employees in abiding by antitrust decrees applicable to the Company. The Company intends to comply with all U.S. antitrust laws applicable to normal business operations and will hold employees responsible for abiding by these laws as well.

Code of Ethics Policy | 15

## Workplace Conduct

In compliance with Section I of the Sherman Antitrust Act:

- o  No employee may enter into an agreement (expressed or implied, formal or informal, written or oral) with any competitor restricting any of the following conditions or business offering:

    - Prices

    - Costs

    - Profits

    - Offerings of products and services

    - Terms of sale conditions

    - Production or sales volume

    - Production capacity

    - Market share

    - Quote decisions

    - Customer selection

    - Sales territories

    - Distribution methodology

- o  No employee may enter into an agreement with a purchaser or lessee restricting the right of the purchaser or lessee to determine the price to resell or lease the product in question. Employees may also not enter in such agreements when the Company is the purchaser or lessee in the agreement.

The following situations may be in violation of antitrust laws under certain circumstances. Employees may not enter into these agreements without consulting legal counsel in advance and obtaining clearance to enter into such agreements.

- o  Agreements with customers or suppliers regarding the sales or purchases of reciprocal purchases or sales by customers or suppliers.

- o  Agreements with purchasers or lessees of products of the Company that would restrict customers from using or reselling products as they choose to do so.

- o  Agreements with any party that would restrict all parties involved to manufacture a product or provide a service to a third party.

**Exchange of Information with Competitors**

# Workplace Conduct

Communication with competitors would be an infringement of antitrust laws, specifically if the communication were accompanied by some action. The prohibitions of this policy are intended to avoid antitrust infringements. Under this policy, no employee may discuss information on any subject with a competitor or another third party acting on behalf of a competitor to remain compliant with Section I of the Sherman Antitrust Act, unless the Company's legal counsel determines that the communication would not violate antitrust laws.

When participating in trade associations and other meetings with competitors, employees may not attend:

- o   Unauthorized meetings with competitors.

- o   Meetings where the communication with competitors is in violation of the paragraph above.

- o   Meetings for trade associations held to discuss business without adhering to the formal rules established by the trade association for its meetings.

Employees must recognize that participating in development and product certification events impacting competitors or suppliers may initiate antitrust violations. Consult with the Company's legal counsel before attending any event that may develop standards or certify products with competitors.

**Violations of this Policy**

If an employee violates this policy, he or she may be subject to termination or other disciplinary action to prevent future violations. The following individuals may be subject to disciplinary action or termination:

- •   Employees who are in direct violation of this policy.

- •   Employees who deliberately withhold information concerning the violation of this policy or fail to report a violation of this policy.

- •   Management personnel who fail to report violation of this policy by their subordinates.

If an employee is accused of violating antitrust laws, yet he or she did consult legal counsel and acted in good faith, the employee may not face disciplinary action under this policy. The Company may also assist in the employee's defense, within the confines of the law.

## Workplace Conduct

### Complaint Policy

Four Six Services, LLC strives to openly communicate with all employees. Any concerns employees have should be promptly reported to management so that a solution may be devised.

Examples of some complaints employees may have:

- o Suggestions for improvement
- o Concerns about working conditions
- o Issues with co-workers
- o Concerns about treatment at work

When a complaint is voiced, management will do its best to remedy the situation. While every employee may not be satisfied with every solution, employee's input is valued and Four Six Services, LLC wants to foster an environment where all employees feel comfortable reporting their concerns.

Please contact your supervisor or Human Resources with all complaints.

## Workplace Conduct

### Drug-free Workplace Policy

We recognize alcohol and drug abuse to be potential health, safety and security problems. It is expected that all employees will assist in maintaining a work environment free from the effects of alcohol, drugs or other intoxicating substances. Compliance with this Drug-free Workplace Policy is made a condition of employment.

Employees are prohibited from the following when reporting for work, while on the job, on Company or customer premises or surrounding areas or in any vehicle used for Company business:

o   The unlawful use, possession, transportation, manufacture, sale, dispensation or other distribution of an illegal or controlled substance or drug paraphernalia

o   The unauthorized use, possession, transportation, manufacture, sale, dispensation or other distribution of alcohol

o   Being under the influence of alcohol or having a detectable amount of an illegal or controlled substance in the blood or urine ("controlled substance" means a drug or other substance as defined in applicable federal and state laws on drug abuse prevention)

Any employee violating these prohibitions will be subject to disciplinary action up to and including termination.

Any employee convicted under any criminal drug statute for a violation occurring while on the job, on Company or customer premises or in any vehicle used for Company business must notify the Company no later than five days after such a conviction. A conviction includes any finding of guilt or plea of no contest and/or imposition of a fine, jail sentence or other penalty.

Drug and alcohol testing will be carried out in compliance with any applicable state and federal laws and regulations.

Disciplinary action will be taken for drug-related crimes, regardless of whether they happened during working hours or on an employee's own time.

We recognize that employees suffering from alcohol or drug dependence can be treated. We encourage any employee to seek professional care and counseling prior to any violation of this policy.

## Workplace Conduct

### Drug and Alcohol Testing Policy

Four Six Services, LLC values the health and safety of its employees and knows that the use of alcohol and/or drugs can have a negative impact on the workplace and on job performance. Because of this, Four Six Services, LLC prohibits the use, sale or possession of alcohol and/or illegal drugs at all times while on Company property or time. Employees are subject to drug and alcohol testing at any time, with or without notice.

In accordance with the Federal Drug Free Workplace Act, individuals convicted of any criminal drug statute, including misdemeanors, for violations occurring on company property or Company time must notify Four Six Services, LLC within five (5) days of the date of conviction. This includes any findings of guilt, pleas of 'no contest' and impositions of fines, jail sentences or other penalties.

**Testing Methods**

- *Pre-employment Testing:* Every job applicant will be required to take and pass a drug and/or alcohol test before he or she may officially be hired by Four Six Services, LLC. Each applicant will be notified that a drug and/or alcohol test is required as part of the interview process and that any and all job offers are contingent upon successfully passing a drug and/or alcohol test.

- *Periodic Group Testing:* Employees will periodically be required to submit a specimen for an unannounced drug and/or alcohol test. Employees will be given short notice of the test and will be told when the testing will occur.

- *Random Testing:* Every employee has the chance of being selected to provide a specimen for a drug and/or alcohol test. Such random testing will take place annually. Selection for testing will be done to ensure that the selection of individuals is done at random.

- *Reasonable Suspicion Testing:* If there is suspicion that an employee is under the influence of drugs and/or alcohol while on Company property or time, the employee will be required to take a drug and/or alcohol test. Reasonable suspicion will be based on observable instances or actions such as, but not limited to, the following:

  o   Dangerous conduct

  o   Unexplained decrease in job performance

  o   Hostile interpersonal relations

  o   Possession of drug paraphernalia

  o   Noticeably reduced short-term memory

  o   Physical symptoms (incl. bloodshot eyes, slurred speech and vomiting)

  o   Anxiety

  o   Inability to concentrate

## Workplace Conduct

- *Post-accident Testing:* Every employee who is directly involved in, or whose actions contributed to, an accident on the job must submit to a drug and/or alcohol test as soon as possible after the incident occurs. Accidents include all Occupational Health and Safety Administration (OSHA) recordable incidents, actions or omissions that result in near-miss accidents and accidents involving injury requiring first aid or off-site medical attention. Accidents also include property damage caused by human error.

- *Follow-up Testing:* Employees who have tested positive for a drug and/or alcohol test, and employees who have attended drug and/or alcohol-related counseling may not return to work until they have been evaluated by a medical professional in a substance abuse treatment facility and have successfully passed a drug and/or alcohol test. Employees who return to work will be subject to follow-up tests, all of which will be unannounced.

Each of the following actions constitutes a refusal to submit to testing:

- Failure to provide an adequate urine, blood, breath or saliva specimen for a drug and/or alcohol test without a valid medical explanation

- Failure to be escorted to a testing facility

- Tampering with, adulterating or diluting a specimen

- Refusing to sign a Chain of Custody form at the testing facility.

Employees do have the option to refuse to submit to drug and/or alcohol tests; however, doing so will constitute a violation of this policy. Refusal to take a drug and/or alcohol test will also be considered a positive test result, which subjects the employee to disciplinary action(s). Job applicants who refuse to submit to drug and/or alcohol testing will be not be considered for employment.

**Disciplinary Actions**

Employees who test positive for drugs and/or alcohol, or who refuse to submit to testing, will be subject to disciplinary action(s), up to and including termination. No employee who tests positive for drugs and/or alcohol will be allowed to return to work until he or she has done the following:

- Signed the Rehabilitation Agreement form

- Successfully completed an assessment and/or treatment for drug and/or alcohol abuse

- Received certification from a qualified medical professional that he or she is free from drug and/or alcohol use

- Taken a drug and/or alcohol test, received negative test results and consented to follow-up testing

**Collection of Specimens and Testing**

Four Six Services, LLC subscribes to the collection and testing procedures outlined by the Department of Health and Human Services (HHS). This protocol protects the privacy and confidentiality of the employee. Under certain circumstances, HHS requires that specimen donors

## Workplace Conduct

provide a fresh specimen in the presence of a witness; however, this only occurs if there is suspicion of any of the following:

- The specimen is not from the donor

- The specimen was altered or tampered with

- The collection is part of a post-treatment monitoring program

- The donor adulterated the previous specimen

All specimens collected for drug and/or alcohol testing will be processed using employees' social security numbers as identification to ensure confidentiality.

### Necessary Forms

Specimens will be tracked using a Custody and Control Form from the point of submission through destruction. Employees submitting specimens will be required to sign Chain of Custody Forms. If an employee does not sign these forms, retests will be requested. An employee who refuses to sign after it is requested of him or her will be considered having refused testing and will be subject to disciplinary action.

### Laboratory Testing

All drug and/or alcohol testing will be conducted in a laboratory certified by HHS, according to the following procedures: (1) specimens will be screened for amphetamines, benzoyleconine (cocaine), opiates, phencyclidine (PCP) and tetrahydrocannabinol (THC or marijuana); and (2) test results will be confirmed by gas chromatography/mass spectrometry (GC/MS). Four Six Services, LLC reserves the right to test for other substances as well.

No specimen will be considered positive until it has been confirmed at the level established by HHS. If no established levels have been set by HHS for a tested substance, Four Six Services LLC will hold the testing facility responsible for establishing an acceptable level.

Test results for alcohol revealing a blood alcohol content of .04 or greater will be considered positive.

### Results

Positive test results will be reported to the Medical Review Officer (MRO), who will then contact the employee to discuss the results. Should the MRO be unable to contact the employee, he or she will contact Four Six Services, LLC for assistance. If the MRO cannot make contact with the employee within five days of testing or the results reveal a major safety concern, the MRO may disclose positive test results to Four Six Services, LLC. At that point, Four Six Services, LLC reserves the right to take the employee off active duty until the MRO is able to contact the employee. When the MRO does contact the employee, and only if he or she can provide a viable reason for why the test came back positive, then the positive test result will be reported to Four Six Services, LLC as negative.

### Use of Prescription Medications

## Workplace Conduct

Nothing in this policy prohibits the appropriate use of prescription medication as legally prescribed by a licensed physician. If an employee is taking prescription medication with potential side effects that may infringe on the safety of the employee or others, he or she must notify Four Six Services, LLC. Failure to do so may result in disciplinary action, up to and including termination.

Four Six Services, LLC may contact the employee's physician to investigate whether it is necessary to impose restrictions on job duties as a result of the employee's use of prescription medication. If Four Six Services, LLC and the physician determine that the employee should be removed from performing his or her job duties, Four Six Services, LLC will notify the employee immediately.

**Confidentiality**

Results of all drug and/or alcohol testing will be kept separate from employee personnel files and treated as confidential information. All results, whether positive or negative, will not be shared with anyone outside of the employee's direct supervisory chain of command, except when absolutely necessary for treatment or physician confirmation purposes.

NOTE: Four Six Services, LLC may disclose the results of a drug and/or alcohol test to decision-makers in a lawsuit, grievance or other proceeding initiated by or on behalf of the employee.

**Employee Assistance Program Policy**

Four Six Services, LLC is well aware that substance abuse problems affecting individual employees may also affect their job performance and personal life. Although employees can usually resolve issues on their own, at times, they may benefit from additional assistance. Four Six Services, LLC proudly offers a confidential counseling service to employees and their family members (paid through your employee insurance coverage, if applicable, or by the employee). This Employee Assistance Program (EAP) includes short-term counseling as well as referral services. This service is staffed by specialists qualified to assist with alcohol, drug, medical, marital, financial, legal, family and emotional problems.

The EAP is available to all employees, but is not required except when job performance, attendance or job responsibilities are negatively affected. All employees are welcome to make use of these services to better their personal lives.

In addition, an employee who voluntarily comes forward before violating this policy will be given the opportunity to seek treatment in accordance with the Voluntary Rehabilitation Agreement. In the event of a positive drug and/or alcohol test result, Four Six Services, LLC will refer the individual to available resources; either at the employee's expense, or that are covered by the company's health plan. Prior to entering treatment, the employee will be required to sign a form consenting to the release of information regarding his or her treatment and return-to-work status. Upon leaving the treatment facility, an evaluation will be required to demonstrate that treatment was completed successfully.

If treatment requires time away from work, the time will be unpaid, unless paid vacation, sick leave or other earned time away is used. Upon return to work, Four Six Services, LLC will remain in contact with the treatment facility to assure ongoing compliance with the recommended treatment. In addition, the employee will be required to submit to drug and/or alcohol testing for up to 60 months, at the discretion of Four Six Services, LLC. Should the individual test positive for any substance at any point during that time, he or she will be immediately terminated.

## Workplace Conduct

### Harassment Policy

Four Six Services, LLC strives to provide a work environment that is free from harassment. Therefore, Four Six Services, LLC will not tolerate harassment based on age, race, gender, color, religion, national origin, disability, marital status, covered veteran status, sexual orientation, status with respect to public assistance and other characteristics protected under state, federal or local law. This conduct is prohibited in any form at the workplace, at work-related functions or outside of work if it affects the workplace. This policy applies to all employees, clients, customers, guests, vendors and persons doing business with the Company.

Harassment consists of unwelcome conduct toward an individual because of his or her age, race, gender, color, religion or other protected status when the conduct creates an intimidating, hostile or offensive work environment that causes work performance to suffer or negatively affects job opportunities.

Types of prohibited harassment include, but are not limited to, the following:

- Verbal or written comments related to a trait someone possesses, including name-calling, jokes, slurs, negative stereotyping or threats

- Explicit or degrading verbal comments about another individual or his or her appearance

- Nonverbal conduct, such as staring, leering or giving inappropriate gifts

- Physical conduct, such as assault or unwanted touching

- Visual images, in hard copy or electronic form, relating to a trait someone possesses (for example, cartoons, drawings or pictures)

Appropriate performance reviews, counseling or discipline by your manager do not constitute harassment.

If you feel that you are being harassed, take the following steps:

- Tell the harasser that his or her actions are not welcome and they must stop, if you feel comfortable enough to do so

- Report the incident immediately to your manager or site Human Resources representative

- Report any additional incidents or retaliation that may occur to your manager or site Human Resources representative

All reports will be investigated immediately and thoroughly. Complaints and actions taken to resolve complaints will be handled as confidentially as possible. Appropriate actions will be taken to stop and remedy such conduct, including interim measures during a period of investigation.

Retaliating or discriminating against an employee who reports a suspected incident of harassment or who cooperates in an investigation is prohibited. Employees who violate this policy or retaliate against an employee in any way will be subject to disciplinary action, up to and including termination.

## Workplace Conduct

### Sexual Harassment Policy

Four Six Services, LLC prohibits sexual harassment of all kinds. This policy applies not only to employees, but also to clients, customers, guests, vendors and anyone else doing business with Four Six Services, LLC. Any employee who feels that he or she has been a victim of sexual harassment, or who believes that he or she has witnessed sexual harassment, should notify Human Resources immediately.

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature when:

- Submission to such conduct is made a term or condition, either explicitly or implicitly, of an individual's employment

- Submission to or rejection of such conduct by an individual is used as a factor in decisions affecting that individual's employment

- Such conduct has the purpose or effect of interfering with an individual's work performance or creates an intimidating, hostile or offensive work environment

Sexual harassment includes many forms of offensive behavior, including the harassment of a person of the same gender as the harasser. Examples of sexual harassment include, but are not limited to, the following:

- Unwelcome sexual flirtation, advances or propositions

- Verbal comments related to an individual's gender or sexual orientation

- Explicit or degrading verbal comments about another individual or his or her appearance

- The display of sexually suggestive pictures or objects in any workplace location, including transmission or display via computer

- Any sexually offensive or abusive physical conduct

- The taking of or the refusal to take any personnel action based on an employee's submission to or rejection of sexual overtures

- Displaying cartoons or telling jokes which relate to an individual's gender or sexual orientation

It is important to Four Six Services, LLC that all employees are protected from harassment. Any incidents that are perceived as harassment will be investigated and appropriate action will be taken by Four Six Services, LLC.

## Workplace Conduct

### Standards of Conduct Policy

The work rules and standards of conduct for Four Six Services, LLC are important, and the Company regards them seriously. All employees are urged to become familiar with these rules and standards. In addition, employees are expected to follow the rules and standards faithfully in doing their jobs and conducting business on behalf of Four Six Services, LLC. Please note that any employee who deviates from these rules and standards will be subject to disciplinary action, up to and including termination of employment.

While not intended to list all the forms of behavior that are considered unacceptable in the workplace, the following are examples of rule infractions or misconduct that may result in disciplinary action.

- o   Theft or inappropriate removal or possession of property
- o   Falsification of timekeeping records
- o   Working under the influence of alcohol or illegal drugs
- o   Possession, manufacture, distribution, sale, transfer, dispensation or use of alcohol or illegal drugs, or firearms
- o   Fighting or threatening violence in the workplace
- o   Immoral actions or intimidating others
- o   Boisterous or disruptive activity in the workplace
- o   Negligence or improper conduct leading to damage of Company or customer property
- o   Insubordination or other disrespectful conduct
- o   Violation of safety or health rules
- o   Smoking in the workplace
- o   Sexual or other unlawful or unwelcome harassment or touching
- o   Excessive absenteeism or any absence without notice
- o   Unauthorized use of telephones or other Company equipment
- o   Using Company equipment for purposes other than business (e.g., playing games on computers or personal Internet usage, including social media)
- o   Unauthorized disclosure of confidential information
- o   Violation of personnel policies
- o   Unsatisfactory performance or conduct

These rules apply to any and all interactions with customers, fellow employees or anyone else associated with the workplace.

## Workplace Conduct

Violence in the Workplace Policy

It is Four Six Services, LLC's policy to provide a workplace that is safe and free from all threatening and intimidating conduct. Therefore, the Company will not tolerate violence or threats of violence of any form in the workplace, at work-related functions or outside of work if it affects the workplace. This policy applies to Company employees, clients, customers, guests, vendors and persons doing business with the Company.

It is a violation of this policy for any individual to engage in any conduct, verbal or physical, which intimidates, endangers or creates the perception of intent to harm persons or property. Examples include but are not limited to:

- o  Physical assaults or threats of physical assault, whether made in person or by other means (i.e., in writing, by phone, fax or email)

- o  Verbal conduct that is intimidating and has the purpose or effect of threatening the health or safety of a co-worker

- o  Any other conduct or acts that management believes represent an imminent or potential danger to workplace safety or security

Anyone with questions or complaints about workplace behaviors that fall under this policy may discuss them with a supervisor or a Human Resources representative. The Company will promptly and thoroughly investigate any reported occurrences or threats of violence. Violations of this policy will result in disciplinary action, up to and including immediate termination of employees. Where such actions involve non-employees, the Company will take action appropriate for the circumstances. Where appropriate and/or necessary, the Company will also take whatever legal actions are available and necessary to stop the conduct and protect Company employees and property.

## Workplace Conduct

### Weapons in the Workplace Policy

Unless prohibited by state law, Four Six Services LLC prohibits the possession of firearms or any other lethal weapon on Company AND customers' property, in a vehicle being used on Company business, in any company-owned or leased parking facility or at a work-related function. This applies to all employees, visitors and customers on Company property, even those who are licensed to carry weapons. The only exception to this is an employee who is required to possess weapons in order to fulfill his or her job duties.

Some examples of prohibited weapons include:

- o   Firearms (pistols, revolvers, shotguns, rifles and bb guns)
- o   Knives (switchblades, gravity knives or any knife with a blade longer than three inches)
- o   Metal knuckles
- o   Bows and arrows
- o   Tasers

We prohibit weapons to ensure the safety and security of all employees and persons visiting the Company and to comply with customers' policies. Any employee found in violation of this policy will be subject to disciplinary action, up to and including immediate termination. If you have questions or concerns regarding this policy, please contact Human Resources.

## Workplace Conduct

### Workplace Bullying Policy

Four Six Services, LLC is committed to providing a safe and healthy work environment for all employees. As such, the Company prohibits bullying of any kind and will deal with complaints accordingly. This policy applies to employees while working, at work functions and while traveling on business.

Bullying is defined as unwelcome or unreasonable behavior that demeans, intimidates or humiliates an individual or a group of individuals.

Bullying can be:

- o   An isolated incident or persistent incidents

- o   Carried out by a group or an individual

- o   Either direct or indirect

- o   Verbal or physical

Some examples of bullying include:

- o   Abusive or offensive language

- o   Unwelcome behavior

- o   Unreasonable insults or criticism (especially in public)

- o   Teasing and/or spreading rumors

- o   Trivializing of work or achievements

- o   Exclusion or isolation

Bullying can have devastating results. If you witness bullying or suspect bullying is taking place, report it to your supervisor and/or to Human Resources immediately. All suspected incidents of bullying will be thoroughly investigated and disciplinary measures will be taken accordingly.

## Workplace Conduct

### Diversity Policy

We encourage and welcome diversity, recognizing it as a key competitive advantage. By creating a supportive environment that allows everyone to perform to their potential, we achieve success, and that success reflects the quality of our employees.

The value of different backgrounds and perspectives should not be overlooked. Having a diverse workforce assists us in looking at all situations from a variety of angles and coming up with innovative ideas and solutions. Embracing and understanding what each employee's background and perspective can contribute allow us to progress more quickly than our competitors.

Some types of diversity are as follows:

- Life experiences

- Work experiences

- Perspectives

- Cultures

- Ethnicity

- Gender

- Age

Respecting each individual and recognizing the value that they bring to our diverse team is essential.

# Employee Benefits

## Employee Benefits

COBRA Benefits Policy

Four Six Services, LLC complies with the federal law, Consolidated Omnibus Budget Reconciliation Act of 1985, P.L. 99 272, and later amendments, otherwise known as COBRA. Covered employees and their dependents who lose insurance coverage for any of the following reasons are eligible to continue their coverage through COBRA: termination of the covered employee's employment, reduction in the covered employee's working hours, divorce or legal separation, death of the employee, eligibility for Medicare or loss of dependent child status under the insurance plan. All administrative rules and processes as well as changes in plan benefits and premiums apply to those on continuation coverage.

In the event of divorce or legal separation, or the loss of dependent child status under the plan, a covered employee or dependent must notify Human Resources within 60 days to maintain the right to continue coverage. At that time, Human Resources will provide enrollment materials to the employee or covered dependent within 14 days of that notification.

The covered employee or dependent has 60 days to elect continuation of coverage from either the date that coverage would ordinarily have ended under the plan by reason of a qualifying event or the date of notification, whichever comes later. Election of continuation of coverage is established by completing and returning enrollment materials to Human Resources.

COBRA premiums will be billed by the applicable insurance provider, and the first premium will be due within 45 days of the date of election. Subsequent premiums must be received within the terms set forth by the provider. Failure to make timely payments will result in termination of coverage without notice.

COBRA continuation coverage will end for any of the following reasons:  discontinues its insurance plan, the premium payment is not made in a timely fashion and the person who elected continuation of coverage becomes covered under another insurance plan or Medicare. Continuation coverage will end after 18 months if the qualifying event was termination or reduction in hours, unless the qualified beneficiary is disabled at the time of termination or reduction in hours, in which case coverage may extend to 29 months. Continuation coverage will otherwise end after 36 months.

**NOTE: State COBRA laws differ—check with your legal advisor to make sure that the provision in your handbook is in compliance with your state and federal COBRA laws. COBRA is not applicable to all employers.**

## Employee Benefits

### Employer-offered Insurance Policy

Four Six Services, LLC provides group health, dental, vision and life insurance plans to all full-time employees. Coverage is offered either on an individual or family plan, in which the Company pays for 100 percent of the monthly individual premium and for 0 percent of the additional premium that is charged for dependent medical coverage. The employee pays 0 percent of the monthly individual premium and 100 percent of any additional chosen dependent coverage through payroll deductions.

Insurance coverage begins on the first day of the first payroll period beginning on or after the date a full-time employee is hired and completes the necessary enrollment forms. Employees who wish to enroll at a later date may do so at that time. Current part-time employees who become full-time employees will be notified by Human Resources when they are eligible to enroll.

As a result of termination, reduction in work hours, or in the event that an employee is on a military or other leave of absence, an employee may be eligible to continue the Company's group coverage by paying the monthly premium. More information will be provided when an employee becomes eligible for continuation coverage.

**Employees are urged to consult the insurance summary plan description for details of the plan benefits. The plan document controls payment of any benefits.**

Group insurance is an employee benefit in which an employee is not required to enroll. There will be no increase in wages if an employee waives coverage. For inquiries, contact the Human Resources department.

## Employee Benefits

Domestic Partnership Policy

Four Six Services, LLC's goal is to promote acceptance of diversity, specifically in regard to sexual orientation. One way that we make progress toward this goal is by providing the same benefits to registered domestic partners and their families as we do to legally married individuals and their families.

In order to qualify as a domestic partnership, both individuals must be:

- o   18 years of age or older

- o   Of the same gender

- o   Not legally married to any person and not related in any way that would prohibit marriage according to state laws

- o   Each other's sole domestic partner

- o   Living together

In addition, domestic partners may be required to share financial obligations, and designate their partner as beneficiary for life insurance or retirement benefits.

To register or terminate a domestic partnership, please contact Human Resources.

## Employee Benefits

Employment Taxes & Voluntary Deductions Policy

As an employee of Four Six Services, LLC, you are responsible for paying federal, state and local taxes. This includes income, Social Security and Medicare taxes. These taxes will be automatically withdrawn from each of your paychecks at a rate that is determined by the number of deductions you claim.

You are also eligible to receive benefit coverage under United Healthcare. Should you choose to enroll in the offered benefits program, you will be required to pay a portion of the premium cost. Your total annual contribution cost for the coverage you select will be divided by the number of pay periods in the Plan Year to determine the amount that will be deducted (on a pre-tax basis) from each of your paychecks.

You have the option of waiving all pre-tax benefits. Should you choose to waive these benefits, you will not have another opportunity to elect them until the next Open Enrollment Period, and any after-tax coverage permitted by the company will be outside the plan. The only exception to this is in the case of a Change in Election Event for an applicable benefit. Some common Change in Election Events include changes in employment status, divorce and marriage. In these circumstances, the election change must be on account of and consistent with the Change in Election Event, as described in the Plan. Health Savings Account (HSA) contribution elections can be changed at any time and for any reason. HSA contribution election changes will become effective no later than the first day of the calendar month after the change request is filed.

The employment taxes and voluntary deductions described above will continue to be deducted from your paycheck until changes are made to the number of deductions you claim, or until you change your benefit elections. There is a possibility, however, that your contributions for Medical and Dental Insurance Benefits will be automatically increased or decreased for changes.

# Time Away from Work

# Time Away From Work

## Communicable Disease Policy

A communicable disease is a disease that can be transmitted from one individual to another via: (1) direct physical contact, (2) the air (cough, sneeze or particle inhaled), (3) through a transmission vehicle (either ingested or injected) or (4) through a vector (animals or insects). Examples of some of the most common communicable diseases include: measles, influenza, viral hepatitis-A (infectious hepatitis), viral hepatitis-B (serum hepatitis), human immunodeficiency virus (HIV), AIDS, AIDS-Related Complex (ARC), leprosy, Severe Acute Respiratory Syndrome (SARS) and tuberculosis (TB). This definition may be broadened in accordance with the recommendations and information provided from the Centers for Disease Control and Prevention (CDC).

Four Six Services, LLC will make decisions involving those with communicable diseases based on medical information concerning the disease in question, the risks of transmission to others, symptoms and any special circumstances of the individuals involved. The Company will weigh potential risks and available alternatives before making any decisions.

### Reporting Procedure

Those employees who demonstrate signs or symptoms of a communicable disease that poses a credible threat of transmission in the Four Six Services, LLC workplace should report that potential infection or disease immediately to the Human Resources department. The employee is then responsible for keeping Four Six Services, LLC informed of his or her condition that may require extended care, missed work, etc. The employee may also be required to provide written documentation from a physician to return to the worksite.

### Hiring and Employment

Four Six Services, LLC will not discriminate against job applicants or employees with a communicable disease. These individuals will not be denied access to the worksite solely because they have a communicable disease, but may be excluded from Company facilities, programs and functions if Four Six Services, LLC determines that restriction is necessary to protect the welfare of the infected individual or the welfare of others.

Four Six Services, LLC will comply with all applicable statutes that protect the privacy of individuals with communicable diseases.

Abuse of this policy will result in disciplinary action up to and including termination. Four Six Services, LLC reserves the right to revise this policy without notice during changing pandemic conditions.

## Time Away From Work

### Contagious Illness Policy

Four Six Services, LLC realizes that employees with contagious temporary illnesses, such as influenza, colds and other viruses, need to continue with normal life activities, including working. However, the Company also seeks to maintain a healthy workplace for its employees and customers.

In deciding whether an employee with an apparently short-term contagious illness may continue to work, the Company considers several factors. The employee must be able to perform normal job duties and meet regular performance standards.

In the judgment of the Company, the employee's continued presence must pose no risk to the health of the employee, other employees and customers. If an employee disputes the Company's determination that this type of risk exists, the employee must submit a statement from his or her attending health care provider that the employee's continued employment poses no risk to the employee, other employees and customers.

Supervisors are encouraged to remind employees that the Company provides paid leave to cover absences due to contagious temporary illness. If an employee has exhausted all of his or her paid leave, the employee may be eligible for an unpaid leave. All employees are urged to contact Human Resources with questions about the possible contagious nature of another employee's temporary illness.

# Time Away From Work

## Federal Family and Medical Leave Policy

As an employee of Four Six Services, LLC, you may be eligible to take unpaid family and medical leave under the federal Family and Medical Leave Act (FMLA). This policy provides an introduction to the rights and provisions of the federal FMLA. An FMLA summary that is based on the Department of Labor's (DOL's) model notice is attached to this policy and further explains the FMLA. If you have questions regarding the FMLA, please contact Human Resources.

### Eligibility

To be eligible for leave, you must have been employed by the Company for at least 12 months. In the 12 months immediately preceding the beginning of the leave, you must also have worked at least 1,250 hours to qualify for federal FMLA. In addition, you must work in an office or work site where 50 or more employees are employed within 75 miles of that office or work site.

### Amount of Leave Available

Eligible employees may take up to a total of 12 weeks of FMLA leave within a rolling 12-month period, measured backward from the date an employee uses any FMLA leave, for any combination of the following reasons:

- o   The birth of an employee's newborn child or the placement of a child with the employee for adoption or foster care

- o   To care for the employee's spouse, child or parent with a serious health condition

- o   The employee has a serious health condition that makes him or her unable to perform the functions of their job

- o   A qualifying exigency that arises because the employee's spouse, child or parent is a covered military member on covered active duty (or has been notified of an impending call or order to covered active duty)

Where leave is taken to care for a covered service member with a serious injury or illness, a spouse, child, parent or next of kin may take up to 26 weeks of unpaid FMLA leave during a single 12-month period.

Under the federal FMLA, spouses employed by the Company are jointly entitled to a combined total of 12 weeks of leave for the birth of a newborn child, for the placement of a child for adoption or foster care and to care for a parent who has a serious health condition. The federal FMLA does not cover care for parents-in-law. Spouses employed by the Company are jointly entitled to a combined total of 26 weeks of leave to care for a covered service member with a serious injury or illness, for the birth of a newborn child, for the placement of a child for adoption or foster care and to care for a parent who has a serious health condition.

## Time Away From Work

### Types of Leave Available

*Birth or Placement for Adoption or Foster Care*: FMLA leave is available to eligible male and female employees for the birth of a child or for the placement of a child with the employee for purposes of adoption or foster care. FMLA leave must be completed within 12 months of the birth or placement. This type of leave may not be taken intermittently or on a reduced schedule unless the Company agrees to this request. See below for more details on non-continuous leave.

*Serious Health Condition of Employee*: If, as an eligible employee, you experience a serious health condition as defined by the FMLA, you may take medical leave under this policy (see "Definitions" for the definition of serious health condition). A serious health condition generally occurs when you:

  o   Receive inpatient care in a hospital, hospice or nursing home

  o   Suffer a period of incapacity accompanied by continuing outpatient treatment or care by a health care provider

  o   Have a history of a chronic condition that may cause episodes of incapacity

The following provisions apply to leave for the serious health condition of an employee:

  o   *Non-continuous leave*—Medical leave may be taken all at once or, when medically necessary, intermittently or on a reduced leave schedule (see below).

  o   *Certification process*—The need for leave must be documented by your treating health care provider through our medical certification process (see below).

  o   *Fitness-for-duty statement*—A fitness-for-duty statement will be required in order for you to return from a medical leave. Failure to provide the statement will result in a delay in your return to work.

*Serious Health Condition of Immediate Family Member*: If, as an eligible employee, you need family leave in order to care for your child, spouse or parent whom experiences a serious health condition as defined by the FMLA (see "Definitions" for definitions of child, spouse, parent and serious health condition), you may take a leave under this policy.

  o   *Non-continuous leave*—Leave may be taken all at once or, when medically necessary, intermittently or on a reduced leave schedule (see below).

  o   *Certification process*—The need for leave must be documented by the family member's treating health care provider through our medical certification process (see below).

*Qualifying Exigency Because of Active Duty*: If, as an eligible employee, you need family leave because of any qualifying exigency arising out of the fact that your spouse, son, daughter or parent is on covered active duty in the Armed Forces (including the National Guard or Reserves), or has been notified that they will be called or ordered to covered active duty in the Armed Forces (including the National Guard or Reserves), you may take family leave under this policy. (See "Definitions" for a definition of qualifying exigency)

## Time Away From Work

    o   *Non-continuous leave*— Family leave for any qualifying exigency arising out of the covered active duty of a family member may be taken all at once, intermittently or on a reduced leave schedule (see below).

    o   *Certification process*—The need for leave must be documented through our certification process (see below).

*Service Member Family Leave*: If, as an eligible employee, you need family leave to care for a covered service member who is your spouse, child, parent or next of kin and who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status or is otherwise on the temporary disability retired list for a serious injury or illness, you may take up to 26 weeks of unpaid leave during a single 12-month period under this policy. (See "Definitions" for a definition of covered service member and serious injury or illness)

Effective March 8, 2013, an eligible employee may take service member family leave to care for a covered veteran who is the employee's spouse, child, parent or next of kin and who is undergoing medical treatment, recuperation or therapy for a serious injury or illness. (See "Definitions" for a definition of covered veteran)

    o   *Non-continuous leave*—Service member family leave may be taken all at once or, when medically necessary, intermittently or on a reduced leave schedule (see below).

    o   *Certification process*—The need for leave must be documented by the family member's treating health care provider through our medical certification process (see below).

### Notifying the Company of the Need for Family or Medical Leave

Generally, an application for leave must be completed for all leave taken under this policy. A non-emergency leave should generally be requested from Human Resources at least 30 days, or as soon as practical, in advance of the date the leave is expected to begin. In cases of emergency, you (or your representative, if you are incapacitated) should give verbal notice as soon as possible, and the application form should be completed as soon as practical. Failure to provide adequate notice may, in the case of foreseeable leave, result in a delay or denial of leave. It is your responsibility to notify your manager and Human Resources of absences that may be covered by the FMLA.

You must provide sufficient information regarding the reason for an absence for the Company to know that protection may exist under this policy. Failure to provide this information will result in delay or forfeiture of rights under this policy. This means the absence may then be counted against your record for purposes of discipline for attendance or similar matters.

### Medical Certification Process

In addition to an application for leave, you will be required to complete a medical certification form when leave is for a family member's or your own serious health condition. The certification form needs to be signed by the health care provider. The short-term disability certification may be sufficient where the information required is duplicative. These forms are available from Human Resources. Second or third certifications from health care providers and periodic recertification at the Company's or your expense may be required under certain circumstances.

We may also require periodic reports during federal FMLA leave regarding your status and intent to return to work.

## Time Away From Work

**Military Family Leave Certifications**

In addition to an application for leave, you will be required to complete a Certification of Qualifying Exigency for Military Family Leave form when leave is for a qualifying exigency. A copy of the military member's active duty orders or other military documentation may also be required to substantiate your need for FMLA leave.

If you request leave to care for a covered service member with a serious injury or illness, you will be required to complete a medical certification form, which must be signed by the service member's health care provider. The certification form will request additional information, such as information regarding the relationship between you and the covered service member, to substantiate your need for FMLA leave.

**Substituting Paid Leave for Unpaid Leave**

Federal FMLA leave is unpaid. The Company requires you to substitute vacation days (if applicable to your employment position) according to the schedule below. You may also choose to substitute additional paid or unpaid leave that you have accrued.

When you substitute vacation days or other paid leave, the absence will be counted against your entitlement to FMLA leave under this policy and will not extend your leave. In other words, you are using your paid leave concurrently with your FMLA leave.

| Eligible Vacation Remaining | Required Substitution |
|---|---|
| Less than 5 days | None |
| 5-8 days | 3 days |
| 9-12 days | 5 days |
| 13-16 days | 7 days |
| 17-20 days | 9 days |

When an employee is absent due to a work-related illness or injury that meets the definition of a serious health condition, the absence will be counted against the employee's entitlement under this policy. In other words, the employee is using FMLA leave concurrently with the workers' compensation absence. An employee is not required to substitute paid time off for an absence covered under workers' compensation.

You may be paid for all or part of a medical leave to the extent you are eligible for benefits such as short-term disability. An employee is not required to substitute paid time off for an absence covered under a disability benefit plan.

**Non-Continuous Leave**

Intermittent or reduced leave will be permitted only when it is medically necessary or for a qualifying exigency, as explained above. In all cases, the total amount of leave taken in a calendar year should not exceed your total allotment as defined earlier in this policy.

## Time Away From Work

Intermittent and reduced schedule leave must be scheduled with minimal disruption to an employee's job. To the extent possible, medical appointments and treatments related to an employee's or family member's serious health condition should be scheduled outside of working hours or at such times that allow for a minimal amount of time away from work.

If you request non-continuous federal FMLA leave which is foreseeable based on planned medical treatment for yourself, a family member or a covered service member, you may be required to transfer temporarily to an available alternative position offered by the Company for which you are qualified and which better accommodates recurring periods of leave than your regular employment position. You will be entitled to equivalent pay and benefits, but will not necessarily be assigned the same duties in the alternative position. This provision may also apply if the Company approves a non-continuous leave for the birth of a child or the placement of a child for adoption or foster care.

**Benefit Continuation during Leave**

The Company will maintain your group health plan coverage and certain other employment benefits (such as group life insurance, AD&D insurance and health and dependent flexible spending accounts) during your FMLA leave on the same terms as if you had continued to work, if these benefits were provided to you before the leave was taken. You will be required to pay your regular portion of premiums – contact Human Resources for an explanation of your options.

Benefits that are accumulated based upon hours worked will not accumulate during the period of FMLA leave.

In some instances, the Company may recover premiums it paid to maintain health plan coverage for an employee who fails to return to work from FMLA leave.

**Returning to Work**

If the reason for FMLA leave is for your own serious health condition, you will be required to present a fitness-for-duty certification immediately upon return to work.

If you wish to return to work before the scheduled expiration of FMLA leave, you must notify the Company of the change in circumstances as soon as possible, but no later than two working days prior to your desired return date.

If you exhaust all leave under this policy and are still unable to return to work, you must notify the Company as soon as possible. Your situation will be reviewed to determine what rights and protections might exist under other Company policies.

**Rights upon Return from Leave**

Upon return from family or medical leave, you will be returned to the position you held immediately prior to the leave, if the position is vacant. Certain exceptions exist for key employees, as defined by law. If the position is not vacant, you will be placed in an equivalent employment position with equivalent pay, benefits and other terms and conditions of employment.

The law provides that an employee has no greater rights upon a return from leave than the employee would have had if the employee had continued to work. Therefore, you may be affected by a layoff, termination or other job change if the action would have occurred had you remained actively at work.

# Time Away From Work

## Other Types of Leave

If you do not qualify for the types of leave described in this policy, the Company may approve a personal leave of absence, depending on your circumstances. Except where mandated by law, we cannot guarantee that benefits will continue or that your position will remain open in your absence.

## Definitions

"Spouse"—A husband or wife as defined or recognized under state law for purposes of marriage in the state where the employee resides.

"Parent"—A biological parent, adoptive parent, stepparent, foster parent or an individual who provides or provided day-to-day care or financial support to the child. Parent does not include a parent-in-law under this law.

"Child"—A biological, adopted or foster child, stepchild, legal ward or a child who is receiving day-to-day care or financial support from the employee and is under the age of 18. Child also includes a person 18 years of age or older who is incapable of self-care because of a mental or physical disability. For military family leave, the child does not have to be a minor (under the age of 18) and can be of any age.

- o   "Incapable of self-care"—The child requires active assistance or supervision to provide daily self-care in three or more "activities of daily living," or "instrumental activities of daily living," including adaptive activities such as caring appropriately for one's grooming and hygiene, bathing, dressing, eating or instrumental activities such as shopping, taking public transportation or maintaining a residence.

- o   "Physical or mental disability"—A physical or mental impairment that substantially limits one or more major life activities of the individual.

"Covered Service Member"— A member of the armed forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status or is otherwise on the temporary disability retired list for a serious injury or illness.

"Covered Veteran"—An individual who is undergoing medical treatment, recuperation or therapy for a serious injury or illness and who was a member of the Armed Forces (including a member of the National Guard or Reserves), and was discharged or released under conditions other than dishonorable at any time during the five-year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran.

"Next of Kin"—Used with respect to an individual, this means the nearest blood relative of that individual, other than the spouse, parent or child.

"Serious Health Condition"—Illness, injury, impairment, or physical or mental condition that involves:

- o   Inpatient care in a hospital, hospice or residential medical care facility.

- o   A period of incapacity of more than three consecutive calendar days (including any subsequent treatment or period of incapacity relating to the same condition) that also involves: 1) treatment two or more times within 30 days of the first day of incapacity, unless extenuating circumstances exist, by or under the orders of a health care provider; or 2)

## Time Away From Work

treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment under the supervision of a health care provider. The first (or only) visit must occur in person within seven days of the first day of incapacity.

o   Any incapacity due to pregnancy or for prenatal care.

o   Chronic conditions requiring periodic treatment by or under the supervision of a health care provider, which continue over an extended period of time and may cause an episodic rather than a continuing period of incapacity (for example, asthma, diabetes and epilepsy).

o   Permanent or long-term conditions requiring supervision for which treatment may not be effective (for example, Alzheimer's, a severe stroke or the terminal stages of a disease).

o   Multiple treatments by or under the supervision of a health care provider either for restorative surgery after an accident or other injury or for a condition that would likely result in a period of incapacity of more than three calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy), severe arthritis (physical therapy) or kidney disease (dialysis).

"Serious Injury or Illness"—can be:

o   In the case of a member of the Armed Forces, including a member of the National Guard or Reserves, an injury or illness incurred by the member in the line of duty on active duty in the Armed Forces (or existed before the beginning of the member's active duty and was aggravated by service in the line of duty on active duty in the Armed Forces) and that may render the member medically unfit to perform the duties of the member's office, grade, rank or rating.

o   In the case of a veteran who was a member of the Armed Forces, including a member of the National Guard or Reserves, an injury or illness incurred by the member in the line of duty on active duty in the Armed Forces (or existed before the beginning of the member's active duty and was aggravated by service in the line of duty on active duty in the Armed Forces) and that manifested itself before or after the member became a veteran and is:

   ▪   A continuation of a serious injury or illness that was incurred or aggravated when the covered veteran was a member of the Armed Forces and rendered the service member unable to perform the duties of the service member's office, grade, rank or rating;

   ▪   A physical or mental condition for which the covered veteran has received a U.S. Department of Veterans Affairs Service-Related Disability Rating (VASRD) of 50 percent or greater, and such VASRD rating is based, in whole or in part, on the condition precipitating the need for service member family leave;

   ▪   A physical or mental condition that substantially impairs the covered veteran's ability to secure or follow a substantially gainful occupation by reason of a disability or disabilities related to military service, or would do so absent treatment; or

   ▪   An injury, including a psychological injury, on the basis of which the covered veteran has been enrolled in the Department of Veterans Affairs Program of Comprehensive Assistance for Family Caregivers.

## Time Away From Work

"Qualifying Exigency"—includes:

- Short-notice deployment (seven days or less)
- Military events and related activities
- Child care and school activities
- Financial and legal arrangements
- Counseling
- Rest and recuperation (up to five days; effective March 8, 2013, up to 15 days)
- Post-deployment activities
- Parental care (effective March 8, 2013)
- Additional activities agreed to by the Company and the employee

**More Information**

Please contact Human Resources for additional information.

## Time Away From Work

### EMPLOYEE RIGHTS AND RESPONSIBILITIES
### UNDER THE FAMILY AND MEDICAL LEAVE ACT

**Basic Leave Entitlement**
FMLA requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:

- For incapacity due to pregnancy, prenatal medical care or child birth;
- To care for the employee's child after birth, or placement for adoption or foster care;
- To care for the employee's spouse, son, daughter or parent, who has a serious health condition; or
- For a serious health condition that makes the employee unable to perform the employee's job.

**Military Family Leave Entitlements**
Eligible employees whose spouse, son, daughter or parent is on covered active duty or call to covered active duty status may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered service member during a single 12-month period. A covered service member is: (1) a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness*; or (2) a veteran who was discharged or released under conditions other than dishonorable at any time during the five-year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.*

**\*The FMLA definitions of "serious injury or illness" for current service members and veterans are distinct from the FMLA definition of "serious health condition".**

**Benefits and Protections**
During FMLA leave, the employer must maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.

Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

**Eligibility Requirements**
Employees are eligible if they have worked for a covered employer for at least 12 months, have 1,250 hours of service in the previous 12 months*, and if at least 50 employees are employed by the employer within 75 miles.

**\*Special hours of service eligibility requirements apply to airline flight crew employees.**

**Definition of Serious Health Condition**
A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.
Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

**Use of Leave**
An employee does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

# Time Away From Work

**Substitution of Paid Leave for Unpaid Leave**
Employees may choose or employers may require use of accrued paid leave while taking FMLA leave. In order to use paid leave for FMLA leave, employees must comply with the employer's normal paid leave policies.

**Employee Responsibilities**
Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days notice is not possible, the employee must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedures.

Employees must provide sufficient information for the employer to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.

**Employer Responsibilities**
Covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the employees' rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility.

Covered employers must inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA-protected, the employer must notify the employee.

**Unlawful Acts by Employers**
FMLA makes it unlawful for any employer to:
- Interfere with, restrain, or deny the exercise of any right provided under FMLA; and
- Discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

**Enforcement**
An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

**FMLA section 109 (29 U.S.C. § 2619) requires FMLA covered employers to post the text of this notice. Regulation 29 C.F.R. § 825.300(a) may require additional disclosures.**

# Time Away From Work

## Funeral Leave Policy

Four Six Services, LLC has taken into consideration the personal needs that arise from the death of an immediate family member. You will be allowed leave up to three days with full pay until and including the day of the funeral. Funeral leave will not count against accrued paid time off (PTO), vacation or sick leave. Funeral leave pay will not be granted to employees attending a funeral during periods when they are not at work for other reasons, such as vacation, holidays and illness.

Immediate family includes a father, mother, spouse, child, sister, brother, mother-in-law, father-in-law, brother-in-law, sister-in-law, grandparent or any relative who lives with the employee.

# Time Away From Work

## Jury Duty Policy

While it is the duty of every citizen to serve on a jury when called, Four Six Services, LLC recognizes that this often means the loss of income.  Four Six Services, LLC provides jury duty leave to eligible employees in compliance with federal and state laws.  Four Six Services, LLC pays the difference between the jury pay and regular wages for days when you are unable to report to work because of jury service, assuming you have been employed by the Company for at least 90 days prior. If state law requires a different arrangement, Four Six Services, LLC will comply with state law. Questions regarding the Company's jury duty leave policy should be directed to Human Resources.

The above statement applies provided that you:

o   Show your supervisor your summons to serve on a jury prior to the time that you are scheduled to serve

o   Furnish your supervisor with evidence of having served on a jury for the time claimed

Jury absence will be noted on your time sheet or time card. Time spent on jury duty will not be counted as hours worked for the purpose of computing overtime pay. Regular wages are paid until jury pay is received. Jury pay is then deducted from your regular wages.

This benefit cannot be applied to any court appearance other than jury duty unless such appearance is related to your employment.

# Time Away From Work

## Lunch and Rest Periods Policy

Employees are allowed an unpaid 60-minute lunch break. Lunch breaks are generally taken between the hours of 12:00p and 2:00p. The schedule for meal periods should be established on the basis of work requirements in each location/office. Staggered meal periods may be necessary to ensure the continuity of operations and services. Supervisors should make sure that each location is adequately staffed and that someone with authority to resolve minor problems is available at all times.

Two paid rest periods 15- minutes each are permitted each day. The schedule for these breaks depends completely on the needs of each job. Rest periods are considered time worked, and employees will receive compensation for such periods.

# Time Away From Work

## Military Leave Policy

Four Six Services, LLC provides military leave to eligible employees in compliance with federal and state laws, including the federal Uniformed Services Employment and Reemployment Rights Act (USERRA). Questions regarding the Company's military leave policy should be directed to Human Resources.

Employees should notify their managers as soon as they become aware of a military service obligation.

### Leave for Annual Training

Employees who are members of the U.S. Army, Navy, Air Force, Marines or Coast Guard Reserves or the National Guard may be granted leaves of absence for the purpose of participating in Reserve or National Guard training programs.

Employees will be granted the minimum amount of leave needed to meet the minimum training requirements of their units. No employee will be required to use vacation time for military duty, but employees who do elect to schedule their vacations to coincide with military duty will receive their full regular vacation pay in addition to any pay from the military.

In recognition of the public service performed by Reservists and members of the National Guard, employees will receive the difference between their regular pay and their service pay, excluding any military subsistence allowance or other expense allowances during the training period. If state law requires a different arrangement, Four Six Services, LLC will comply with state law. Please contact Human Resources with any questions.

### Leave for Military Service

Permanent employees who perform service in the uniformed services may be granted leaves of absence for the purpose of participating in military service. Under USERRA, "uniformed services" consists of the U.S. Army, Navy, Marine Corps, Air Force and Coast Guard and their Reserve components, U.S. National Guard and Air National Guard, the Commissioned Corps of the Public Health Service and any other category of persons designated by the President of the United States in time of war or emergency.

Employees will be granted leave as required to complete the military service, for up to five years of cumulative uniformed service-related absences. Some special categories of military service are exempt from this five-year limit.

Employees with leaves of less than 31 days must report back to work by the beginning of the first regularly scheduled work period after the end of the last calendar day of service, plus the time required to return home safely and have an eight hour rest period.

Employees with leaves between 31 and 180 days must apply for re-employment no later than 14 days after completion of uniformed service. Employees with leaves longer than 180 days must apply for re-employment no later than 90 days after completion of uniformed service.

## Time Away From Work

The reporting or application deadlines are extended for persons who are hospitalized or convalescing because of an injury or illness incurred or aggravated during the performance of military service.

Returning service members will be reemployed in the job that they would have attained had they not been absent for military service, with the same seniority, status and pay, as well as other rights and benefits determined by seniority (escalator position). The Company will make reasonable efforts (such as training or retraining) to enable returning service members to refresh or upgrade their skills to help them qualify for reemployment. However, certain exceptions apply and a service member may be placed in an alternative reemployment position if he or she cannot qualify for the escalator position.

Reemployed service members are entitled to the seniority and rights and benefits based on seniority that they would have attained with reasonable certainty had they remained continuously employed.

During a period of military service, the employees will be treated as if they are on a furlough or leave of absence. Consequently, during their period of service they are entitled to participate in any rights and benefits not based on seniority that are available to employees on comparable nonmilitary leaves of absence.

If an employee's health plan coverage would terminate because of an absence due to military service, he or she may elect to continue the health plan coverage for up to 24 months after the absence begins or for the period of service (plus the time allowed to apply for reemployment), whichever period is shorter. The employee may be required to pay up to 102 percent of the full premium for the coverage. However, if the military service is for 30 or fewer days, the employee cannot be required to pay more than the normal employee share of any premium.

# Time Away From Work

## Holiday Schedule

Four Six Services believes that employees should have opportunities to enjoy holidays with their families. However, our customers' schedules may require that employees of Four Six Services, LLC may be required to work on holidays. Customers' schedules will always dictate our holiday schedule. The company offers paid time off for the following holidays each year unless word s required by the customer. Other time off for holidays may be allowed at the discretion of the company

**List of Paid Company Holidays**

- o   Thanksgiving Day

- o   Christmas Day

# Time Away From Work

## Pandemic Flu Leave Policy

In the event of a pandemic flu outbreak, as declared by Four Six Services, LLC management, in conjunction with the Center for Disease Control, the following Pandemic Flu Leave policy applies to all employees, including temporary and non-benefit eligible.

This leave policy is above and beyond what is provided under the Company's Paid Time Off (PTO) and sick leave policies. Employees who qualify for Pandemic Flu Leave will not be required to use PTO or sick leave.

### Confirmed Infection

Employees who are absent due to a confirmed pandemic flu infection will receive full pay for their normally scheduled work hours until a physician has authorized their return to work. Each employee using Pandemic Flu Leave will be required to provide written documentation from a physician. If the illness extends beyond 90 days, employees eligible for the Company's Long-Term Disability (LTD) plan may qualify for LTD benefits. All plan provisions for LTD will apply.

### Suspected Infection

If you suspect that you have the flu, or you are asked to leave work due to symptoms and you are subsequently found to be free of the virus, you will be paid in full for your normally scheduled work hours to cover the time it took for the medical evaluation. You will be required to provide a written physician's notification to return to work.

### Immediate Family Member Infection

This leave policy applies to the employee's own illness or for the employee to care for an immediate family member with an infection. The employee will receive full pay for normally scheduled work hours. A written physician's notification will be requested confirming that the pandemic flu is the reason for the absence.

Abuse of this policy will result in disciplinary action. The Company reserves the right to revise this policy without notice due to changing pandemic conditions.

# Time Away From Work

## Parental/School Leave Policy

Four Six Services, LLC understands that parental involvement with a child's education is a benefit not only to the parent and the child, but also the community. Because the ability to take time off of work to attend functions and meetings at your child's school is important, Four Six Services, LLC provides parental and school leave to eligible employees in compliance with federal and state laws.

All employees are able to use up to six hours of their paid sick leave each year to attend school functions, meet with schoolteachers and administration or assist in their child's classroom. If state law requires a different arrangement, Four Six Services, LLC will comply with state law. Questions regarding the Company's parental/school leave policy should be directed to Human Resources.

You are required to notify your supervisor ahead of time if you would like to use this type of leave. The ideal notice period is at least one week, but if this is not an option, it is expected that you will notify your supervisor as soon as possible.

# Time Away From Work

## Religious Observance Policy

Four Six Services, LLC respects the individual beliefs of all employees.

The Company will provide one day of paid leave annually to employees who, for religious reasons, must be away from the office on days of operation. Beyond this, we must reconcile employees' religious obligations with the requirements of running a business and serving customers. Customers' schedules may require that employees of Four Six Services, LLC may be required to work on holidays. Customers' schedules will always dictate our holiday schedule. Supervisors will authorize schedule changes or additional use of vacation leave or unpaid leave, only where the requested arrangement, in the supervisor's judgment, neither prevents the requesting employee from meeting the requirements of the job nor unfairly burdens other employees.

Any requests for religious accommodation must be submitted in writing to Human Resources. The request must note what the religious conflict is and offer a suggestion to the Company on how to remedy that conflict. The employee will meet with Human Resources to discuss the request and whether it is being approved or denied.

Employees who need time off for religious observances should request leave from their supervisors at least two weeks in advance. Time off is granted only with prior approval, but will not be unreasonably withheld.

All questions should be directed to Human Resources.

# Time Away From Work

## Sick Time Policy

Four Six Services, LLC understands that, at times, employees will need to be absent from work due to illness or other medical reasons. Because of this, we offer sick time to our employees in accordance with state law.

If you are unable to report for work because of illness or for any other reason, please contact your supervisor immediately. Explain the reason for your absence as well as when you expect to return to work. You must keep your supervisor updated regarding the status of your return at all times. If your supervisor is unavailable when you call, contact Human Resources.

### Sick Time

Sick time is time away from work that you elect to use if you or one of your family members is sick, for physician and dental appointments for yourself or a family member, or for any personal reasons.

You are not required to give any specific reason for using your sick time. However, when you plan to use time for personal reasons or for scheduled appointments, you must notify your supervisor of this and schedule the time off as far in advance as possible.

Beginning on the first of the month following 90 days of continuous employment with the Company, all full-time employees are eligible to accrue sick time. This sick time accrues at the rate of one half-day per calendar month through Dec. 31. Beginning Jan. 1 of the first full year of full-time employment, you are allowed sick time to a maximum of six days per calendar year. These days are accrued pro-rata based on the actual percentage of the calendar year you work. Sick time may not be carried over from year to year. If you are away from work for less than half of a day, the option of a half sick day may be used, or the missed amount of time may be made up during that workweek if the work schedule permits and your supervisor approves.

Sick time is a benefit provided to you in the event you need to take time off because of your health or for any personal reason. It is not merely additional paid vacation, thus no pay is provided for unused sick leave at the end of employment.

If state law requires a different arrangement, Four Six Services, LLC will comply with state law. Questions about the Company's sick time policy should be directed to Human Resources.

### Abuse of Sick Leave

Regular attendance is crucial to the success of this and any other business. Paid sick leave is provided as a financial buffer for employees who are too injured or ill to work, not as additional time off for employees who are well. Employees should be prepared to furnish a doctor's note or similar evidence of inability to work if the supervisor requests one. Abuse of sick leave is grounds for discipline, up to and including termination.

### Extended Leave

Employees who have used up their available paid sick leave and remain unable to report for work may be eligible for unpaid family and medical leave (FMLA leave). Eligibility for health care benefits continues during FMLA leave.

## Time Away From Work

Time Off to Vote Policy

Four Six Services, LLC encourages all employees to vote. It is the policy of Four Six Services, LLC to comply with all state election law requirements with respect to providing employees, when necessary, with time off to vote.

If an employee has four consecutive hours either between the opening of the polls in his or her community and the beginning of the workday or between the end of the workday and the closing of the polls, it will be deemed that the employee has sufficient time outside his or her normal working hours within which to vote.

If an employee has less than four consecutive hours as described above, he or she may take off as much working time as will, when added to his or her available voting time outside normal working hours, enable him or her to vote.

For nonexempt employees, however, not more than two hours of working time taken shall be paid for time off to vote, and such time shall be taken only at the beginning or end of the employee's workday as designated by his or her supervisor.

Employees requiring working time off to vote will be required to notify the company that time off to vote will be required not more than 10 or less than two working days before the day of the election.

Time off to vote is paid and does not count against an employee's accrued paid time off or sick time.

If state law requires a different arrangement, Four Six Services, LLC will comply with state law. Questions regarding the Company's policy for time off to vote should be directed to Human Resources.

# Time Away From Work

## Vacation Policy

Four Six Services, LLC believes that vacation time is vital in keeping employee morale high.

Regular full- and part-time employees are encouraged to use their regular days off on their assigned working schedules to enjoy vacation time with their families. Our current work schedules vary based on customers' work schedules, but can be any of the following industry standard (but not limited to) the following schedules, determined by the customers' schedules:

- o 11 days on / 3 days off

- o 14 days on / 7 days off

- o 20 days on / 10 days off

These schedules are subject to customers' work scheduled and are subject to change at any time at the discretion of Four Six Services, LLC management.

Should further time off for vacations be requested, all employees are required to submit a written request for vacation leave at least one month prior to the date they wish their vacation to begin. This form should be submitted to the employee's supervisor, who will forward it to Human Resources for approval. Supervisors will resolve situations with multiple leave requests within a department by considering factors such as:

- o **Departmental staffing needs**

- o Seniority

- o Length of desired vacation

- o Elapsed time since employee's last five-day (or longer) vacation

Please contact Human Resources with all questions or concerns.

# Information & Office Security

## Information & Office Security

Emergency Action Plan

Four Six Services, LLC recognizes that our people drive our business. As our most critical resource, employees are safeguarded through training, provision of appropriate work surroundings, and procedures that foster protection of health and safety. No duty, no matter what its perceived result, is more important than employee health and safety.

**General Guidelines in an Emergency**

Stay calm and think through your actions. Know important emergency numbers, such as:

- o   Fire/Police/Ambulance 911

- o   Human Resources (insert phone number)

- o   Operator (insert phone number)

Be aware of your surroundings:

- o   Know where stairwell exits and other safety exit routes are located

- o   In the event of an emergency, use only stairs—do not take elevators.

- o   **Do not hesitate to call or alert others if you believe that an emergency is occurring.**

Fire Evacuation:

- o   Employees will be notified of a fire by either the fire alarm system or a paged announcement.

- o   Upon hearing the alarm, immediately evacuate the building using the closest stairwell exit— do not use the elevators or delay evacuation to gather personal belongings, finish a phone call or wait for friends.

- o   Notify Emergency Floor Leaders or their backups.

Floor Leaders/Backups:

- o   Supervisors should be the last persons to leave the area—At the office they should check in conference rooms, restrooms and offices to ensure all employees have evacuated, then close all doors after clearing an area. On location, supervisors should check all equipment, vehicles, and rest areas to ensure all employees have evacuated.

- o   Any employee with mobility, visual, hearing or other conditions that may hinder them from becoming aware of an emergency or evacuation should disclose their condition to Human Resources at the time of hire so that special assistance can be provided should an emergency occur.

## Information & Office Security

- o  Upon exiting the building, report to supervisor for headcount confirmation by the Emergency Floor Leaders If on location, report to emergency evacuation area and check in with immediate supervisor.

- o  If an employee or known guest or visitor is missing, immediately report the missing person's name to an Emergency Floor Leader who will in turn report it to the proper Company and civil authorities.

- o  All employees who are not members of a response team should stay together in the designated location so periodic updates on the situation can be communicated—do not go home, wait in your car, return to the building or go to another building unless directed by an Emergency Floor Leader to do so.

If You Discover a Fire:

- o  Alert other persons in the immediate hazard area.

- o  Activate the nearest fire alarm, call 911, call the receptionist and page an emergency announcement, if possible.

- o  If you have been trained to use a fire extinguisher, follow these instructions:

  - •  Pull the safety pin.

  - •  Aim the nozzle at the base of the fire.

  - •  Squeeze the operating lever.

  - •  Sweep side-to-side, covering the base of the fire.

  - •  When using a fire extinguisher, always stay between the fire and an exit—never feel that using a fire extinguisher is required, and if the fire is too hot, too smoky or you are frightened, evacuate immediately.

Medical Emergency:

- o  Upon discovering a medical emergency, call 911.

- o  Call the receptionist and page an emergency announcement, if possible.

- o  Stay with the ill or injured person, being careful not to come into contact with any body fluids unless properly trained and protected.

- o  Send one person to alert Human Resources so they can notify family members of the ill or injured person.

- o  Employees in the immediate vicinity of the emergency, but not involved in the emergency effort, should leave the area.

Severe Weather:

## Information & Office Security

- o   In the event severe weather conditions occur at a time when you have not yet reported to work, you should report to work as usual unless otherwise notified, but only if you are able to do so safely.

- o   The receptionist will monitor a weather alert radio—if a severe weather warning is issued, he or she will immediately page an announcement.

- o   Employees should immediately seek shelter in the main hallways or exit stairways away from all windows.

- o   The receptionist will take the weather radio with him or her—when the severe weather warning is cancelled, he or she will send Emergency Floor Leaders to each floor to advise that it is safe to return to work areas, and then will make a general announcement over the paging system.

Workplace Violence:

- o   Any employee who feels that he or she has been threatened should immediately report the incident to their supervisor and Human Resources.

- o   If you observe anyone exhibiting threatening behavior or making threatening statements, warn others in the area and immediately notify Human Resources—stay away from the person exhibiting the threatening behavior.

- o   Depending upon the level of concern, 911 may be called immediately.

- o   Never attempt to confront any person exhibiting threatening behavior.

If you have reason to believe that events in your personal life could result in acts of violence occurring at work, you are strongly urged to confidentially discuss the issue with Human Resources so that a prevention plan can be developed.

# Information & Office Security

## Facility Access & Visitors Policy

Four Six Services, LLC cares about the safety and security of its employees. In an effort to maintain the maximum safety and security possible at a minimum inconvenience to you, we have guidelines in place regarding facility access and visitors.

All entry doors to the office are to remain locked all day with the exception of the main entry door to each suite. Main entries to each suite are open Monday through Friday from 9:00 a.m. until 5:00 p.m. All employees will receive a key to these doors. Employees have access to all floors during working hours. Outside of working hours, employees have access to the floor on which they work. The main entryway to the building is open Monday through Friday between 9 a.m. and 5 p.m.

All visitors are to be escorted by authorized personnel at all times. Please do not allow visitors to roam the premises unattended.

## Information & Office Security

### General Computer Usage Policy

Four Six Services, LLC is committed to accomplishing its business objectives in a secure and timely manner. Each employee must assist in achieving this goal while safeguarding corporate information assets. The basic regulations for using the Company computer systems are as follows:

- o   Computers are for business use only

- o   The Company may access any information created, transmitted or stored on its information systems

- o   Copying or downloading software of any kind is prohibited without prior permission

- o   Internet is for business use only—incidental and occasional personal use is permitted

- o   The Company provides email accounts to its employees for business use—incidental and occasional personal use is permitted

- o   Any email or posts to social media sites of an offensive, pornographic or otherwise inappropriate nature is prohibited—violations may result in disciplinary action, up to termination

- o   Company proprietary information must be protected

- o   Instant messaging services may be provided to ease communication between employees— non-business use is prohibited

Please use the computers responsibly and contact Human Resources with any questions regarding appropriate usage.

## Information & Office Security

### Recording Devices Prohibited Policy

Four Six Services, LLC respects the privacy of its employees and strives to protect all confidential Company information.

The Company prohibits the use of any recording device on Company property or during working hours unless specifically permitted by the Company. The Company prohibits the use of picture phones or any other camera or device that may capture visual images without the Company's prior written permission. More specifically, the use of picture phones or other recording of visual images is prohibited in locker rooms, restrooms and any other area where members of the public or co-workers would expect a reasonable degree of privacy and in any areas in which sensitive or closely guarded corporate or business materials are used or housed.

Any employee found in violation of this policy will be subject to disciplinary action and may also be subject to prosecution to the fullest extent permitted under the law.

# General Practices

# General Practices

Anti discrimination Policy

Four Six Services, LLC does not discriminate against anyone based on race, color, ethnicity, religion, gender, sexual orientation, disability status or any other trait that is protected under local, state or federal law. In addition, we do not allow discrimination of any kind in the workplace. We are an equal opportunity employer and also take affirmative action measures against discrimination in all aspects of employment and Company business. This policy applies not only to personnel decisions, but also to all aspects of business.

We ask that you respect those around you—co-workers, customers and management alike.

Any reports of discrimination will be investigated and disciplinary measures will be taken.

# General Practices

## Attendance and Standard Working Hours Policy

Four Six Services, LLC expects that every employee will be regular and punctual in attendance. This means being in the office, ready to work, at the starting time each day. Absenteeism and tardiness place a burden on both co-workers and Four Six Services, LLC.

When you are unable to work due to illness or an accident, please promptly notify your supervisor. In the event your immediate supervisor is unavailable, you must speak with a manager. Leaving a message with another team member or on voicemail does not constitute an accepted notification of absence. If you do not report for work and Four Six Services, LLC is not notified of your status, it will be assumed after two consecutive days of absence that you have resigned, and you will be removed from the payroll.

If you become ill at work or must leave the office for some other reason before the end of the workday, be sure to inform your supervisor of the situation.

You will be compensated for authorized absences according to the provisions described in this Manual. Authorized absences beyond the time allowed under that policy are authorized without compensation.

In the event of severe weather, we remain open for business during regularly scheduled working hours. You are expected to report for work in severe weather if it is at all possible to do so safely. In the event we close due to weather, someone in your work group will contact you. Please keep your work group and manager informed on how to reach you on such occasions. *See also Severe Weather Policy.*

The hours of your scheduled work shift will largely be determined by the operational needs of the department in which you are assigned.  Some departments will have regular schedules, which rarely change from week to week, and other departments will have schedules that vary to meet the needs of the department or Four Six Services, LLC.  If an employee has a specific schedule request, efforts may be made to accommodate that request, taking into account the operational needs of the department or Four Six Services, LLC as a whole.  However, in all events, work schedule and schedule changes are determined at the sole discretion of Four Six Services, LLC.

Every employee is responsible for knowing and following his or her work schedule, including, but not limited to, reading the schedule and schedule updates or changes, knowing start and end times or workdays, shifts, and breaks, complying with such times, and knowing when meetings are and attending such meetings on time.  It is your responsibility to, if applicable, clock in and out at the designated times on your schedule.  Any desired schedule changes must receive prior approval from your supervisor.

If you will be absent from work during standard working hours for any reason, you must contact your supervisor as soon as possible to avoid disciplinary action.

# General Practices

## Attendance / Punctuality

When you accept a position with Four Six Services, LLC you assume obligations.  One of those obligations is to perform the duties of your position during the times specified.  You are expected to be punctual and keep absences to a minimum.  Failure to report, unjustified or excessive absence or tardiness may result in discipline, up to and including discharge from employment. Additionally, punctuality and attendance are factors that may be taken into account when determining promotions, salary increases and qualification for other benefits.

## Absenteeism

**Definition of Absence**: Absence is any time (other than tardiness described below) that you are scheduled to work and you fail to be present at the designated work location for all of the scheduled time or shift or if you fail to report to your workstation more than thirty (30) minutes late. It includes time off for sickness, but does not include pre-approved time off for vacation, or leaves of absence, or for designated holidays when you are not scheduled to work.

**Reporting Procedure**: In case of an absence, you must first notify your supervisor, department manager or facility manager.  Notification must be given each day you do not report to work at least three (3) hours prior to the beginning of your scheduled shift.  If you must be absent after you report to work, notification must be given when you first learn that you must leave work, but (except in an emergency) no later than three (3) hours before you must leave work.  It is your responsibility to personally make the contact unless you are physically unable to do so, in which case, you should have someone else make the contact for you. You must give the reason for your absence and the expected date of your return.

One or more unreported or unjustified absences within any 12-month period may result in disciplinary action, (up to and including termination of employment).  If you are absent for two (2) consecutive days without reporting to work or contacting your supervisor, you will be considered to have voluntarily resigned without notice at the end of the third day and your position may be filled.

Note: If you can provide an acceptable explanation, this policy may not apply. Such explanation may require substantiation and/or verification from sources other than you.

**Excessive Absenteeism**: Even if an absence is reported, you may be subject to disciplinary action (up to and including termination of employment) if you miss work too often.  Examples of excessive absenteeism include, but are not limited to:

Twelve full or partial days absent, consecutive or not, in any 12-month period.
Three full or partial days absent, consecutive or not, in a 30-day period.

## General Practices

Five full or partial days absent, consecutive or not, in any 6-month period.

Four Six Services, LLC, in its sole discretion, will determine excessive absenteeism.   Unless determined by Four Six Services, LLC to be an abuse, time off for medical/dental appointments, school activities (for you or your children), or other personal business will not be counted as excessive absenteeism if your supervisor approves it at least three business days in advance. However, this time off will be documented as an absence.

**Definition of Tardiness:** You are tardy any time you arrive at your workstation, or are not appropriately groomed, dressed and ready to work, at the beginning of your scheduled shift. Tardiness also includes returning late from breaks or meal periods.  If you are more than thirty (30) minutes late, it will be considered an absence.

**Reporting Procedure:** If you must be late for work, it is your responsibility to personally contact your supervisor at least three (3) hours prior to the beginning of your scheduled work shift unless you are physically unable to do so.  If you cannot call, have someone call for you.  Failure to report your tardiness will count toward excessive absenteeism or excessive tardiness, as the case may be.

**Excessive Tardiness:** Even if tardiness is reported, excessive tardiness will result in disciplinary action, up to and including termination.  Examples of excessive tardiness include, but are not limited to:

    a.   Any tardiness on any three days in any 30-day period.
    b.   Any tardiness on any five days in any 3-month period.
    c.   Any tardiness on any twelve days in any 12-month period

## General Practices

Background Check Policy

Four Six Services, LLC carefully selects quality employees. Background checks help to ensure that new employees have the skills for the job and have performed well in the past.

The Company conducts background checks on all job candidates after a contingent offer of employment has been extended. A background check may also be completed during reassignment or promotion of an employee. A third-party administrator may be used to conduct the background checks, and all background checks will be compliant with applicable laws, such as the Fair Credit Reporting Act.

The information that may be collected includes, but is not limited to:

- o   Criminal background
- o   Driving Records
- o   Employment history
- o   Education
- o   Credit
- o   Professional and personal references

Criminal background checks may not be used as the sole reason for denying employment, unless it is job-related. Regardless, the Company has the right to make the final decision about employing an individual after the background check is complete.

Checking professional and personal references is an important part of the background check process. This provides the Company with information on the potential employee's work ethic, skills and performance.

Information obtained from the background check process, including information from professional and personal references, will be used by the Company only as part of the employment process and will be kept confidential by Human Resources.

A background check may also be completed during reassignment or promotion of an employee. "already stated above" and scratches through....

# General Practices

Business Expense Reimbursement Policy

Four Six Services, LLC will reimburse employees for all necessary and reasonable travel expenses related to the normal conduct of business. To administer uniform guidelines for reimbursement of business related travel, meals and entertainment expenses, the following policies and procedures have been established. While this policy provides many answers and useful guidance, it cannot address every possible situation. If you have any questions regarding the business nature or reimbursement of such expenses, check with your supervisor before you commit to spending any funds. The most useful guide to cost-effective business travel is to spend money as if it were your own.

## Auto Allowance and Mileage

Employees receive reimbursement for direct business mileage. Employees may receive either a monthly auto allowance or a direct mileage reimbursement based on an evaluation of the use of their personal automobile for purposes of conducting Company business. Auto allowances are paid on a monthly basis. Direct mileage is reimbursed at the current IRS standard rate, and is paid upon submission of a signed and supervisor approved "Monthly Mileage Report" form. Because it is more cost effective than direct mileage reimbursement, Four Six Services, LLC prefers that employees rent an automobile if round-trip mileage on a business trip will be more than 200 miles. See section on "Car Rentals" below.

The use of a personal automobile for business-related travel is only authorized if the automobile is covered by a current insurance policy with limits not less than $300,000 Combined Single Limit (CSL) for bodily injury and property damage. Any damages, repair costs or maintenance costs incurred by an employee in the use of their privately owned vehicle in conjunction with Company business is the sole responsibility of the employee.

## Car Rentals

Four Six Services, LLC suggests the use of mid-size vehicles unless a larger vehicle is necessary and justifiable for business purposes. Collision and liability insurance coverage should not be purchased when renting a car for domestic business purposes. The car rental needs to be made in both the name of Four Six Services, LLC and the name of the employee to be covered by the Company's insurance policy. Four Six Services, LLC 's insurance carrier should be contacted immediately in the event of any accident or damage with a rented vehicle.

## Air Travel

Reservations for all domestic air travel can be made by the employee either online or directly with the various airlines. It is expected that employees make every effort to minimize the cost of air travel, including considering Saturday night stays or departures out of airports. For any tickets, it is requested that employees attach to their expense report a copy of the search results that show the lowest fare available. All trips involving a Saturday night stay must be pre-approved by the employee's manager.

## Spousal Travel

Travel expenses related to an employee's spouse are not reimbursable by the Company.

# General Practices

**Lodging**

The selection of overnight lodging should be guided by considerations of safety, quality and reasonableness of room rates. Again, the most useful guide to cost effective accommodations is to spend money as if it were your own. When rooms are guaranteed for late arrival and the trip is cancelled or other lodging is secured, the reservation must be cancelled to avoid being billed for a "no show." Hotels may require either a 24- or 48-hour cancellation notice to avoid these charges. The cost of in-room movies is not reimbursable.

**Business Meals**

Employees will be reimbursed for reasonable and actual expenses for meals incurred while on business trips away from their normal business hours. All original receipts must be included with the employee's travel and expense report. Any employee expense report received without the receipts will be returned to the employee.

Business meals are reimbursable expenses for new employee orientations, training sessions, meals with prospective new hires and department or team lunch meetings where business is conducted. Lunches for department or team meetings should be reasonable, both in terms of cost and frequency. The guideline for reimbursement of tips on business meals is 15 percent.

**Submittal of Monthly Expense Report Forms**

It is the employee's responsibility to prepare and submit a Monthly Expense Report to receive reimbursement for business related expenses. Expense Reports should be submitted on at least a monthly basis to ensure proper matching of expenses with the appropriate accounting period.

For business related meals and entertainment expenses to be deductible, IRS regulations require that the amount and date of expense, specific business purpose, name, title and company of people entertained, and name and location of the establishment where the event took place and time of the business discussion (i.e., before, during or after the event) and entertainment be documented on the expense form.

All claimed expenses must have an original receipt. All Monthly Expense Report forms must be signed by the employee and approved by his or her supervisor before being submitted to Accounts Payable for processing to be reimbursed during the next pay period.

# General Practices

Company Car Policy

Four Six Services, LLC provides vehicles for business use and provides reimbursement for business use of personal vehicles according to the following guidelines.  Four Six Services, LLC retains the right to amend or terminate this Policy at any time.

1. Four Six Services, LLC employees may not drive any business vehicles without prior approval. Before being approved to operate a Company vehicle, an employee's driving records will be reviewed, with consent of the employee, and the existence of a valid driver's license will be verified. Employees approved to drive on Company business are required to inform Four Six Services, LLC of any changes that may affect their legal or physical ability to drive or their continued insurability.

2. Employees holding jobs requiring regular driving for business as an essential job function must, as a condition of employment, be able to meet the driver approval standards of this Policy at all times. For all other jobs, driving is considered only an incidental function of the position.

3. If possible, Company vehicles will be permanently assigned to departments that have demonstrated a continued need for them. Additional vehicles are maintained in a motor pool for use by individual employees, as needed.

4. Employees who need transportation in the course of their normal work may be assigned a Company vehicle for their use. All other employees needing transportation for Company business may use vehicles assigned to their department or drawn from the motor pool. As a last resort, when no Company vehicles are available, employees may use their own vehicles for business purposes with prior approval.

5. Employees who drive a vehicle on Company business must, in addition to meeting the approval requirements above, exercise due diligence to drive safely and maintain the security of the vehicle and its contents. Employees are also responsible for any driving infractions or fines that occur as a result of their driving.

6. Non-employees and non-business passengers (e.g. family members and friends) are prohibited from riding in Company vehicles.

7. Employees who use their personal vehicles for approved business purposes will receive a mileage allowance equal to the Internal Revenue Service optional mileage allowance for such usage. This allowance is to compensate for the cost of gasoline, oil, depreciation and insurance. Employees who operate personal vehicles for Company business should obtain auto liability coverage for bodily injury and property damage with a special endorsement for business use, when necessary as determined by their personal insurance agent.

8. Employees must report any theft or malicious damage involving a Company vehicle, regardless of the extent of the damage. Such reports must be made as soon as possible, but no later than 48 hours after the incident. However, employees should make no voluntary statement other than in reply to questions of investigating officers.

9. Employees who are on call on a 24-hour basis may be allowed to take a Company vehicle home so they can respond as soon as possible. Such employees must provide a written

## General Practices

acknowledgement that they fully understand that the vehicle is only to be used as part of emergency response and is not intended for personal use.

10. Employees are not permitted, under any circumstances, to operate a Company vehicle or a personal vehicle for Company business when any physical or mental impairment causes the employee to be unable to drive safely. Additionally, employees shall not operate any Company vehicle at any time, or operate any personal vehicle for Company business while using or consuming alcohol, illegal drugs or prescription medications that may affect their ability to drive. These prohibitions include circumstances in which the employee is temporarily unable to operate a vehicle safely or legally because of impairment, illness, medication or intoxication.

## General Practices

Company Credit Card Policy

Four Six Services, LLC offers company credit cards for employees who travel frequently for their duties, purchase large volumes of goods for use by the company or incur frequent business expenses that can be paid by credit card.

As a general rule, corporate credit cards cannot be used to obtain cash advances, bank checks or electronic cash transfers for anything other than the expenses incurred by the employee whose name appears on the credit card. The card is not to be used for personal expenses of the employee, either.

- o  Misuse of a Company credit card will result in termination and/or legal prosecution. If the card is used for personal expenses, Four Six Services, LLC has the right to recover these expenses from the cardholder. All employee cardholders will be required to sign an agreement authorizing Four Six Services, LLC to recover any amounts that are incurred for personal reasons out of their salaries.

- o  Credit card expenditures must be submitted with original receipts to Human Resources within seven (7) days of the statement date. Cardholders who do not submit their expenditures within this time frame will be asked to submit them immediately.

- o  If a credit card holder does not follow this Policy, his or her card will be cancelled.

- o  Lost or stolen Company credit cards must be reported to your supervisor immediately.

## General Practices

Employer-provided Mobile Devices Policy

The Company may require access to some employees at all times. For this reason, the Company may provide and pay for a mobile device for these employees.

We expect that all employees using employer-provided mobile devices will:

o   Act professionally

o   Avoid exceeding the number of allotted minutes

o   Use the device for business purposes only

o   Not use the devices while driving

The Company provides these mobile devices to increase productivity and allow employees to maintain adequate contact with both the Company and its customers.  If you are the recipient of an employer-provided mobile device, please use it appropriately.

## General Practices

Confidential Information and Company Property Policy

During your employment at Four Six Services, LLC, you may have access to confidential and proprietary data, which is not known by competitors or within the company's field of business generally. This information (hereinafter referred to as "Confidential Information") includes, but is not limited to: data relating to the Company's marketing and servicing programs; procedures and techniques; the criteria and formula used by the Company in pricing its products and services; the structure and pricing of special packages that the Company has negotiated; lists of customers and prospects; the identity, authority and responsibilities of key contacts at Company accounts; the composition and organization of accounts' businesses; the peculiar risks inherent in their operations; sensitive details concerning the structure, conditions, and extent of their existing products and services; contract expiration dates; commission rates; service arrangements; proprietary software, Web applications and analysis tools; and other data showing the particularized requirements and preferences of the accounts. This Confidential Information is a valuable asset of the Company, developed over a long period of time and at substantial expense.

To protect the Company's interest in this valuable asset, you must (a) not use any such Confidential Information for your personal benefit or for the benefit of any person or entity other than the Company, and (b) use your best efforts to limit access to such Confidential Information to those who have a need to know it for the business purposes of the Company. In addition, you should minimize those occasions on which you take documents, computer disks or a laptop containing such Confidential Information outside the office. On those occasions where it is necessary, consistent with the best interests of the Company and doing your job effectively, to take documents, computer disk or a laptop containing Confidential Information outside the office, all appropriate precautionary and security measures should be taken to protect the confidentiality of the information.

During the course of your employment with the Company, you will be provided with and will generate correspondence, memoranda, literature, reports, summaries, manuals, proposals, contracts, customer lists, prospect lists, and other documents and data concerning the business of the Company. Any and all such records and data, whether maintained in hard copy or on a computer or other medium, is the property of the Company, regardless of whether it is or contains Confidential Information. Upon termination of your employment at the Company, you are required to return all such records to the Company and may not retain any copy of such records or make any notes regarding such records. We reserve the right to search for such information and property in personal items while on Company premises such as vehicles, purses, briefcases, etc.

## General Practices

Conflicts of Interest Policy

All employees have a duty to further the Company's aims and goals, and to work on behalf of its best interest. Employees should not place themselves in a position where their actions or personal interests may be in conflict with those of Four Six Services, LLC. Examples include: soliciting or profiting from the Company's client or prospect base or other Company asset for personal gain; acting on behalf of Four Six Services, LLC in servicing or obtaining a client, and limiting the best solution for the client or prospect for personal financial gain; and acting as director, officer, employee or otherwise for any business or institution with which Four Six Services, LLC has a competitive or significant business relationship without the written approval of the chief executive officer.

Employees should report to their manager any situation or position (including outside employment by an employee or any member of an employee's immediate household) which may create a conflict of interest with Four Six Services, LLC.

# General Practices

Customer Complaint Policy

As an employee, you make a major contribution to our business growth. Your honesty, integrity, and competence in performing your job are necessary for customer satisfaction. Your ability to develop positive customer relations is essential to our job performance. If your duties include a support role, other employees should be treated as customers.

This Customer Complaint Policy aims to not only provide a framework for employees to work with when handling complaints from customers, but also to ensure consistency within Four Six Services, LLC in handling and resolving complaints from customers. Addressing customer complaints helps the Company in following through on our commitment to provide quality products, services and customer service.

Four Six Services, LLC defines the term "complaint" as any expression of dissatisfaction or grievance made by a customer or member of the public about any product or service, not including a request for information.

Four Six Services LLC's customer service representatives will provide reasonable information and assistance to customers to ensure that complaints are made effectively. Complaints may be made in any of the following ways:

- o  Via telephone

- o  Via email

- o  Via mail

Complaints will be acknowledged upon receipt by the Company.

Complaints will be processed in a timely and efficient manner. Continuous improvement and training will be used to confirm complaints are resolved promptly and courteously. Managing our customers' expectations realistically is our goal. This involves the careful examination of each complaint and the provision of a resolution offered on the basis of that analysis.

Complaints will be recorded and analyzed to ensure that our complaint management processes comply with this Policy. Trends will be identified, and feedback will be provided to the relevant departments to improve current processes.

Our mission is to resolve customer complaints immediately, rather than delaying the resolution. When necessary, customers will be kept informed of the progress of their complaint.

## General Practices

Four Six Services, LLC believes that your pride in both yourself and the Company is reflected in your appearance and in the image you create. We feel that our business image is important and, therefore, request that our employees maintain standards of dress and appearance appropriate to both the organization as a whole and your individual position responsibilities. Dress, grooming, personal cleanliness and professional behavior standards contribute to the professional image we strive to present to our customers and visitors. Therefore, while performing duties for the Company, employees are expected to dress in attire appropriate to the business environment and to behave in a professional manner at all times to best represent our business.

### Guidelines

Due to the nature of our business and our continuous client contact, our dress guidelines include a more relaxed dress or "Business Appropriate" dress, which we feel is in the best interest of Four Six Services, LLC, our employees and our clients (please see below for detail).

Employees may dress according to the requirements of their position, however, our beliefs regarding business appropriate dress is that business is always first. This means that employees should keep their day's schedule in mind. We recognize that different levels of dress may be appropriate for different occasions. As a general rule, when meeting with clients, prospects or outside visitors, traditional business attire should always be worn except where it doesn't make good business sense.

All employees should select their business attire for meetings and contact outside of the office by the type of function that will be attended. Also, on occasion there may be a specific business reason to require that all employees dress in traditional business attire. In such instance this will be communicated to employees in advance, and they will be required to dress accordingly.

Our business appearance and image is important to us. However, we respect individual preference and choice in dress and appearance. We are confident that employees will use their best judgment in following our dress and attire guidelines. We ask that at all times employees make certain that their appearance is well groomed and clean and that clothing is appropriate, neat, clean and well-fitting. While relaxed business attire is acceptable within the stated guidelines, we want to be sure our environment does not jeopardize professionalism and productivity.

### Appropriate Attire and Appearance Guidelines

1. Maintaining the highest standards relating to personal hygiene, including regular bathing and use of deodorant, brushing of teeth and using mouthwash as necessary, maintaining clean hands and fingernails at all times and the moderate use of cosmetics.
2. The nature of the work.
3. Safety considerations, such as necessary precautions when working near machinery.
4. The nature of the employee's public contact, if any, and the normal expectations of outside parties with whom the employee will work.
5. The prevailing practices of other workers in similar jobs.
6. The requirement of the Four Six Services, LLC's management that all employees are expected to exercise good judgment and dress appropriately for their jobs.

## General Practices

7. Any bandage worn must be kept clean and changed as often as necessary or appropriate.

Please note: Your particular job may include more specific requirements, which will be provided by your supervisor.

- **Hard hats should be kept clean at all times with no stickers or decals other than those provided by Four Six Services LLC or by customer**

- **Uniforms and/or Fire Resistant (FR) coveralls should be kept clean and in good repair at all times**

- **Inappropriate Attire and Appearance Guidelines**

  - Casual shorts, leggings, jogging suits or sweat suits and socks

  - Sweatshirts, T-shirts, tank tops or oversized shirts

  - Capri pants (or pedal pushers) or other trendy wear including exceptionally short dresses or skirts and crop tops

  - Clothing made of leather or spandex

  - Any clothing item displaying an offensive comment or graphic illustration or logo clothing including sport teams, cartoon characters, etc., unless otherwise specified.

  - Jewelry (or other objects of personal expression, such as visible tattoos) that is distracting, large or represents an unprofessional image as determined by Four Six Services, LLC such as large chains, facial jewelry, nose rings, etc.

  - Dirty, ragged, ungroomed, sexually provocative, revealing or see-through clothing or appearance

  - Any other attire or appearance Four Six Services, LLC deems to be inappropriate in the business environment

If an employee is unclear about dress and appearance guidelines, he or she is encouraged to consult with Human Resources. If an employee reports to work in questionable attire or appearance, a notification and discussion will occur with the employee to advise and counsel him or her regarding the inappropriateness of the attire. Depending upon the circumstance, the employee may also be sent home with directions to return to work in proper attire. It is expected that any work time lost will be made up by the employee. Continued or frequent departures from these guidelines will not be permitted and employees who appear for work inappropriately dressed or groomed repeatedly will be subject to disciplinary action.

## General Practices

Driving While on Company Business Policy

Driver inattention plays a role in many motor vehicle accidents. We are not only concerned about your welfare as a Four Six Services, LLC employee, but also the welfare of others who could be put in harm's way.

As a driver, your first responsibility is to pay attention to the road. When driving on Four Six Services, LLC business or driving while conducting business on behalf of the Company in any other capacity, the following applies:

**Cellphone Use**

Cellular phone use while driving is a common, often harmful, distraction. We are concerned about your safety as well as the safety of others. For this reason, the use of cell phones while driving is strongly discouraged. Do not accept or place calls unless it is an emergency, meaning the call cannot wait until you safely pull off the road or until you arrive at your destination. If you must use your cellphone while driving, please use good judgment: keep the call short, use a hands-free device, get to know your phone and its features, and suspend conversations during hazardous driving conditions (rain, snow, ice, fog, glare, heavy traffic, etc.). Cell phone use while driving is illegal in some areas.  **Always follow local laws.**

**Obey the Law**

Four Six Services, LLC is not responsible for any moving traffic violations, parking tickets or any other city ordinances or state or federal laws regarding your driving habits and operation and care of your personal motor vehicle. Any tickets issued are the employee's responsibility, even if the ticket is issued while conducting business for Four Six Services, LLC.

**Other Safe Driving Precautions**

- o   Use your best judgment when road conditions are poor. Limit or avoid driving when rain or snow threatens your safety.

- o   Make an effort to avoid distractions such as texting eating, applying makeup, paying too much attention to your radio or CD player, etc.

- o   Do not drive if your ability to drive safely is impaired by the influence of medications.

- o   Laptop computers should never be used at any time while driving.

- o   Be sure to properly adjust the mirrors and familiarize yourself with the vehicle's controls before operating.

- o   Be concerned for your coworkers' safety. Ask them to call you back at a safer time if they call you while they are driving.

As a business against drunk driving, be responsible when entertaining clients. Abide by the law and use a designated driver or the Businesses Against Drunk Driving program for transportation if you are under the influence of alcohol.

Employees who drive for company business must have a current, valid driver's license.

## General Practices

Educational Assistance Program Policy

Designations or certification programs qualify for reimbursement where it is relevant to the employee's position and where there is mutual benefit to the individual and the Company in terms of enhancing the employee's job performance, capabilities and credentials. Examples include: (insert relevant designations or certifications).

A certification, including but not limited to, CDL and Well Pressure Control license is required for several positions within the Company. Employees are responsible for maintaining their licensing requirements. With advance approval, expenses or reimbursement for expenses may also be covered by the Company at 100 percent for initial licensing if the license is required for the individual's current position or where the Company agrees it is part of an individual's planned career path within the organization. The annual limit for reimbursement is $2500.

The Company may offer continuing education courses, on-site throughout the year for the convenience of employees to maintain their licensing requirements. For assisting employees with continuing education credits, the online self-study and in-house training are the preferred methods, however, in some instances, with advance approval, continuing education credits might also be obtained through outside vendors, clients, colleges or universities. Approval will be determined based upon the value to the employee of the course content and whether the employee is taking advantage of the self-study and in-house training methods.

The application for participation in this program is to be made in writing and submitted to Human Resources for approval prior to commencement of the course. Upon approval or denial, Human Resources will notify the employee.

Following completion of the approved coursework, the employee must submit to Human Resources the "Application & Request for Educational Reimbursement" form with evidence of satisfactory completion and itemized receipts for expenses incurred for tuition, books and other covered expenses. Human Resources will then process payment.

If an employee voluntarily terminates employment at any time within 18 months of receiving reimbursement under this program, except for the costs related to continuing education credits, the employee is obligated to repay the Company all or part of the education assistance he or she received as reimbursement for expenses incurred. Repayment is required in the amount of one-eighteenth for each of the eighteen or fewer months remaining between reimbursement and termination. For example, an employee who terminates six months after receiving tuition assistance is forgiven six-eighteenths or one-third of all expenses reimbursed, but is required to repay the balance. The employee agrees that any balance owed to the Company can be withheld from their final pay given their prior written permission, or will be paid immediately upon termination by the employee. Repayment is not required if the employee is terminated by Four Six Services, LLC for any reason other than cause.

Courses or training received under this program should normally be held outside of working hours. The Company reserves the right to be selective in approving educational assistance, closely linking employees' jobs, Company budget and the specific training being pursued. Initial approval of education continuance does not obligate the Company to approve future courses. Reimbursement is contingent upon continued employment beyond course completion and may be treated as taxable income in accordance with the Internal Revenue Service regulations. This program does not include costs associated with seminars or courses where attendance is required.

## General Practices

If financial assistance is being received from other sources (such as any state, federal, military or private assistance) only the difference between the total cost of the course and the amount of the assistance will be considered reimbursable under this program. Employee reimbursement upon satisfactory completion of the approved course or training will be the method of assistance provided, however, in the case of certification programs, where the full certification cost is required up-front, the Company may consider direct payment of some or all portions prior to the start of the training. The Company has the discretion to deny approval due to business needs, including the need to work flexible or longer hours, or where employee performance has been or could become unsatisfactory.

# General Practices

Employee Classification Policy

Employees are classified as either exempt or non-exempt for pay administration purposes, as determined by the federal Fair Labor Standards Act (FLSA).

The definitions of the worker classification categories can be summarized as follows:

**Exempt**—Employees who meet any of the FLSA's exemption standards, including managerial, supervisory, professional, sales or administrative employees.

**Non-exempt**—Employees whose positions do not meet the FLSA exemption standards. Overtime work is prohibited without specific supervisor authorization for these employees.

In addition, each individual's employment status is defined as one of the following:

**Full-time** - Employees who work at least 35 hours per week are considered to be full-time. Such full-time employees are eligible for benefits after applicable requirements for length of service have been met.

Four Six Services, LLC may supplement its regular work force with temporary or part-time employees to help compensate for workload, employee absences or other situations. Management will determine which positions are permanent and which are considered temporary or seasonal.

**Part-time** - Employees who work fewer than 35 hours per week are considered to be part-time. Employees who work 35 hours or fewer per week, or who work on a temporary project basis, will receive all legally mandated benefits (such as workers' compensation and Social Security benefits), but are ineligible for other benefit programs.

**Temporary** - Temporary employees are individuals engaged to work either part time or full time on Four Six Services, LLC's payroll, but have been hired with the understanding that their employment will be terminated no later than the completion of their specific assignment. This category includes interns and co-op students. Such employees may be either "exempt" or "non-exempt" but are not eligible for benefits except as mandated by law.

**Independent contractors** - Consultants, freelancers and independent contractors are not employees of Four Six Services, LLC. The distinction between employees and independent contractors is crucial because employees may be entitled to participate in the Company's benefits programs, while independent contractors are not. In addition, Four Six Services, LLC is not required to satisfy income, Social Security, Medicare or unemployment tax withholdings or payment requirements for independent contractors.

## General Practices

Employee Fraternization Policy

Four Six Services, LLC wants to preserve a working environment that has clear boundaries between personal and professional relationships. This is believed to be the best practice for conducting business in a professional manner. This policy establishes clear boundaries with regard to how relationships develop at work and within the confines of the work area.

- o   During working hours and in work areas, employees of Four Six Services, LLC are expected to keep all personal interactions limited and at a professional level to avoid distracting or offending others.

- o   Employees are prohibited from engaging in any physical interactions that would be seen as inappropriate in the work area. What constitutes inappropriate conduct is in the discretion of the Company.

- o   Employees who engage in personal relationships with others and allow these relationships to negatively affect the working environment will be subject to disciplinary action. If said employees fail to change their behavior after disciplinary action takes place, they may be subject to termination.

- o   Romantic relationships between supervising, managing or executive employees and subordinates are strictly prohibited. If a relationship does develop between a supervising employee and his or her subordinate, management should be notified immediately so that a department transfer may be considered.

## General Practices

Employee Referral Bonus Policy

An award has been established to encourage our present team to refer quality people to our organization. If the referral is hired, the team member that submitted the referral will receive a $100 award. In order to qualify for the award program, a current employee should provide the referral for either a posted position or as a general referral. Following are the guidelines to this program:

- Any recommendation should be routed to Human Resources regardless of posting. Recommendations will be kept open for 12 months. In the event that two people refer the same individual, Human Resources will review the situation to determine who qualifies to receive the award.

- Referral candidate cannot already have been recommended through a recruiter.

- The award will be paid 90 days after the referred employee's start date. Both the new employee and the individual who made the recommendation must be active employees at the time the award is paid.

- This policy does not apply to anyone who has a recruitment, hiring or supervisory role or who has President or Executive Vice President status within the Company.

## General Practices

**Employment of Relatives Policy**

Members of your immediate family will be considered for employment on the basis of their qualifications. Your immediate family may not be hired, **however**, if it would:

- o  Create a direct supervisor-subordinate relationship with a family member

- o  Have the potential for creating an adverse effect on work performance

- o  Create either an actual conflict of interest or the appearance of a conflict of interest

This policy must be considered when hiring, assigning or promoting an employee.

If a circumstance arises that results in a direct supervisory relationship between immediate family or close personal relatives (including marriage, reduction in force, reorganization, priority placement, etc.), one of the relatives may be reassigned to an appropriate vacancy. During the period that a direct supervisory relationship exists between immediate family members or close personal relatives, the supervisory relative will not be involved in any personnel action involving his or her relative. Typical first-level supervisory responsibilities will be referred to the next higher level in the supervisory chain.

For purposes of this policy, your immediate family includes your mother, father, husband, wife, son, daughter, sister, brother, mother-in-law, father-in-law, sister-in-law, brother-in-law, son-in-law, daughter-in-law, stepchild, stepparent, grandchild or grandparent. This policy also applies to close personal relatives such as uncles, aunts, first cousins, nephews, nieces or half-siblings.

Questions should be directed to your supervisor.

## General Practices

Improper Payments and Gifts Policy

We prohibit the solicitation, acceptance, offer or payment to any person or organization of any bribe, kickback or similar consideration, including money, services, goods or favors (other than goods or favors which are nominal in amount and not prohibited by any federal, state or local law). Do not accept or give gifts, gratuities, entertainment or favors of such value or significance that their receipt might reasonably be expected to interfere with the exercise of independent and objective judgment in making or participating in the business decisions of or the party with whom the Company is dealing.

# General Practices

Injury & Illness Reporting Policy

Four Six Services, LLC is committed to establishing and maintaining a comfortable and safe working environment for all employees.

All work-related injuries and illnesses should be reported immediately to Human Resources, even if you are not sure whether they are truly work-related. Even small, seemingly insignificant, injuries left untreated can result in serious conditions.

Human Resources will complete an Accident Report. When injuries are reported immediately, they will quickly be investigated and corrective action will be taken to prevent more injuries.

If you see any potential hazards that need attention, notify Human Resources immediately.

## General Practices

Media Relations Policy

The Company is committed to providing the media with accurate information. To avoid discrepancies, specific guidelines should be followed when a media inquiry is received.

All media inquiries regarding the Company and its operation must be immediately referred to Matt Trissel who is authorized to make or approve public statements regarding company business. Unless specifically designated by this person, you are not authorized to make those statements. If you wish to write or publish an article, paper or other publication on behalf of the Company, you must first obtain approval.

The Company will generally provide a response to media inquiries within 24 hours. Should the response require a detailed technical explanation, a spokesperson will be designated to address the issue. The spokesperson will be chosen carefully, based on their area(s) of expertise.

Media inquiries include, but are not limited to, official statements, press releases and advertisements.

Please contact Matt Trissel with any questions or concerns you have regarding the Media Relations Policy.

## General Practices

Online Social Networking Policy

Four Six Services, LLC is committed to maintaining a good relationship with its employees and the marketplace. The way the public views Four Six Services, LLC is vital to maintaining business, gaining new business, retaining first-class employees, recruiting new employees and marketing our products and services.

While Four Six Services, LLC has no intention of controlling employee actions outside of work, employees should practice caution and use discretion when posting content on the Web. Employees have the right to use social media for personal expression on their own time, and will not violate employee privacy by attempting to access content that has not been made available publicly. This policy serves as a notice on the practice of social networking for all employees to read and understand. As more concerns develop and legislation is released, this policy is subject to change.

The purpose of this policy is:

- o   To guarantee a constructive relationship between the company and its employees

- o   To manage risk and preserve 's positive reputation

- o   To discourage the use of company time for personal social media activities

- o   · To promote awareness among employees of the number of individuals who can access information presented on social networking sites

### Definitions

*Social networking* and *social media* refer to any activity that involves interaction in online communities. This interaction includes, but is not limited to, browsing profiles and photos, reading messages sent through social networking forums and participating in instant messaging services.

A *social networking site* is any website that links individuals electronically and provides a forum where users can connect and share information. These websites can be tailored to specific interests or to certain types of users. Examples of popular social networking sites include Facebook, Twitter, MySpace, Flickr, Friendster, Classmates.com, LinkedIn, Xanga and Bebo. The list of social networking sites is constantly growing and changing because of the nature of the Web.

A *social networking profile* is a user's personalized page within a specific social networking site, usually containing personal information such as name, birthday, photo and interests.

*Micro-blogging* is the practice of publishing your recent whereabouts, thoughts or activities on a social networking site for other users to see. While not all social networking sites use micro-blogging, this is a primary focus of sites such as Twitter and Facebook.

*Business purposes* is considered using a social networking site for the company's gain, usually as a task or assignment given by a manager or supervisor. This can be done either through a specific company account on a given social networking site or through a personal account set up for the purposes of recruiting or marketing for Four Six Services, LLC.

The term *Working Hours* includes any time employees are being paid to conduct company business. Standard working hours are from 9am to 5pm, Monday through Friday. This timeframe may vary based on job type and responsibilities.

## General Practices

### Procedures

*Prohibited Use*

It is important that employees use their time at work for business purposes. Employees are not blocked from access to social networking sites on company computers because, under some circumstances, social networking is a powerful business tool that can be channeled to gain positive publicity for the company and to connect with clients. However, access to such websites should follow company policy. The following actions are prohibited during working hours:

- o   Using social networking sites to conduct personal or non-company business with a company computer or device.

- o   Browsing social networking sites for non-company business on company time with a company computer or device.

- o   Reading e-mail alerts regarding personal social networking account activity or using e-mail to correspond with personal social networking contacts.

- o   Updating information, uploading photos or otherwise engaging with one's personal social networking profile for non-business purposes with a company computer or device.

- o   Micro-blogging for a non-business purpose on a social networking site throughout the day, whether it is on a company-provided computer or a personal smart phone device.

*Prohibited Conduct*

Having your own individual social networking account and using it on your own time is certainly permissible. However, keep in mind that some actions on your personal site are visible for the entire social networking community and may no longer be considered private matters. Four Six Services, LLC has put in place a set of conduct guidelines to protect its brand and prevent the unwanted disclosure of confidential information. Please follow these guidelines:

- o   Do not use micro-blogging features to disclose trade secrets, publish internal reports, provide tips based on inside information or participate in other activities that may be considered insider trading.

- o   We urge you to consider resolving workplace grievances internally. If you choose to address a grievance using social media, we recommend you refrain from posting comments and materials that could be viewed as malicious, obscene, threatening, intimidating or that could create a hostile environment on the basis of race, sex, disability, religion or any other status protected by law.

- o   We also recommend you refrain from posting any opprobrious, reckless or maliciously untrue comments. These communications may not be protected by law.

- o   Do not impersonate Four Six Services, LLC or its employees, make statements on behalf of Four Six Services, LLC without authorization, or make statements that can be construed as establishing 's official position or policy on any particular issue.

As stated above, the purpose of this policy is to protect 's brand and prevent the disclosure of confidential information. It is not 's Four Six Services, LLC's intent to interfere with its employees' legal rights. Whenever state or federal law governs an area of social media participation, Four Six Services, LLC policies should be interpreted as to comply with them.

Online Social Networking Policy |

## General Practices

Open Door Policy

To foster an environment where employees and management feel comfortable communicating with and voicing concerns to one another, the Company uses an Open Door Policy. Basically, this policy means that all of the managers' doors are open to all of the employees, and employees are free to talk with management at any time. Please consider the following in regard to this policy:

You are responsible for addressing concerns with a manager, from complaints to suggestions and observations. Addressing these concerns allows the Company to improve and explain practices, processes and decisions.

We recommend that you first discuss concerns with your immediate supervisor, but the Open Door Policy also gives you the option of discussing them with higher management and/or Human Resources. All of these parties will be willing to listen to the issue and assist in a resolution.

## General Practices

Orientation Period Policy

For all employees hired by Four Six Services, LLC, the first 60 days of employment are considered to be an orientation period. During this time, the employee will undergo training and orientation as directed by the employee's supervisor. The employee's supervisor will also monitor the employee's performance during this time period.

During the first 90 days of employment, the employee is encouraged and expected to ask questions concerning his or her job responsibilities, and to determine if he or she is satisfied with the position. If the employee's job performance is found to be unsatisfactory by his or her supervisor at any time during the first 90 days of employment, the employment will be terminated.

## General Practices

Overtime Pay Policy

Four Six Services, LLC must compensate all hourly, non-exempt employees one-and-a-half times their regular wage rate for all hours worked in excess of 40 hours each week.

The Company's workweek begins on 12:01am Monday and ends on 12:00a on Sunday

At times, employees will be asked to work overtime to complete necessary work tasks. The employee's supervisor will notify the employee as early as possible regarding scheduling needs.

Non-Exempt Employees who want to work more than 40 hours during a workweek must receive written authorization from their supervisor before working overtime.

Employees whose job duties affect the safety of operation of vehicles in transportation of passengers or property in Interstate commerce may be exempt from FLSA overtime laws under the Motor Carrier Act. This exemption from overtime pay law has been interpreted as applying to any driver, driver's helper, loader or mechanic employed by a carrier and whose duties affect the safety of operation of motor vehicles in the transportation on public highways of passengers or property in Interstate or foreign commerce. The Motor Carrier Act exemption applies to those employees for whom the Department of transportation claims jurisdiction and if the employer is

1)  a private carrier and hauls property or:

2)  a common or contract carrier and hauls property or passengers and additionally if;

3)  the employee's travel is in interstate commerce (across State lines) or the employee handles trips that connect with an intrastate terminal (rail, air, water, or land) to continue an Interstate journey of goods that have not come to rest at a final destination.

The exemption will apply to those employees called upon in the ordinary course of work to perform, either regularly or from time to time, safety-affective activities. The employee comes within the exemption in all workweeks when he/she is employed in such work. This general rule assumes that the activities involved in the continuing duties of the job in all workweeks will include activities that affect safety of operation of motor vehicles. Where this is the case, the exemption will be applicable regardless of the proportion of "safety affecting activities: perform in a particular workweek. On the other hand, where continuing duties of the activities are so trivial, casual, and insignificant as to be de minimis, the exemption will not apply in any actual interstate trip, they may still be subject to DOT's jurisdiction if:

1)  the employer is shown to have an involvement in Interstate commerce and;

2)  it can be established that the employee could have, in the regular course of employment been reasonably expected to make an interstate journey or could have worked on the motor vehicle in such a way to be safety affecting.

Satisfactory evidence of the above could take the form or statements from the employees, or documentation from the employer, such as employee agreements. Where such evidence is developed with regard to an employee, the DOT will assert jurisdiction over the employee for a four (4) month period beginning with the date he/she could have been called upon to, or actually did, engage in the carrier's interstate activities. Thus, such employee(s) would be exempt under Section

## General Practices

13(b)(1) for the same four-moth period, notwithstanding references tot eh contrary in Regulations, 29 CFR 782.2. The overtime pay exemption does not apply to employees of non-carriers such as commercial garages, firms engages in the business of maintaining and repairing motor vehicles owned and operated by carriers, or firms engaged in the leasing and renting of motor vehicles to carriers.

# General Practices

Pay Periods and Check Distribution Policy

Different categories of employees are paid on different schedules. Most of Four Six Services, LLC employees are paid on a twice -monthly basis on the 1st and 15th days of each month.

In addition, direct deposit of your payroll check is available and is strongly suggested.

Certain deductions are required by law to be taken from everyone's pay while others are employee authorized. Deductions required by law include federal withholding tax, social security and Medicare contributions, and in most states, state withholding tax. Deductions from pay also will be made in accordance with any legally binding order or garnishment. Employees also may voluntarily elect to make certain deductions from pay for certain employee benefits offered from time to time by Four Six Services, LLC. Employee authorized deductions are those which may include premium payments for benefits.

Please contact your supervisor with any questions concerning the payroll process and your pay.

## General Practices

### Direct Payment Policy

It is the policy of Four Six Services, LLC to issue employee payments solely through electronic direct deposit. Direct deposit provides many benefits for employees, including greater security and faster access to funds. Checks will not be issued.

Employee payments will be electronically deposited directly into one or more checking or savings accounts designated by each employee. Accounts must be established with financial institutions, such as banks or credit unions that support direct deposit.

Temporary exceptions to this policy may be made for new hires, to provide adequate time to set up a direct deposit account. Exceptions may also be made for employees who provide evidence that they cannot obtain an account at a financial institution offering direct deposit.

The payroll office or Human Resources will assist employees with completing the necessary documentation as well as answering any questions or concerns about direct deposit.

NOTE: It is each employee's responsibility to review his or her payroll stub for accuracy of personal information and payment information. Employees must immediately notify Payroll Services or Human Resources if there has been an overpayment of wages. Employees are not entitled to keep wage overpayments and Four Six Services, LLC may recoup overpaid amounts from future payments.

NOTE: Employees must notify Payroll Services when there is any change to bank accounts that affect direct deposit. Changes must be received two weeks prior to the payday for which the change is to occur.

## General Practices

Performance Evaluation Policy

Four Six Services, LLC is committed to providing you with feedback, both formal and informal, about your performance on the job. Managers and supervisors are responsible for providing ongoing performance feedback to each employee. In addition, your manager or supervisor may formally discuss and document your performance on a regular basis (generally annually). In some business units, an initial performance review may be conducted within three to six months after an employee is hired or transfers to a new position.

Your performance appraisal discussion will review your strengths and identify any areas needing improvement, and goals and objectives that need to be achieved. Specific performance problems may be addressed outside the performance appraisal cycle through either informal discussions or formal disciplinary action. Formal performance feedback becomes a permanent part of your personnel file.

Please contact Human Resources if you feel that an evaluation is due to you or would be helpful to you.

## General Practices

Personnel Records Policy

Four Six Services, LLC strives to keep accurate and up-to-date personnel records.

Employee personnel files may include the following:

- o   Employee demographic information
- o   Job application
- o   Position description
- o   Resume
- o   Training records
- o   Salary history
- o   Disciplinary action records
- o   Performance reviews
- o   Coaching and mentoring records

To ensure the accuracy of your personnel records, please notify us immediately of the following changes:

- o   Name
- o   Address
- o   Telephone number
- o   Marital status
- o   Dependent status
- o   Tax status

Personnel records are confidential and are not available to anyone outside of the Company, unless you have personally authorized their release. A release may not be required when reporting certain information as required by law or when an authorized governmental agency inspects certain records. To obtain access to your records, contact Human Resources.

# General Practices

Phone Call Policy

Four Six Services, LLC provides phones to employees to increase efficiency in doing business. There are important things to consider when using Company phones. Please adhere to the following guidelines, based on the type of call you are making or receiving:

Business phone calls - Much of our business is conducted over the phone, making our telephone techniques extremely important. A friendly but businesslike telephone manner should always be projected. When you are away from your work area, make a habit of forwarding your calls to the appropriate extension.

Personal phone calls - We recognize that periodically, personal phone calls must be made or received during the business hours. Such calls should be held at a minimum so that they do not interfere with the workflow.

Personal cellphone calls - In order to provide an optimum work environment, employees are expected to have cellphones turned off during work hours. Ringing cellphones are a distraction to co-workers and can interfere with productivity. Cellphones should only be used during breaks, lunches and outside of the office. Flexibility will be provided in circumstances demanding immediate or emergency attention.

Voicemail - Company telephones are also equipped with voicemail. Voicemail was installed to help maintain our high quality of service for clients and to increase efficiency throughout the office. Voicemail will be an option to the caller; the call will not be put directly through to voicemail. It is recommended that employee greetings be changed daily. They should be brief and communicate your availability to clients.

Please contact Human Resources with questions about our Phone Call Policy.

## General Practices

Physical Examination Policy

Four Six Services, LLC may require a mandatory, job-related medical examination when there is a need to determine if an employee can perform the mandatory functions of his or her position. This exam will identify physical limitations or restrictions. A medical examination may also identify significant health or safety risks to the employee or others by identifying infectious diseases, or other medical monitoring as required by medical standards, professional licensing bodies or standards established by federal, state or local law.

The Company may conduct voluntary medical examinations and health promotion activities as well. The records from these screenings will be kept confidential.

The cost of the voluntary or mandatory medical examinations rests with the Company. The employee is not responsible for paying any of the costs for these procedures.

# General Practices

Safety Policy

Four Six Services LLC wants to ensure that our employees remain safe and injury-free at all times. The Company intends to comply with all applicable safety laws. In order to guarantee that accidents are avoided whenever possible, we expect our employees to refrain from horseplay, careless behavior and negligent actions. It is the Company's policy to maintain a safe and secure working environment for all employees and clients.

While working, employees must observe safety precautions for their safety and for the safety of others. All work areas must be kept clean, and free of clutter and debris. Any hazards or potentially dangerous conditions must be corrected immediately or reported to a supervisor.

If you are involved in an accident, you must:

- o   Report the accident to your supervisor or to Human Resources immediately
- o   Obtain any necessary medical treatment
- o   Fill out an Accident Report, regardless of the severity of the injury
- o   If you must seek additional medical treatment, obtain your supervisor's consent before leaving the premises

Employees who fail to comply with this procedure may be subject to disciplinary action.

## General Practices

Severe Weather Policy

Unless you are informed otherwise, always assume that Four Six Services, LLC is open for business during normal hours. Use common sense and your best judgment, however, when traveling to work in severe weather.

Some types of severe weather include blizzards, hurricanes and tornadoes.

If the Company is not going to open for the day, you will either be emailed, receive a phone call or the information will appear on the company's website.

If you arrive at work after the scheduled opening time, that time is charged to you as either (1) personal/sick time, (2) vacation time, or (3) unpaid time, in that order. You should always use your discretion in getting to work.  Four Six Services, LLC attempts to accommodate individual situations by allowing the use of personal/sick time and vacation time in these situations.

When potentially dangerous weather develops during the day and a decision is made by management to close, you will be compensated as if you had worked all of your regularly scheduled hours for that day. If you elect to leave prior to a decision being made by the Company to close early, you will be required to use accrued time to account for your absence.

## General Practices

Smoke-free Environment Policy

Four Six Services, LLC is a smoke-free environment. Smoking, chewing, use of e-cigarettes/pipes and other tobacco and nicotine products is not permitted at any time in Company work areas or vehicles, or in client work areas or vehicles.

If smoking is allowed outside of the building, smokers should be considerate of colleagues, customers and members of the public. Help to maintain a clean entryway by depositing cigarettes in appropriate containers and staying far enough away from doors so that smoke does not blow into the building.

Employees who smoke or chew must observe the same guidelines as non-smokers for the frequency and length of break periods.

This policy applies equally to all employees, customers, and visitors.

# General Practices

## Social Function Policy

At times, social events will be hosted by Four Six Services, LLC for employees to attend. These events may take place due to the hiring or promotion of an employee, or for other reasons.

Some events will be celebrated with a group luncheon, arranged by management. Other events (such as employee birthdays or service anniversaries) will be recognized with a card or gift from Human Resources. At times, the Company may also host parties or social gatherings outside of working hours. These events may take place to celebrate holidays or company successes, or for many other reasons.

At all Company social functions, employees are responsible for behaving in a professional manner. While alcohol may be served, employees should refrain from becoming intoxicated in order to avoid disruptive behavior.

Even at social functions, employees must remember that they are representing the Company and need to ensure that they are upholding the Company's positive reputation at all times.

## General Practices

Solicitations, Distributions & Use of Bulletin Boards Policy

**Understanding** that employees may occasionally wish to communicate with **their** co-workers to advertise personal items for sale or to participate in fundraisers for **non-profit** organizations, children's schools and other non-work events, we allow use of lunch rooms and electronic bulletin boards to distribute such information.

In respect for other's efficiency, please do not use work email, voicemail or **other** resources as a means to solicit or distribute non-work materials. Activities that disrupt work **hours** or operations are prohibited.

Persons not employed by Four Six Services, LLC may not solicit Company employees for any purpose on Company premises.

Use of Four Six Services, LLC Equipment

Equipment and resources such as vehicles, trailers, well-service equipment, copier, fax, computers, laptops, smart phones, postage machines, e-mail, internet access, telephone, pagers, and voice mail systems are in place to facilitate effective day-to-day business operations. Employees may not use Four Six Services, LLC equipment or resources for personal use or benefit without prior supervisor approval.

## *Desks, Lockers, and File Cabinets*

Four Six Services, LLC or its clients may from time to time provide office space, desks, computers or file cabinets for employee use in the performance of employment responsibilities, or locker space for employee use while at work. Four Six Services, LLC does not guarantee the security of any locker and employees are responsible for furnishing their own locks. Any lock will be voluntarily and immediately removed at the direction of Four Six Services, LLC. Four Six Services, LLC is not responsible for any article or item placed in any office space, locker, desk, file cabinet or computer, or otherwise brought on Four Six Services, LLC or client premises or on Four Six Services, LLC business, that is lost, damaged, stolen or destroyed. Weapons, explosives, alcohol and drugs are prohibited on Four Six Services, LLC premises, client premises or Four Six Services, LLC business and may not be placed in any office space, locker, and desk or file cabinet. Employees have no privacy rights in any office space, locker, desk, file cabinet or computer (or their contents) on Four Six Services, LLC or client property, or provided by the Four Six Services, LLC or a client of the Four Six Services, LLC, for or on Four Six Services, LLC business. Four Six Services, LLC reserves the right to inspect any such office space, locker, desk, file cabinet, computer, and their contents, and any other place or item on Four Six Services, LLC or client property, with or without advance notice or consent of any employee. Any person designated by the company or client may conduct such an inspection. Any employee who, upon request, fails or refuses to cooperate with any such inspection may be subject to disciplinary action, up to and including termination of employment.

# Safety Manual

**Safety Manual**

Workers' Compensation Policy

Four Six Services, LLC will provide workers' compensation, a type of accident and injury insurance, that compensates an employee for lost time, medical expenses and loss of life or dismemberment from an injury arising out of or in the course of work. Employees must report any work-related injury or disease immediately (or as soon as practicable) to their supervisor and Human Resources so that the necessary paperwork can be completed in a timely manner. Please note that under state laws, employees who fail to report work-related injuries in a timely manner may see a reduction or denial of their workers' compensation benefits.

Employees returning to work from an injury or illness for which they were receiving workers' compensation must provide proof of rehabilitation or treatment from a licensed physician and verification that they are able to complete all job-related tasks. In the event that the employee returns to work under strict medical restrictions, the Company will make every reasonable effort to accommodate the employee's work ability and job responsibilities. Once a physician removes work restrictions, the employee is expected to perform his or her regular duties and will no longer receive workers' compensation benefits.

## Safety Manual

Work Area

Four Six Services, LLC strives to make your working conditions as pleasant as possible.  We ask your cooperation in keeping your work area neat and company equipment in good working order. The need for repairs or adjustments to mechanical equipment should be reported immediately to your supervisor.  Secure confidential work papers and computer files away before leaving your office or work area for the day.

## Safety Manual

Safety Commitment

Four Six Services, LLC recognizes that employees drive our business. As our most critical resource, employees will be safeguarded through training and procedures that foster protection of health and safety. All work conducted by Four Six Services LLC's employees will take into account the intent of this policy. No duty, no matter what its perceived result, will be deemed more important than employee health and safety.

Four Six Services LLC is firmly committed to the safety of our employees. We are committed to providing a safe working environment and will do everything possible to prevent workplace accidents.

We value our employees not only as employees but also as human beings critical to the success of their families and the local community.

Employees are encouraged to report any unsafe work practices or safety hazards encountered on the job. All accidents/incidents (no matter how slight) are to be immediately reported to the supervisor on duty.

A key factor in implementing this policy will be the strict compliance to all applicable federal, state and local policies and procedures. Failure to comply with these policies may result in disciplinary actions.

Respecting this, Four Six Services LLC will make every reasonable effort to provide a safe and healthful workplace that is free from any recognized or known potential hazards. Additionally, Four Six Services LLC subscribes to these principles:

1. All accidents are preventable through implementation of effective safety and health control policies and programs.

2. Safety and health controls are a major part of our work every day.

3. Accident prevention is good business. It minimizes human suffering, promotes better working conditions for everyone, holds Four Six Services in higher regard with customers and increases productivity. This is why Four Six Services, LLC will comply with all safety and health regulations which apply to the course and scope of operations.

4. Management is responsible for providing the safest possible workplace for employees. Consequently, management of Four Six Services LLC is committed to allocating and providing all of the resources needed to promote and effectively implement this safety policy.

5. Employees are responsible for following safe work practices and company rules, and for preventing accidents and injuries. Management will establish lines of communication to solicit and receive comments, information, suggestions and assistance from employees where safety and health are concerned.

6. Management and supervisors of Four Six Services LLC will set an exemplary example with good attitudes and strong commitment to safety and health in the workplace. Toward this

## Safety Manual

end, management must monitor company safety and health performance along with working conditions to ensure that program objectives are achieved.

7. Our safety program applies to all employees and persons affected or associated in any way with Four Six Services operations. Everyone's goal must be to constantly improve safety awareness and to prevent accidents and injuries.

Everyone at Four Six Services must be involved and committed to safety. This must be a team effort. Together, we can prevent accidents and injuries. Together, we can keep each other safe and healthy in the workplace.

**Matt Trissel**_____

President                                           Risk Manager

**May 4th 2014**

# Safety Manual

General Safety Rules

The primary responsibility of the employees of Four Six Services LLC is to perform his or her duties in a safe manner in order to prevent injury to themselves and others.

As a condition of employment, employees MUST become familiar with, observe, and obey Four Six Services LLC's rules and established policies for health, safety, and preventing injuries while at work. Additionally, employees MUST learn the approved safe practices and procedures that apply to their work.

Before beginning special work or new assignments, an employee should review applicable and appropriate safety rules.

If an employee has any questions about how a task should be done safely, he or she is under instruction *NOT* to begin the task until he or she discusses the situation with his or her supervisor. Together, they will determine the safe way to do the job.

If, after discussing a safety situation with his or her supervisor, an employee still has questions or concerns, he or she is required to contact the Safety Coordinator.

*NO EMPLOYEE IS EVER REQUIRED* to perform work that he or she believes is unsafe, or that he or she thinks is likely to cause injury or a health risk to themselves or others.

## General Safety Rules

**Conduct**

Horseplay, 'practical jokes,' etc., are forbidden. Employees are required to work in an injury-free manner displaying accepted levels of behavior. Conduct that places the employee or others at risk, or which threatens or intimidates others, is forbidden.

**Drugs and Alcohol**

Use and/or possession of illegal drugs or alcohol on company property or on company time are forbidden. Reporting for work while under the influence of illegal drugs or alcohol is forbidden.

**Housekeeping**

You are responsible to keep your work area clean and safe. Clean-up several times throughout the day, disposing of trash and waste in approved containers, wiping up any drips/spills immediately, and putting equipment and tools away as you are finished with them.

The following areas must remain clear of obstructions:
- Aisles/exits
- Fire extinguishers and emergency equipment
- All electrical breakers, controls and switches

**Injury Reporting**

All work-related injuries must be reported to your supervisor immediately. Failure to immediately report injuries can result in loss of Workers' Compensation benefits. After each medical appointment resulting from a work-related injury, you must contact your

Safety Manual

supervisor to discuss your progress. You must also give your supervisor any paperwork that you received at the appointment.

Four Six Services, LLC. Provides Return to Work (transitional or light duty) jobs for persons injured at work where applicable. This work is meant to allow the injured or ill employee to heal under a doctor's care while she/he remains productive.  Employees are required to return to work immediately upon release.

Safety Manual

Safety Orientation Training

Four Six Services LLC is committed to providing safety and health-related orientation and training for all employees at all levels of the Company. The Company will maintain and support a program to educate and familiarize employees with safety and health procedures, rules and safe work practices. The training subjects and materials have been developed using industry best practices criteria and site-specific data.

The training may include, but is not limited to, the following:

1. Company-specific accident and incident data
2. Hazards associated with the work area
3. Hazards associated with a specific job or task
4. Operation of specific equipment
5. Personal protective equipment
6. Emergency procedures
7. Employee accident reporting requirements
8. Return to work program
9. Any OSHA required training not included or addressed above

**Periodic Inspections**

It is the policy of Four Six Services LLC that worksites are subject to periodic safety and health inspections to ensure implementation and execution of our policies and procedures as it relates to employees, contractors and vendors.

Employees are responsible for cooperating during these inspections. Managers and supervisors are responsible for initiating corrective actions to improve items discovered during such walkthroughs.

**Incident Reporting**

1. Any work-related injury, or suspected injury, must be reported immediately to your supervisor and to Human Resources. Failure to promptly report an injury may result in disciplinary action.

2. Human Resources will issue an advisement for an injured employee to take to the treating medical practitioner. The employee must report to Human Resources by the next business day.

3. After each practitioner appointment, the employee must report to their supervisor and Human Resources to review their progress.

4. Four Six Services LLC provides light duty work for employees recovering from injury (where applicable. Employees are required to return to light duty work immediately upon release.

5. An accident investigation will be conducted to determine the root cause of the accident. The injured employee will be asked to participate in the investigation.

# Safety Manual

Return to Work Program

It is our goal to prevent work-related injuries from happening. We are always concerned when one of our employees is injured or falls ill due to a work-related condition. We believe that such absences cost both Four Six Services and our employees. We want our injured employees to get the best possible medical treatment immediately to ensure the earliest possible recovery and return to work.

Four Six Services has a workers' compensation program available for employees who have suffered work-related injuries. The program's administrator will determine, based upon their guidelines, whether you are eligible for wage loss or medical expenses under that program.

Four Six Services LLC wants to provide meaningful work activity for all employees who become unable to perform all, or portions, of their regular work assignment. Thus, we have implemented a Return to Work program, which includes transitional or light duty work. The Return to Work program is temporary, not to exceed six months.

## Employee Procedures

- All work-related injuries should be reported immediately to your supervisor no later than the end of the shift on which the injury occurs.

  If a **post-accident drug screen** is not performed the **same day** as the injury, the employee will only be paid up to one hour while taking time out to have the drug screen sample collected.

- You must complete and sign a Report of Injury or Illness form.

- When medical treatment is sought, the injured employee must advise their supervisor that they are seeking treatment and obtain a Return to Work Evaluation form. Regardless of the choice of physicians, the Return to Work form must be completed for each practitioner visit. Four Six Services will not accept a general note stating only that you are to be off work.

  Under this program, temporary light duty work is available for up to sixty (60) days (with a review of your progress every 30 days) while you are temporarily unable to work in your regular job capacity. Transitional or light duty work beyond sixty (60) days, up to a maximum of six (6) months, will be evaluated on a case-by-case basis.

- If you are unable to return to your regular job, but are capable of performing transitional duty, you must return to transitional duty. Failure to do so will result in your not being eligible for full disability benefits under the workers' compensation program and may result in disqualification for certain other employee benefits and, in some cases, be a basis for termination.

- Employees who are unable to work and whose absences Four Six Services approves must keep us informed on a weekly basis of their status. Failure to do so will result in a reduction in benefits available and discipline, up to and including termination from employment.

- If you are unable to return to your regular job or transitional duty, your absence must be approved under the Family Medical Leave Act (FMLA) program. For this purpose, you need to complete a Family Medical Leave Request form and submit it to the Human Resources Department. You must also have your practitioner complete both the Return to Work Evaluation form and Return to Work Request / Physician's Authorization form.

## Safety Manual

- Employees who are not eligible for leave under FMLA must return to light duty or regular work if at all possible. If you are unable to return to any available work, your job position may be filled after a reasonable time. When able to do so, you will be entitled to return to a suitable position, if available and consistent with any limitations. However, you must keep us regularly informed of your status and any changes in your condition.

- Employees must provide a Return to Work form indicating they are capable of returning to full duty. Permanent restrictions will be evaluated on a case-by-case basis and relate to the performance of essential job functions. No permanent light duty positions will be created.

Cooperate with our third-party administrator and provide accurate and complete information as soon as possible so that you receive all benefits to which you are entitled. If you have problems or concerns, please contact your supervisor and the Human Resources Department.

Safety Manual

Emergency Action Plan

### General Emergency Guidelines

- Stay calm and think through your actions.
- Know the emergency numbers:
    - o Fire/Police/Ambulance 911
    - o Internal Emergency Number: 214-603-4322
- If indoors, know where the exits are located.
- In the event of any emergency, do not take elevators; use the stairs.
- Do not hesitate to call or alert others if you believe that an emergency is occurring; you will not be reprimanded if you act in good faith and it turns out to be a false alarm.
- First aid supplies and emergency equipment are located inside all trucks for use by those who are authorized and properly trained.

### Evacuation

- Employees will be notified of a possible fire, either by the fire alarm system or by a paged announcement.
- Upon becoming aware of a potential fire, employees should immediately evacuate the job site. Do not delay evacuation to get personal belongings or to wait for co-workers.
- Supervisors should be the last persons to leave the area after checking the job site to be sure that all personnel has evacuated.
- Any employee having a mobility, visual, hearing or other condition that may hinder them from becoming aware of an emergency or evacuating, should request special assistance through Human Resources.
- Upon exiting the affected area, all personnel should report for a head count.
- If any employee is missing, an immediate report should be made to the incident commander who will in turn report to the first available fire department officer.
- Employees should stay together in a group so that periodic updates on the situation can be issued.
- The order to re-occupy a job site or building will be issued by the incident commander.
- In the event of inclement weather, the incident commander will make arrangements for all personnel to move to shelter.

### Fire Safety

- Alert other persons in the immediate hazard area.
- Activate a fire alarm or call 911
- If you have been trained, you can decide to use a fire extinguisher following these instructions:
    - **P**=Pull the safety pin
    - **A**=Aim the nozzle at the base of the fire
    - **S**=Squeeze the operating lever
    - **S**=Sweep side to side covering the base of the fire

Safety Manual

> *\* When using a fire extinguisher, always stay between the fire and an exit; stay low and back away when the fire is extinguished.*
> *\* Never feel that using a fire extinguisher is required. If the fire is too hot, too smoky or you are frightened, evacuate immediately.*

- Have someone notify the incident commander of where the fire is located. They will relay this information to the fire department.

## Medical Emergency

- Upon discovering a medical emergency, call 911.
- Notify the supervisor and report the nature of the medical emergency and location.
- Stay with the person involved and careful not to come in contact with any bodily fluids.
- Send two persons (greeters) to receive emergency responders. Often two fire department units will arrive, so the second greeter should wait at the entrance to receive the second unit while the first greeter escorts the fire department personnel to the scene.
- Employees in the immediate vicinity of the emergency, but not directly involved, should leave the area.
- Human Resources will make any necessary notifications to family members of the person suffering the medical emergency.

## Severe Weather

- Facility management will monitor a weather alert radio.
- Employees will be instructed where to go for safety and should proceed there after all equipment has been shut down and secured. When the severe weather warning is cancelled, management will notify employees that it is safe to return to work areas.

**Safety Manual**

Access to Employee Exposure & Medical Records

Employees and former employees who are, have been or will be exposed to toxic substances or harmful physical agents can access exposure and medical records maintained by Four Six Services LLC upon request.

## Safety Manual

### Motor Vehicle Record (MVR) Funding Criteria

Employees with Motor Vehicle Records (MVRs) that violate the following standards may have driving privileges revoked. The employee will be considered for a driving position when the MVR improves. The criteria for acceptable MVRs are as follows:

- **No more than 2 moving violations in any 12-month period.**

- **No more than 3 preventable accidents in any 36-month period.**

- **No restricted or suspended license in the past 12 months.**

- **No driving under the influence (DWI) convictions.**

When new employees are hired and drivers are selected, the following items will be considered by the fleet manager and the hiring supervisor:

The applicant must have a valid driver's license that is the appropriate class for the vehicle driven.

Employment application will be reviewed.

The MVR will be reviewed prior to hiring and at least annually thereafter to help identify deteriorating driving skills.

A personal interview will be conducted.

References will be checked to verify information on the application.

A background investigation may be conducted.

A drug test may be conducted.

A physical examination may be required.

Each applicant and driver should be given a written test, a yard test, or a road test.

Each driver's driving performance and record will be included in the personnel file.

Safety Manual

Job Specific Safety Precautions

## Bloodborne Pathogens

Blood and other bodily fluids can carry pathogens, which are capable of causing diseases in others. This includes HIV, which leads to AIDS, and hepatitis. Because you cannot tell by looking at a person if they are infected with a pathogenic disease, you must take precautions following an illness or injury when bodily fluids are released.

1. In the event of a person losing bodily fluids, stay away from the area and warn others to do so also. You can still stay close to the ill/injured person to support them, just be sure to stay out of contact any bodily fluids.
2. In the event that you find spilled bodily fluids, a syringe, or other medically contaminated materials, do not attempt clean up by yourself. Call supervisor immediately for instructions.

## Confined Spaces (also see Hydrogen Sulfide section)

Petroleum storage tanks present a unique classification of confined spaces that require specific safe work practices. Confined space hazards can be a result of the presence of hazardous gases, vapors, fumes, cleaning chemicals, dusts or excessive heat or cold. Additionally, the creation of an oxygen-deficient or oxygen-rich atmosphere may cause serious injury or death. **Therefore, only trained and authorized employees are permitted to enter petroleum storage tanks or other confined spaces.**

A permit is always required for entry. Authorized entrants are required to:
1. Know space hazards, including information on the means of exposure such as inhalation or dermal absorption, signs of symptoms and consequences of the exposure;
2. Properly use appropriate personal protective equipment;
3. Maintain communication with attendants as necessary to enable them to monitor the entrant's status and alert the entrant to evacuate when necessary;
4. Exit from the permit space as soon as possible when:
   a. Ordered by the authorized person;
   b. They recognizes the warning signs or symptoms of exposure;
   c. A prohibited condition exists; or
   d. An automatic alarm is activated.
5. Alert the attendant when a prohibited condition exists or when warning signs or symptoms of exposure exist.

If you believe that your job requires confined space entry and you are not trained, do not undertake the work. Contact your supervisor for approval.

## Crane and Hoist Operations

Only trained and authorized personnel will operate cranes and hoists. The operator is responsible for the safety of other personnel and material in the area. They will communicate crane and hoist movement to others in the area who may be affected by sounding a warning signal when approaching personnel.

1. Cranes will not be used to lift personnel unless the crane is approved for that service and an approved personnel cage or basket is used

Safety Manual

2. Use only approved slings and lifting devices that you have inspected prior to use
3. A suspended load will never be lifted over people
4. Loads will be moved with fluid motions avoiding sudden accelerations or stops
5. Do not use limit switches to stop crane or hoist motion: use the controls
6. Test hoist breaks whenever lifting a load approaching maximum capacity: lift the load a few inches and stop motion with the brakes
7. If a load starts to slip or fall do not try to stop it: get to a safety area away from the drop zone
8. When two or more cranes are used in one lift, a qualified person will be in charge of the operation
9. A load will not remain suspended without the crane operator being at the controls

**Electrical Safety**

1. Turn all electrical appliances off before finishing your shift.
2. Any electrical problems should be reported immediately.
3. Electrical panels must remain clear and unobstructed at all times.

**Fall Protection**

All employees engaged in work 10 feet above the rig floor or other working surfaces and not protected by guardrail systems are required to wear a personal fall arrest system; inspect the harness and lanyards daily to ensure good working order.

**Fuel & Oil Transfers and Refueling**

1. Always shut down hydrocarbon-fueled engines during refueling operations.
2. Always monitor fuel tanks while being filled to prevent overfill and spillage.
3. During refueling operations, the filling nozzle should be kept in contact with the intake pipe to ensure bonding and prevent fuel spillage.

**Hydrogen Sulfide Gas** (also see Confined Space section)

Hydrogen Sulfide ($H_2S$) gas is a serious health hazard and may be present in the work area. Therefore, you must be aware of the potential for presence of $H_2S$ and take special precautions. Our site is classified according to areas of potential and/or actual exposure to $H_2S$. For general employees, instructions vary depending on the $H_2S$ gas present. Never enter an $H_2S$ area without proper training and authorization, and never rely on your sense of smell as a detection hazard. Four Six Services, LLC requires all employees to have H2S training and certification before going to location. Where H2S gas is present, all Four Six Services, LLC employees are required to wear H2S gas monitors.

- No Hazard Condition – No special restrictive actions required.
- Low Hazard – Green flag alerts employees that a low hazard is present in indicated work areas.

- Medium Hazard – Yellow flag alerts workers to keep a safe distance from dangerous locations; workers should pay attention to audible and visual alarm systems, and follow the guidance of the operator representative.

Safety Manual

- High Hazard – Red flag indicates workers are not allowed in the area without $H_2S$ safety training; workers should pay attention to audible and visual alarm systems, and follow the guidance of the operator representative.

## Hazard Communication

All Four Six Services employees have a right to know what chemicals they work with, what the hazards are and how to handle them safely.

1. Material Safety Data Sheets (MSDS) are documents provided by the supplier of a chemical. MSDS detail the chemical contents, associated hazards, and general safe handling guidelines. At Four Six Services LLC, the MSDS collection is located at corporate office. Employees are free to utilize the MSDS as needed.
2. All workers handling drilling fluid and additives are required to understand proper handling and disposal methods, and personnel protection procedures.
3. General rules for handling chemicals are:
   - Read all label warnings and instructions.
   - Minimize contact with chemicals. Use double layer cloths or gloves to protect your skin and keep your face clear of the area to reduce inhalation.
   - Always wash your hands after handling chemicals.
   - If a chemical enters your eye(s) immediately hold open the injured eye(s) and rinse with clean, cool water for 15 minutes. Then be sure to report the injury immediately.
   - Any questions or concerns regarding chemicals should be reported to your Job Site Manager.

## Hearing Conservation

All employees with a noise exposure at or above a Time Weighted Average of 85 dBA will wear company-provided hearing protectors for their entire shift while in areas with noise exposure at or above 85 dBA.
How should this read?

## Hot Work (Welding/Cutting/Brazing)

1. A Hot Work Permit will be completed whenever heat, flame or spark-producing work is performed outside of an area designated for containing such fire hazards.
2. Field welding shall not be permitted on tongs, elevators, bails or heat-treated rig equipment.
3. All personnel including those performing hot work, fire watch personnel and hot work supervisors will be trained prior to assignment to hot work operations and fire watch duties.
4. Do **not** perform hot work in the presence of explosive atmospheres (gasses, dust, vapor) or those that may develop inside unclean or improperly prepared tanks or equipment, which previously contained flammable material or combustible dust
5. For electrical arc welding activities:
   a. Obey all signs posted in the welding area.
   b. Use the welding screen to shield other employees from flying slag and intense light.
   c. Do not perform welding tasks while wearing wet cotton or leather gloves.
   d. Do not change electrodes with bare hands; use dry welder's gloves.

Safety Manual

6.  For portable grinders:
    a.  Do not use a portable hand held grinder with a wheel diameter larger than 2"
        unless the grinder has a positive action switch to ensure the switch cannot be
        locked in the on position.
    b.  Do not use a portable grinder if the grinding wheel guard is missing.
    c.  Do not clamp a portable grinder in a vice to use it as a bench grinder.

## Ladders
1.  Face the rig ladder when climbing up or down. Maintain a three-point contact by keeping
    both hands and one foot or both feet and one hand on the rig ladder at all times when
    climbing up or down the ladder.
2.  When using a straight or extension ladder, read and follow the manufacturer's
    instructions label affixed to the ladder if you are unsure how to use it. Always extend the
    top of the ladder at least 3 feet above the edge of the landing.
3.  Do not carry items in your hands while climbing up or down a rig ladder or extension
    ladder.

## Liquefied Petroleum Gas (LPG) and Compressed Gas
1.  Only trained and qualified personnel are allowed to fill LPG bottles.
2.  Always store, transport and use compressed gas cylinders in an upright position.
3.  Where compressed gas cylinders are designed to accept valve protective caps, always
    keep such caps on the cylinders at all times except when being filled or connected for
    use.
4.  Where gas-tight valve outlet caps or plugs are provided, always keep such devices on
    the valve outlet at all times except when the cylinder is being filled or connected for
    use.
5.  Remove from service containers that show denting, bulging, gouging or excessive
    corrosion.
6.  Use stoves and heaters used with LPG fuel in well-ventilated areas only.

## Lockout/Tagout (LOTO)
Prior to working on any machinery when guards are removed, every energy source (electrical,
hydraulic, chemical, mechanical, etc.) must be deactivated, stored energy dissipated and the
control locked in the off (safe) position. A lockout could consist of a lock applied to a control
such as a switch, breaker or valve. A tag containing words such as "DANGER - DO NOT
OPERATE" may also be used for lockout. If you see the lock, the tag or both applied to an
energy control device it means, "Keep your hands off."
1.  Do not perform any maintenance, inspection, cleaning, adjusting or servicing of
    any equipment without following the company's lockout/tagout program.
2.  If required to work on powered equipment (hydraulic, electrical, air, etc.), you
    must have your personal padlock with your name on it and personal key on your
    person at all times.
3.  Disconnect and padlock all machine power disconnects in the off position before
    removing guards for the purpose of working "ON" or "IN" the machinery or
    approaching its unguarded parts.
4.  Do not commence equipment repair or maintenance work until you have verified
    that the tagged/locked out switch or control cannot be overridden or bypassed.
5.  Replace all guards before removing personal padlocks from the control.
6.  Do not remove a lock from equipment unless you placed it there.
7.  Before machinery is put back into use after LOCKOUT/TAGOUT, give a verbal
    announcement or sound a warning to fellow employees.

Safety Manual

## Machine Guarding

1. Do not remove, alter or bypass any safety guards or devices when operating mechanical equipment such as mechanical power presses, press brakes, metal working lathes, radial arm saws, drills, horizontal mill, punch press or when bending or forming materials.
2. Replace guards before starting the machine, after making adjustments or repairing.
3. Do not wear loose clothing or jewelry on the worksite.
4. Read and obey safety warnings posted on or near any machinery.
5. Long hair must be contained under a hat or hair net, regardless of gender.

## Personal Protective Equipment (PPE)

Inspect PPE prior to each use.  Do not use damaged PPE. You are required to maintain and keep PPE clean.

a) *Safety Glasses* – must be worn at all times in designated areas on the worksite.
b) *Hard Hats* – must be worn at all times in designated areas.
c) *Gloves* – work gloves must be worn at all times when handling sharp or rough stock, welding, or performing other jobs, which could cause hand injuries.  Synthetic gloves must be worn when handling chemicals.
d) *Welding* – appropriate filter lens, welding helmet, gloves and sleeves are required for welders at all times.
e) *Respirators* – only employees trained and authorized to use respirators are allowed to do so.
f) *Hearing Protection* – is required in areas where noise exposure is more than 85dBA.
g) *Clothing* - Do not work in clothing that is saturated with any flammable, hazardous or irritating substance(s). Such clothing should be immediately removed and replaced with suitable clothing after the affected skin area has been thoroughly washed and, if necessary, treated.
h) *Fire-Resistant Clothing* – is required of any employee involved in drilling, servicing and production-related operations who could be at risk of a flash fire.

## Portable Fire Extinguishers

1. Only trained personnel are authorized to use a portable fire extinguisher.
2. Training will be conducted at the time that the employee is authorized to use fire extinguishers and will be repeated annually for all authorized personnel. Training will consist of classroom training supplemented by hands-on training where necessary. In all cases, employee safety will be stressed over property conservation.

## Power and Hand Tool Safety

1. Do not use power equipment or tools that you have not been trained on.
2. Before using power and hand tools, make sure they are clean, sharp and the safety guards are in place.
3. To avoid electric shock, do not handle or operate electrical tools when your hands are wet or when you are standing on a wet surface.
4. Always tag worn, damaged or defective tools "Out of Service" and do not use them.
5. Do not perform "make-shift" repairs to tools.
6. Transport hand tools only in toolboxes or tool belts.  Do not carry tools in your hand or clothing when climbing.
7. Do not leave tools that are "on" unattended.

Safety Manual

8. Disconnect the tool from the outlet by pulling on the plug, not the cord, and always store tools in their proper place.
9. Do not continue to work if your safety glasses become fogged; stop work and clean the glasses.

## Powered Industrial Trucks (Forklift Safety)

Only employer-authorized and trained personnel may operate forklifts. It is the driver's responsibility to not exceed the forklift lift capacity, obey all traffic rules and adhere to all forklift safety rules.

1. Do not raise or lower a load while you are in route.  Wait until you are in the loading area and have stopped before raising or lowering the load.
2. Sound the horn when approaching blind corners, doorways or aisles to alert other operators and pedestrians.
3. Do not exceed a working speed of five miles per hour and slowdown in congested areas.
4. Stay a minimum distance of three fork truck lengths from other operating mobile equipment.
5. Do not use bare forks as a man-lift platform.
6. Do not drive the forklift while people are on an attached aerial lift platform.
7. Lower the forks completely, turn off the engine and set the parking brake before leaving your forklift.

## Respiratory Protection

1. Do not perform operations requiring respirators unless you have been approved for use of respirators, fitted and trained on the company's respiratory protection program.
2. Inspect respirators for cracked or worn parts before and after each use, and after cleaning.
3. Do not work in an area that requires the use of respiratory equipment if you fail to obtain a tight seal between the respirator and your face.
4. Clean and sanitize respiratory equipment according to manufactures recommendations after each use.
5. Store respiratory equipment in a clean and sanitary location.

General Safety Precautions

## Fire Prevention

1. Smoking is permitted only in areas designated for smoking.
2. Potential sources of ignition are permitted only in designated areas located at a safe distance from the wellhead or flammable liquid storage areas.
3. Keep equipment, cellars and ground areas around and adjacent to the facility free from oil and gas accumulations.
4. Dispose of combustible materials such as oily rags and waste in covered metal containers and the covers kept in place.
5. Do not use natural gas or liquefied petroleum gas to operate spray guns or pneumatic tools.

## General Housekeeping

1. Keep your work area clean and free of debris and tripping hazards.
2. Clean up spills promptly to avoid slipping hazards.  Use caution signs or cones to barricade slippery areas.
3. Do not block or obstruct stairwells, exits or accesses to safety and emergency equipment such as fire extinguishers or fire alarms.
4. Do not block the walking surfaces of elevated working platforms, such as scaffolds, with tools or materials that are not being used.
5. Return tools to their storage places after using them.

## Lifting

1. When lifting, it's important to plan the move before lifting and ensure that you have an unobstructed pathway.
2. First, test the weight of the load. If the load is too heavy or bulky, use a hand trucks or get assistance from a co-worker. If assistance is required to perform a lift, coordinate and communicate your movements with those of your co-worker.
3. To lift properly:
    a. Face the load and position your feet 6 to 12 inches apart with one foot slightly in front of the other.
    b. Bend at the knees, not at the back.
    c. Hold the object as close to your body as possible.
    d. While keeping the weight of the load in your legs, stand to an erect position, keeping your back straight.
    e. Perform lifting movements smoothly and gradually; do not jerk the load.
    f. If you must change direction while lifting or carrying the load, pivot your feet and turn your entire body.  Do not twist at the waist.
4. Set down objects in the same manner as you picked them up, except in reverse.
5. Never lift anything if your hands are greasy or wet. **Wear** protective gloves when lifting objects that have sharp corners or jagged edges.

## Slip, Trip and Fall Prevention

Be aware of the slipping and falling hazards when working on the drilling floor or servicing rig floors or other platforms. The following are means to either prevent slips, trips and falls or to minimize the consequences if they should happen.

1.  Keep aisles and walkways clean and free of debris.
2.  Keep all cords and hoses orderly and clear of walking spaces.
3.  Cover open cellars.
4.  Conduct a pre-job inspection to identify, then eliminate or correct hazardous work surfaces.
5.  Wear waterproof footgear to decrease slip/fall hazards.

### Heat-Related Illnesses

1.  Wear loose, light colored clothing and a hat.
2.  Adapt to working in hot conditions gradually, avoid over-exerting yourself during peak temperature periods.
3.  Drink water frequently—at least eight ounces every 20 to 30 minutes. Stay away from liquids containing caffeine, as they tend to increase urination, which causes rapid depletion of body liquids.
4.  Watch for the following signs and symptoms of heat-related illnesses:
    a.  Heat cramps – Severe muscle spasms in the back, stomach, arms and legs, which are attributed to the loss of body salt and water during periods of heavy perspiration.
    b.  Heat exhaustion – Heavy sweating, cool or pale skin, nausea, headache, weakness, vomiting and fast pulse.
    c.  Heat stroke – High body temperature, minimal sweating, red and dry skin, rapid breathing and pulse, headache, nausea, vomiting, diarrhea, seizures, confusion or unconsciousness.
5.  Treat heat illness as soon as possible by doing the following:
    a.  Heat cramps – Move to a cooler area and drink approximately six ounces of water every 15 minutes. Follow up with a medical examination.
    b.  Heat exhaustion – Move to a cooler area and lie down with your legs slightly elevated. Cool your body by fanning and applying cool, wet towels and drink approximately six ounces of water every 15 minutes. Follow up with a medical examination.
    c.  Heat stroke – Call 9-1-1 immediately. Move to a cooler area, remove your outer clothing, immerse yourself in cool water or apply cool, wet towels or cloths to the body. Do NOT drink liquid, and wait for emergency personnel to arrive.

### Cold Weather Illnesses

1.  Exposed skin freezes within one minute at -20°F when the wind speed is five miles per hour (mph), and will freeze at 10°F if the wind speed is 20 mph. When skin or clothing is wet, injury or illness can even occur at temperatures above freezing (32° F). When the body is unable to warm itself, hypothermia and frostbite can set in, resulting in permanent tissue damage and even death.
2.  Watch for the following signs of cold-related illnesses:
    a.  Uncontrollable shivering
    b.  Slurred speech

    c.  Clumsy movements
    d.  Fatigue
    e.  Confused behavior

3.  Layer clothing to keep warm enough to be safe, but cool enough to avoid perspiring excessively.
    a.  Inner layer – synthetic weave to keep perspiration away from the body.
    b.  Middle layer – wool or synthetic fabric to absorb sweat and retain body heat.
    c.  Outer layer – material designed to break the wind and allow for ventilation.

4.  Wear a hat to avoid losing almost 40 percent of your body heat.

5.  Place heat packets in gloves, vests, boots and hats to add heat to the body.

6.  Watch out for the effects of cold temperatures on common body functions such as:
    a.  Reduced dexterity and hand usage
    b.  Cold tool handles reducing your grip force
    c.  The skin's reduced ability to feel pain in cold temperatures
    d.  Reduced muscle power and time to exhaustion

# Safety Manual Employee Acknowledgement

Four Six Services LLC is firmly committed to your safety. We will do everything possible to prevent workplace accidents and are committed to providing a safe working environment for all of our employees. We value you not only as an employee but also as a human being critical to the success of your family, the local community and Four Six Services, LLC. You are encouraged to report any unsafe work practices or safety hazards encountered on the job. All accidents/incidents (no matter how slight) are to be immediately reported to the supervisor on duty.

A key factor in implementing this policy will be a strict compliance with all applicable federal, state, local and Four Six Services policies and procedures. Failure to comply with these policies may result in disciplinary action. Respecting this, Four Six Services will make every reasonable effort to provide a safe and healthful workplace that is free from any recognized or known potential hazards. Additionally, Four Six Services LLC subscribes to these principles:

1. All accidents are preventable through implementation of effective safety and health control policies and programs.

2. Safety and health controls are a major part of our work every day.

3. Accident prevention is good business. It minimizes human suffering, promotes better working conditions for everyone, holds Four Six Services in higher regard with customers and increases productivity. This is why Four Six Services, LLC will comply with all safety and health regulations which apply to the course and scope of operations.

4. Management is responsible for providing the safest possible workplace for employees. Consequently, management of Four Six Services is committed to allocating and providing all of the resources needed to promote and effectively implement this safety policy.

5. Employees are responsible for following safe work practices, company rules and for preventing accidents and injuries. Management will establish lines of communication to solicit and receive comments, information, suggestions and assistance from employees where safety and health are concerned.

6. Management and supervisors of Four Six Services will set an exemplary example with good attitudes and strong commitment to safety and health in the workplace. Toward this end, management must monitor the company's safety and health performance, working environment and conditions to ensure that program objectives are achieved.

7. Our safety program applies to all employees and persons affected or associated in any way with Four Six Services operations. Everyone's goal must be to constantly improve safety awareness and to prevent accidents and injuries.

Everyone at Four Six Services must be involved and committed to safety. This must be a team effort. Together, we can prevent accidents and injuries and keep each other safe and healthy in the workplace.

By signing this document, I confirm the receipt of Four Six Services 's employee safety handbook. I have read and understood all policies, programs and actions as described, and agree to comply with these set policies.

Employee Signature _____     Date _____

# Fleet Safety Policy

# Fleet Safety Policy

The management of Four Six Services LLC considers safety and accident prevention to be one of our highest priorities in all areas of operation, including fleet vehicle safety. Since most vehicle accidents are caused by driver error, one of our goals is to employ only drivers who have a safe driving record and to ensure that they drive defensively.  We also intend to make sure that vehicles are kept in safe operating condition and are regularly inspected.  Should an accident occur, Management will ensure that the circumstances of the accident are thoroughly investigated, and that a determination is made as to whether the accident was preventable on the part of the Four Six Services LLC employee.  Employees involved in a preventable or an at-fault accident will be subject to disciplinary action, including the suspension of driving privileges and termination.

We have a responsibility to our clients, our employees, and the general public to ensure that our vehicles are always in safe operating condition and driven only by licensed, qualified, safe drivers. This Fleet Safety Program is intended to meet our responsibilities and explain to all drivers and other employees the specific duties and responsibilities that each of us has regarding fleet vehicle safety.

Matt Trissel
President, Four Six Services, LLC

Fleet Safety Policy

Responsibility And Accountability

## Responsibility for Fleet Vehicles

The President of Four Six Services LLC is the designated Fleet Manager responsible for administering the Fleet Safety Program. As such, the Fleet Manager will be responsible for the vehicles and drivers that are assigned to each vehicle. The Fleet Manager's duties will include, but not be limited to:

- Evaluating the background and driving records of all drivers to ensure that the data meets the company's criteria for driver qualification. The Fleet Manager will review drivers' motor vehicle records (MVR) when they are hired and once a year thereafter The criteria for a qualified driver includes:

    o No serious moving violations such as a DWI conviction, hit and run, vehicular manslaughter, or other vehicle felony in past 7 years

    o No more than two citations for a moving violation in past 3 years

    o No more than one accident within the previous three-year period.

- Ensuring that drivers inspect their vehicles regularly and that all repairs are made in a timely fashion. Drivers must inspect their vehicles every day before making road trips. Once a month, they must inspect their vehicles using the Vehicle Condition Report.

- Investigating all vehicle accidents and completing the appropriate accident investigation forms and documentation.

- Ensuring that all drivers are trained in defensive driving. Drivers who are involved in a preventable accident while operating a company vehicle or while operating their own vehicles on company business must complete an approved defensive driving course. The driver must complete the course within 30 days of when the company determined the accident was preventable.

- Ensuring that company vehicles are used only for company business and that no personal or unauthorized use of the vehicles is permitted.

## Vehicle Custodian Duties and Responsibilities

Each fleet vehicle will have an assigned vehicle custodian who will normally be the primary operator of that vehicle. The vehicle custodian will have primary responsibility for the safe operating condition of the vehicle assigned to him/her. The vehicle custodian will be required to conduct a monthly vehicle condition inspection using the checklist form contained in this manual, and to keep these inspection forms on file for at least six months after completing them. The vehicle custodian is

## Fleet Safety Policy

responsible for ensuring that the required state inspection is completed before the annual expiration date.  The custodian must immediately notify the fleet manager if the vehicle is unsafe. The custodian must remove the vehicle from service until the necessary repairs have been made.

Each employee of Four Six Services LLC, who is authorized to drive on company business, whether in a personal vehicle or fleet vehicle, is also responsible for vehicle safety.  The Four Six Services LLC requires all drivers to maintain a current driver's license and a driving record that meets the criteria contained in this policy. All drivers must comply with the accident reporting procedures contained in this policy, and they must conduct a pre-trip inspection on any fleet vehicle before leaving the property of Four Six Services.

Drivers of company vehicles must also comply with the following provisions:

- All vehicles must be properly checked out and signed out, along with the credit card (if applicable) for gasoline purchases.

- The driver must wear a seat belt at all times and make sure that all passengers wear their seat belts as well.

- Drivers are expected to operate vehicles in a manner consistent with all applicable laws and regulations and to follow the vehicle safety rules contained in this policy.

Four Six Services LLC employees who operate their privately owned vehicles on company business are responsible for complying with state laws regarding liability insurance for that vehicle. Employees who transport clients in privately owned vehicles must carry proof of liability insurance in the vehicle and must also have a copy of the current liability insurance certificate on file in the office. Drivers must promptly report any accident that occurs while operating a privately owned vehicle on company business to the fleet manager.

No drugs, alcohol, weapons, etc. allowed in any company vehicle at anytime

No texting or non-voice use of cell phones while vehicle is in motion.

# Fleet Safety Policy

## Driver Education and Training

It is important to train new drivers to ensure that they know their responsibilities and duties, understand how to operate the equipment safely, realize what is expected of them, and ensure that they understand the company's safety policies.  Training may take place in a classroom, in the yard, on the job, or on the road. The fleet manager will ensure that all training is documented.

Remedial training will be provided to those drivers with poor driving performance records.

Training topics will include, but not be limited to:

- Importance of wearing seat belts

- Dangers of driving while under the influence of drugs or alcohol

- Dangers of texting and distracted driving

- Traffic laws and regulations

- Emergency procedures - What to do in the event of an accident

- First Aid

- Proper backing techniques

- Proper passing procedures

- Reporting accidents

- Vehicle maintenance

- Proper loading and unloading of vehicles

## Fleet Safety Policy

Vehicle Inspection and Preventive Maintenance

Motor vehicle fleets require regular safety inspections and maintenance to keep the equipment operating safely and efficiently.   The fleet manager will ensure that all assigned drivers complete a monthly inspection checklist of their vehicles. If the inspection indicates a deficiency or a component in need of repair, this should be brought to the attention of the fleet manager immediately. Depending on the severity of the problem, the vehicle may be taken out of service until repairs can be made.

Drivers should make daily pre-trip inspections of their vehicles, focusing on key areas such as tires, mirrors, lights, glass, wiper blades, horn, gages, fluid levels, brakes, emergency equipment, etc. These daily pre-trip inspections do not need to be documented.

The fleet manager may, at his discretion, conduct unannounced spot inspections of vehicles.

**Fleet Safety Policy**

Accident Investigations

## I.    Purpose

The purpose of incident and accident investigation can be defined by one word -"**Prevention.**"  Incident and accident investigation should be viewed as an opportunity to correct problems, **not find fault or place blame**.

Only when all incidents are reported and investigated (major, minor, as well as non-injury incidents) can we identify the causes and take corrective action to prevent their recurrence.

It is the policy of Four Six Services that all incidents and accidents be reported and investigated promptly. This incident and accident investigation program will provide an opportunity for management to evaluate and correct deficiencies found within the safety process.

The depth of the investigation should not be determined by the severity of the injury or the amount of financial loss, but rather by the potential severity and the probability of recurrence of the accident or near miss (both to the employee and to the equipment).

## II.    Responsibility

The Fleet Manager will be responsible for administering the incident investigation program. The Fleet Manager will ensure that all incidents are promptly reported and investigated.  The Fleet Manager will participate in or review every incident investigation. The Field Supervisor will be responsible for investigating incidents and making suggestions for corrective action.

## III.    Interview Process

Interviewing accident/injury victims and witnesses can be a difficult job if not handled properly.  Interview employees as soon as possible, while the incident is fresh in their minds.  If you wait too long, victims/witnesses will have time to rationalize what might have happened.

The individual being interviewed often is fearful and/or reluctant to relate all the facts about the accident.  Many employees believe incident investigations are **faultfinding missions** rather than **fact-finding missions**. The investigation should focus on identifying unsafe acts and conditions.

**Definitions**

Your investigations should focus on finding the root cause of the accident, not placing blame. Always determine what happened and why.  Was the incident preventable? This will help you prevent similar incidents.

**Reportable Accident** – Any accident involving a company vehicle that results in death, bodily injury or property damages. An accident is reportable regardless of who was hurt, what property was damaged or to what extent, where it occurred, or who was responsible.

**Preventable Accident** – Any reportable accident in which the driver failed to exercise every reasonably possible precaution to avoid the accident.  Responsibility for the accident goes beyond observing traffic rules and regulations.  A fair and proper determination can only be made after conducting a thorough accident investigation.

**Responsibility For Accident** – The responsibility for accidents is based on whether the accident was preventable, not on who was at fault.

Fleet Safety Policy

| KEY QUESTIONS THAT MUST BE ASKED AND ANSWERED IN CONDUCTING AN ACCIDENT INVESTIGATION | |
|---|---|
| WHO: | • Was injured? |
| | • Saw the accident? |
| | • Was the supervisor/manager at the time of the accident? |
| | • Was working with the person involved? |
| | • Else was involved? |
| | • Instructed the employee? |
| | • Trained the injured employee? |
| | • Assigned the employee to the job or task? |
| | • Can help with the job to prevent a recurrence? |
| WHAT: | • Was the accident type? |
| | • Was the type of injury? |
| | • Part of the body was injured? |
| | • Job or task was the employee performing? |
| | • Was the employee told to do? |
| | • Tool was the employee using? |
| | • Machine or equipment was involved? |
| | • Instructions did the employee receive? |
| | • Specific precautions were necessary to do the job? |
| | • Specific precautionary instructions were given? |
| | • Protective equipment was used? |
| | • Protective equipment should have been used? |
| | • Protective equipment was available? |
| | • Problems or questions were encountered? |
| | • Did the employee or witness do when the accident occurred? |
| | • Extenuating circumstances were involved? |
| | • Did the employee or witness see? |
| | • Will be done to prevent recurrence? |
| | • Safety rules were violated? |
| | • New rules are needed, if any? |
| NOTES: | |
| | |
| | |
| | |

Fleet Safety Policy

| WHEN: | • Did the accident occur? |
|---|---|
| | • Was the employee hired? |
| | • Did the employee start the job/task? |
| | • Were the specifics of the job/task discussed with the employee? |
| | • Were hazardous conditions discussed with the employee? |
| | • Did the supervisor last check on the employee's progress? |
| | • Will the hazardous situation be corrected? |
| | • Will the employee return to work? |
| | |
| WHERE: | • Did the accident occur? |
| | • Was the employee at the time of the accident? |
| | • Was the supervisor/manager? |
| | • Were the other people that were involved in the accident? |
| | • Were witnesses when the accident occurred? |
| WHY: | • Was the employee injured? |
| | • Did the employee do whatever contributed to the accident? (If another employee was involved.) |
| | • Wasn't protective equipment used? |
| | • Was the employee in the position he/she was in? |
| | • Was the employee using the tools/equipment/machine? |
| HOW: | • Was the employee injured? |
| | • Could the accident have been avoided? |
| | • Could the other employee(s) have helped prevent the accident? |
| | • Could the supervisor/manager have prevented the accident? |
| NOTES: | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Fleet Safety Policy

| GENERAL: | • Was protective equipment available? |
|---|---|
| | • Were specific instructions given? |
| | • Were specific instructions followed? |
| | • Was equipment/tools/machine defective? |
| | • Was the defective condition reported? |
| | • Did the employee continue working with the defective equipment? |
| | • Did the employee continue working under the circumstances that led to the accident? |
| | • Were safety procedures followed? |
| NOTES: | |
| | |

# Fleet Safety Policy

## General Vehicle Safety Rules

- All occupants must wear safety belts whenever you are in a moving vehicle. Medical exceptions must have a doctor's note.

- Be constantly aware of traffic, road, and weather conditions.

- When driving, always keep your eye on the road and your mind on driving.

- Stay at least four seconds behind the vehicle in front of you.

- Pass on the left, but only where it is permitted and where you can see enough clear space to pass comfortably.

- Be especially alert in heavy traffic. Watch for sudden stops, debris, construction, potholes, and cars passing or moving in and out of lanes.

- Constantly check rearview mirrors and side mirrors for approaching traffic.

- Come to a complete stop at stop signs.

- Comply with applicable federal, state, and local laws and minimum requirements, including posted speed limits.

- Always yield the right-of-way.

- Use windshield wipers, lights, and defroster when driving in the rain.

- Turn on headlights when driving during periods of limited visibility or adverse weather conditions such as rain, sleet, snow, ice, or fog.

- Always expect the other driver to do the unexpected.

- Do not overload vehicles with material or passengers.

- Drivers are responsible for making daily inspections of company owned vehicles before they are placed into use.

- All vehicle parts that need repairs will be reported immediately. No vehicle will be driven unless it is safe and road-ready.

- Consumption of alcohol or drugs before and during the operation of a vehicle is strictly prohibited.

- All incidents and accidents must be reported immediately to management.

- No unauthorized passengers or hitchhikers are permitted. No one may ride on top of any vehicle.

- Any employee who operates a vehicle on company business frequently or occasionally is required to report any suspension or revocation of their license to their supervisor.

- Employees must carry their current state driver's licenses when operating company vehicles. Employees with suspended or revoked licenses will not be allowed to operate vehicles.

## Fleet Safety Policy

- When stopping behind a vehicle in traffic, leave enough space in front of you that you can see the other vehicle's back tires on the road.

- Avoid backing up if at all possible.  If you have to back up, inspect the area first.

- Slow down, and watch for cross traffic at uncontrolled intersections and/or intersections with yield signs.

- Stop, look and listen for trains at all unguarded railroad crossings.

- Slow down and/or stop at railroad crossings with limited visibility.

- If a train is visible, wait until the train has passed or come to a complete stop before proceeding over the tracks.

- Never stop a company vehicle on or within fifteen feet of railroad tracks.  Stop at least 15 feet from the tracks.

- Personal use of company vehicles is prohibited unless specifically authorized by management.

- Unauthorized persons will not be allowed to drive or operate a company owned vehicle.

- No Texting or other non-voice us of cellphones, tablets, etc. while vehicle is in motion.

## Fleet Safety Policy

Report of Vehicle Accident

### 1) Remain At The Scene

Do not move the vehicle unless it presents a safety hazard to others or appropriate authorities tell you to. If someone is injured, call for medical aid, and notify the company office immediately.  Warn other motorists, and place flares, cones, or warning signals as appropriate.

### 2) Report The Accident To The Appropriate Authorities

Report any accident involving injury or significant damage to the nearest police officer.  When you cannot leave the vehicle or get to a telephone within a short distance, ask a passing motorist to call.

### 3) Gather Accident Information

Complete the information in the driver's accident information kit.  Draw a complete diagram of the accident scene, showing streets and vehicles.  Give no information at the scene of the accident (except to the appropriate authorities), and sign no papers for anyone except police.  If the driver of the other vehicle leaves the scene or is uncooperative, you must, at a minimum, obtain the vehicle license plate number and a description of the vehicle, driver, and any passengers.

### 4) Obtain The Names, Telephone Numbers, And Addresses Of All Witnesses

### 5) Call Your Immediate Supervisor:

Report the accident to your supervisor before you leave the scene. Your supervisor may ask you for more information about the accident scene.

Fleet Safety Policy

| DRIVER'S REPORT OF VEHICLE ACCIDENT |
|---|

| Incident Date: | | Incident Time: | | AM / PM |
|---|---|---|---|---|

**Follow these Instructions if you have an accident:**

1. **Stop immediately, but do not block traffic.**
2. **Call for immediate aid for anyone who appears injured.**
3. **Call the police.**
4. **Call your supervisor.**
5. **Gather information necessary to complete this form.**
6. **Do not accept claim settlement.**
7. **Do not admit liability to anyone.**
8. **File a written report with your supervisor that includes the police report.**

| INJURED: | Circle:  Our Driver/Other Car/Pedestrian |
|---|---|
| Name: | |
| Address: | |
| Phone: | |
| Nature of Injury: | |
| Hospital Taken To: | |
| INJURED: | Circle:  Our Driver/Other Car/Pedestrian |
| Name: | |
| Address: | |
| Phone: | |
| Nature of Injury: | |
| Hospital Taken To: | |
| POLICE REPORT: | |
| Officer: | |
| Badge Number: | |
| | |
| Citation Issued: | Yes          No |
| Type of Violation: | |

| WITNESS: | |
|---|---|
| Name: | |
| Address: | |
| Phone: | |

General Vehicle Safety Policy [ ]

Fleet Safety Policy

| WITNESS: | |
|---|---|
| Name: | |
| Address: | |
| Phone: | |
| WITNESS: | |
| Name: | |
| Address: | |
| Phone: | |
| | |
| YOUR VEHICLE: | |
| License Number: | |
| Vehicle Number: | |
| Make/Yr: | |
| Driven By: | |
| Department: | |
| Supervisor: | |
| Damage: | |
| OTHER VEHICLE: | |
| License Number: | |
| Make/Yr: | |
| Driver: | |
| Age: | |
| Address: | |
| Phone: | |
| Insurance Company: | |
| Policy Number: | |
| Expiration Date: | |
| Agent/Address | |
| Damage: | |

| Diagram What Happened: | Indicate North: |
|---|---|
| | |

Completed By: _____

Fleet Safety Policy

| **COMPANY**<br>**VEHICLE ACCIDENT INVESTIGATION REPORT** | |
|---|---|
| **Driver:** | **Age:** |
| **Location:** | |
| **Time:** | **Date:** |
| **Job:** | **Length of time on this job:** |
| **Describe accident:** | |
| **Why did the accident happen?** | |
| **Describe injury:** | |
| **Could the company driver have prevented this accident?** | |
| **Recommended corrective action:** | |
| **Follow- up: Has corrective action been completed?** | |
| **Explain:** | |
| **Investigated by:** | |
| **Date:** | |
| **Reviewed by:** | |
| **Date:** | |

Fleet Safety Policy

Fleet Safety Policy Employee Acknowledgement

**I have read, been trained in, and understand the fleet safety program.  I agree to follow the rules it contains.  I also understand that failure to comply with this program could result in disciplinary action, up to and including termination.**

**Employee: (Print)** _____

**Employee Signature:** _____

**Date:** _____

Fleet Safety Policy

| VEHICLE CONDITION REPORT | | | | |
|---|---|---|---|---|
| Driver | | | Date | |
| Vehicle No. | | | Mileage | |
| Item | Good Condition | Needs Repair | Comments | |
| Backup Alarm | | | | |
| Battery | | | | |
| Body | | | | |
| Bumpers | | | | |
| Brakes | | | | |
| Parking Brake | | | | |
| Clutch | | | | |
| Defroster/Heater | | | | |
| Engine | | | | |
| Exhaust | | | | |
| Fuel Tank | | | | |
| Horn | | | | |
| Lights - Dash | | | | |
| Headlights | | | | |
| Taillights | | | | |
| Brake Lights | | | | |
| Turn Signals | | | | |
| Flashers | | | | |
| Mirrors | | | | |
| Muffler | | | | |
| Oil & Fluids | | | | |
| Safety Equip - Fire Ext. | | | | |
| First Aid Kit | | | | |
| Flares | | | | |
| Jack | | | | |
| Seat Belts | | | | |
| Spare Tire | | | | |
| Suspension | | | | |
| Steering | | | | |
| Tires | | | | |
| Transmission | | | | |
| Wheels & Rims | | | | |
| Windows | | | | |
| Windshield Wipers/Fluid | | | | |
| Other | | | | |
| Signature: | | | | |

Vehicle Condition Report 155

Fleet Safety Policy

Communicate with all employees by letting them know how well they are doing safety wise. How many accidents have occurred? Are they meeting the fleet safety goals? You can keep records on individuals by location and company wide.

Compare your accident rates with previous years, national averages, etc. You can use the following formulas to evaluate your safety efforts:

**Annual Vehicle Accident Frequency per 1,000,000 Miles**

Multiply the annual number of accidents by 1,000,000 miles, and divide that total by the actual yearly mileage.

Accident Frequency = $\dfrac{\text{Annual number of accidents X 1,000,000 miles}}{\text{Annual Miles Driven}}$

**Annual Vehicle Accident Loss Rate**

Divide gross revenue for one year by the total dollar losses in vehicle accidents for that year.

Vehicle Accident Loss Rate = $\dfrac{\text{Annual gross revenue}}{\text{Annual dollar losses from vehicle accidents}}$

**Annual Accident Rate Per Driver**

Divide the total number of accidents for one year by the total number of drivers.

Accident Rate = $\dfrac{\text{Total number of Accidents}}{\text{Number of Drivers}}$

**Annual Employee Injury Loss Rate**

Employee Injury Loss Rate = $\dfrac{\text{Annual gross revenue}}{\text{Annual dollar losses from employee injuries}}$

# Appendix

## Application for Re-employment Following Military Leave

**To be submitted no later than** _____ days (depending on length of military leave) following completion of military service.

Date: _____

Name: _____

Applying for (position): _____

Please accept this as my application to return to the position listed above as soon as possible. Attached is documentation verifying my dates of leave for _____ (division of military service) and my honorable discharge.

_____

**Employee Signature**


**FOR HUMAN RESOURCES USE ONLY:**

**Date Received:** _____

Approved:  ☐  Date of re-employment: _____

Denied:  ☐

Reason for denial:


By: _____

## Application & Request for Educational Reimbursement

| Name: | Department: |
|---|---|

| Position Title: | Phone: |
|---|---|

| Street Address: |
|---|

| City: | State: | Zip: |
|---|---|---|

| School: |
|---|

| Program/Degree Sought: | Est. Completion Date: |
|---|---|

| Educational Goals: |
|---|

| Describe how this program/degree will benefit both you and the Company (use the back of this form if necessary): |
|---|

| Course Name/Number: | Cost: | Book Cost: | Start Date: | End Date: | CE Credits: |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

This application is submitted in accordance with and subject to the Company's Educational Assistance policy. I hereby certify that I am not receiving financial assistance for this course from any other source. I have read the conditions explained in the policy and agree to abide by them. I also agree to the payback provisions set forth in the Educational Assistance Guidelines, including authorization for the Company to deduct from my payroll any monies due the Company. The following items are attached:

❑ Tuition Receipt   ❑ Book Receipts   ❑ Grade Report   ❑ Continuing Education Certificate of Completion

Signature:                                               Date:

Upon completion of this application, forward to your manager or Human Resources for approval.

TO BE COMPLETED BY HUMAN RESOURCES AND A MANAGER AUTHORIZED TO APPROVE:

I support this educational reimbursement.

Signature:                                               Date:

Upon approval of this application, forward to Human Resources for review, tracking and processing. Additionally, schedule a career discussion with your employee on the following topics: Educational Assistance Policy (how it works, service commitment expectations, etc.), how the course relates to the employee's current position, career goals and interests (short- and long-term), expectations concerning work/school conflicts.

❑ Application Approved   ❑ Application Denied   Reimbursement Amount:

Comments:

Your application will be reviewed within 2 weeks of receiving it and a copy will be returned to you. Upon successful completion of the course(s), submit the following to Human Resources for reimbursement:

q Approved Application and Request for Educational Reimbursement

q Copy of grade report or Continuing Education certificate of completion

q Tuition statement, book receipts

Certificate of Entrance into Military Service

This form should be filed with Human Resources.

This is to certify that _____, who is employed as _____ at a salary rate of $_____ in the department of _____ is entering military service effective _____.

This position is:

❑ Unclassified

❑ Exempt

❑ Nonexempt

If employee is employed on a seasonal, temporary or provisional basis, indicate:

❑ Seasonal

❑ Temporary

❑ Provisional

Date employment commenced (_____) or date employment would have terminated, had such employee not entered military service (_____).

_____          _____

Signature                                                        Date

Certificate of Return from Military Service

This form should be filed with Human Resources.

This is to certify that _____ has requested to return from military service to his or her position of _____ in the _____ department, at a salary rate of $ _____.

Date of entry into service: _____

Date of discharge: _____

Please attach a copy of discharge.

❑ This position has been filled on a substitute basis by _____.

❑ This position has been vacant pending return of incumbent.

❑ Employee had permanent status in the following job class:

_____ Competitive        _____ Noncompetitive

_____Labor        Employee was temporarily or provisionally employed

_____        _____

Signature        Date

Employee's Request to Take Voting Leave

Name: _____

Date: _____

Department/Location: _____

In accordance with the terms of 's "Time Off to Vote" policy, employees who are registered voters may take the necessary time to vote at the beginning or the end of their shift, whichever allows more time for voting and requires less time off the job; however, not more than 2 hours will be provided with pay.

I am requesting voting leave for: _____ on: _____

                                               (Election Type)              (Date)

Employees wishing to serve as election judges are encouraged to do so. The Company will pay the difference between the amount an employee receives for serving as a judge and the employee's normal day's pay (earnings factor times base rate) for performing this civic duty.

❑ I will be serving as an election judge.

Employees who serve as election judges must submit copies of pay stubs from the Elections Commission for reimbursement.

_____    _____

Employee Signature                     Date

FOR OFFICE USE ONLY

Voting leave approved by: _____ Date: _____

Voting leave denied by: _____ Date: _____

Reason for denial:

Expense Report

Name: _____                                         Date: _____

| Date | Description | Original Airfare | Bag Fees | Airfare Change Fee | Auto Rental (and gas) | Taxi. Tolls. Parking | Hotel | Phone | Meals | Mileage | | |
|------|-------------|-----------------|----------|--------------------|----------------------|---------------------|-------|-------|-------|---------|--|--|
| | | | | | | | | | | Miles | Rate | Total |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | | | | | | | | | | | 0.51 | - |
| | **TOTALS** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | Total Mileage | | $ - |
| | Account Number (For Accounting Use Only) | 5720 | 5720 | 5720 | 5740 | 5750 | 5730 | 6420 | 5700 | 5750 | | |

Purpose of Trip/Other: _____

Misc Notes: _____

### ENTERTAINMENT AND BUSINESS MEALS    (Note: IRS Regulations require all columns below to be filled out to be reimbursed for expenses.)

| Date | Name of Person(s) Entertained (Company.Title) | Time and Place | Nature and Purpose of Entertainment | Amount |
|------|----------------------------------------------|----------------|-------------------------------------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total Ent. & Business | $ - |
| | | | (Account No. 5710) | |

*Signed (Employee)* – *I hereby certify that the expenditures represent cash spent for legitimate company business and include no items of a personal nature.*

_____

*Supervisor Approval (Required)*
(Note: Please route signed form to Accounts Payable for processing.)

| Accounting Summary | | |
|--------------------|--|--|
| Check # | Date: | |
| **Accounts** | **A/C #** | **Amounts** |
| M&E - employees | 5700 | $ - |
| M&E | 5710 | $ - |
| Airfare | 5720 | $ - |
| Hotel | 5730 | $ - |
| Car Rental | 5740 | $ - |
| Mileage Other Travel | 5750 | $ - |
| Telephone | 6420 | $ - |

| Total Expenses | $ - |
|----------------|-----|
| Dept: | |

(Note: IRS requires all original receipts to be attached to this expense reports. Please make copies for your own records.)

Expense Report 188

Mileage Report Form

| Name: | | | Month of: | |
|---|---|---|---|---|
| Date | Destination (Name) | Location (City) | Purpose of Trip | # of Miles |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL NUMBER OF MILES: | |

| Total Miles | |
|---|---|
| Rate | |
| Total Mileage | |
| Tolls | |
| Total Due | |

| Check #: |
|---|
| Date: |
| G.L. #:          Dept.: |

q Approved    q Denied    Signature: _____

Report of Jury Duty Pay

Employee Name: _____          Date: _____

Employee Location: _____          Employee ID#: _____

This form should be submitted to Human Resources.

I was out of the office on jury duty from _____ to _____, or (if you did not serve on consecutive days) on these dates: _____.

This is a copy of my jury duty pay statement. I understand that, although 's benefits program includes pay continuation during jury duty, the additional money I earn while performing jury duty must be paid to . I understand, therefore, that my jury duty pay—pay only, not the transportation allowance—will be:

☐ Subtracted from a future paycheck

☐ Endorsed and paid directly to .

Signed: _____

Report of Jury Duty Pay

## Vacation Request Form

Employees of Four Six Services must submit their vacation requests for approval at least 2 weeks in advance. Vacations may be taken in full days or half-day increments.

Employee Name: _____

Supervisor Name: _____

Department: _____

Date: _____     Number of Hours: _____

Reason for Vacation:

Vacation Request is: ☐ Approved     ☐ Denied

Supervisor Signature: _____     Date: _____

Vacation Request Form

Application for Four Six Services, LLC-Issued Credit Card

Employee Name: _____

Position Held: _____

I fully understand and agree to the following terms:

- o   I assume ultimate responsibility for the card.

- o   I will not use the credit card to withdraw cash.

- o   I will not use the credit card to pay for personal expenses.

- o   If I misuse the card, I authorize Four Six Services, LLC to recover the funds through payroll deductions for expenses incurred that do not comply with the policy.

- o   If the credit card is lost or stolen, I will report it immediately to Human Resources.

- o   If I resign from Four Six Services, LLC, I will return the credit card with a reconciliation of all expenses prior to my departure.

_____          _____

Signature of Employee                                 Date

_____          _____

Signature of Supervisor                                Date

Disciplinary Action Form

Employee Name:
Employee Department:
Employee Title:

Date Action Taken:

Reason(s) for Disciplinary Action: (check all that apply)

Work Quality

Safety

Conduct

Attendance

Insubordination

Other

Dear Employee:

You are receiving this disciplinary action because your behavior in regard to the documented incident as described herein constitutes a failure to comply with Four Six Services, LLC personnel policies, Four Six Services LLC employee manual, and/or acceptable business practices. By conducting yourself in this way you have failed to uphold the responsibilities associated with your employment and may have placed yourself, your employer - Four Six Services, LLC and/or your fellow Four Six Services, LLC employees at risk legally, physically and/or emotionally.

The specific incident or behavior that has led to you receiving this disciplinary action is described as follows: Absent for work and poor work quality.

Prior discussions or warnings on this subject:  The Employee was warned in writing one month ago regarding being late and the problem continued.

As a consequence of your behavior or conduct that is the subject of this discipline report, Four Six Services, LLC has decided to take the following disciplinary actions:

Disciplinary Action:  Final warning before termination of the Employee.

Corrective action to be taken:  Show up to work on time.

Pursuant to Four Six Services, LLC policy of promoting fairness and employee input, you have the opportunity to provide your comment on this disciplinary action.

Employee Comment:
_____
_____
_____
_____

Employee Acknowledgment:

I have received this disciplinary action and understand the disciplinary action taken.   I also understand that unless this problem or behavior is corrected, further disciplinary action will be taken up to and including the termination of my employment pursuant to Four Six Services, LLC policy.

Signature of Employee:   _____

Supervisor:

I, (Supervisor), have reviewed this Discipline Report with (employee), and have described to (Employee) all disciplinary action taken, as well as informed (Employee) of the possibility of future action pursuant to Four Six Services, LLC policy.

Signature of Supervisor:   _____

Receipt of Four Six Services, LLC Employee Handbook

The Employee Handbook (sometimes referred to as a Personnel Policy Manual, or the "Manual") is a compilation of personnel policies, practices and procedures currently in effect at Four Six Services, LLC, an equal opportunity employer. The Manual handbook and the information within it are confidential.

This handbook is designed to introduce employees to the organization, familiarize you with Company policies as they pertain to you as an employee, provide general guidelines on work rules, disciplinary procedures and other issues related to your employment, and to help answer many of the questions that may arise in connection with your employment.

This handbook and any other provisions contained herein do not constitute a guarantee of employment or an employment contract, express or implied. You understand that your employment is "at-will" and that your employment may be terminated for any reason, with or without cause, and with or without notice. Only the CEO or other authorized representative(s) of Four Six Services, LLC has the authority to enter into a signed written agreement guaranteeing employment for a specific term. This handbook is intended solely to describe the present policies and working conditions at Four Six Services, LLC. This handbook does not purport to include every conceivable situation; it is merely meant as a guideline and, unless laws prescribe otherwise, common sense shall prevail. Of course, federal, state and local laws will take precedence over Four Six Services, LLC policies when applicable.

Personnel policies are applied at the discretion of Four Six Services, LLC reserves the right to change, withdraw, apply or amend any of our policies or benefits, including those covered in this handbook, at any time. Four Six Services, LLC may notify you of such changes via email, posting on the Company's intranet, portal or website, or via a printed memo, notice, amendment to or reprinting of this handbook, but may, in its discretion, make such changes at any time, with or without notice and without a written revision of this handbook.

By signing below, you acknowledge that you have received a copy of 's Employee Handbook, and understand that it is your responsibility to read and comply with the policies contained within it and any revisions made to it. Furthermore, you acknowledge that you are employed "at-will" and that this handbook is neither a contract of employment nor a legal document.

_____          _____

Signature                                                      Date

_____

Please print your full name

Please sign and date one copy of this notice and return it to Human Resources. Retain a second copy for your reference.

Receipt of Harassment Policies

**THIS ANTI-HARASSMENT POLICY** (hereinafter the "Policy") is being distributed by Four Six Services, LLC (hereinafter the "Company").

The Company will take all reasonable steps to prevent unlawful harassment from occurring. In addition to prohibiting other forms of unlawful discrimination, the Company maintains a strict policy prohibiting harassment because of gender, gender identity, genetic characteristics or information, sex, race, color, national origin, ancestry, religion, creed, physical or mental disability, cancer-related medical condition, marital status, veteran status, sexual orientation, age, and any other basis protected by applicable federal, state, or local law. All such harassment is prohibited. The Company's anti-harassment policy applies to all employees and independent contractors involved in the operations of the Company and prohibits harassment by any Company employee, including supervisors, independent contractors, and co-workers.

**Sexual Harassment**

The law defines sexual harassment as unwanted sexual advances, requests for sexual favors or visual, verbal, or physical conduct of a sexual nature when: (1) submission to such conduct is made a term or condition of employment; (2) submission to or rejection of such conduct is used as basis for employment decisions affecting the individual; or (3) such conduct has the purpose or effect of unreasonably interfering with an employee's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment is unlawful regardless of the genders involved.

**National Origin, Race, and Other Forms of Harassment**

Race and other forms of harassment can occur through verbal, physical, or other activity directed at employees in protected categories. It may occur when co-workers and/or supervisors use slurs or epithets referring, for example, to the national origin, race, or sexual orientation of an employee. Or it may occur through other kinds of activity, such as placing graphic images negatively connected to the race of an employee on or near the employee's desk, locker, or work location. All such activity is strictly prohibited under the Company's unlawful harassment policy. If any employee is uncertain as to the type of conduct prohibited under this policy, he or she should contact their supervisor immediately.

**Preventing Sexual and Other Forms of Harassment**

**The Company's Complaint Procedure**

Employees who believe they have been harassed on the job should provide a written or oral complaint to the HR Manager of the Company as soon as possible. The complaint should include details of the incident(s), names of individuals involved, and the names of any witnesses. Supervisors and managers must immediately refer all harassment complaints to the HR Manager of the Company.

All incidents of sexual or other harassment that are reported must and will be investigated, even if the alleged victim expresses a desire that the Company not investigate. That is the law. The HR Manager of the Company will immediately undertake or direct an effective, thorough, and objective investigation of the harassment allegations. The investigation shall be completed and a determination regarding the harassment alleged will be made and communicated to the employee(s) who complained and to the accused harasser(s). If the Company determines that sexual or other prohibited harassment has occurred, the Company will take effective remedial action commensurate with the circumstances. Appropriate action will also be taken to deter any future harassment. If a complaint of harassment is substantiated, appropriate disciplinary action, up to and including termination, will be taken and the Company will communicate to the complainant that action has been taken to prevent further harassment. Independent contractors should use this Complaint Procedure for any claim of sexual or other harassment.

ALL EMPLOYEES AND INDEPENDENT CONTRACTORS SHOULD NOTE THAT THE FAILURE TO USE THE COMPANY'S COMPLAINT PROCEDURE MAY RESULT IN THE DEFEAT OF ANY CLAIM OF SEXUAL OR OTHER HARASSMENT IF LITIGATED.

**False Claims of Harassment**

Any employee who makes a false claim of harassment will be disciplined according to Company policy.

**Prohibition Against and Duty to Disclose Romantic Relationships**

In an effort to prevent supervisory problems, favoritism, the possibility of compromising confidential information and/or trade secrets, morale problems, disputes or misunderstandings, and potential sexual harassment claims, supervisors are strongly discouraged from dating or engaging in romantic or sexual relationships with subordinate employees.

However, in the event such a relationship is undertaken, the parties are required to disclose to the Company that such a relationship exists. Based on the sole discretion of the Company, both parties may be given the opportunity to sign and acknowledge that the relationship is voluntary and consensual. In that case, both parties will also be required to disclose to the Company when the relationship is no longer voluntary and consensual. In the event that such a relationship exists or existed, and such disclosures have not been made, the relationship will be presumed to have been voluntary and consensual. All employees acknowledge these requirements and the presumption by signing the Annual Acknowledgment and Receipt of this Handbook. Co-workers are also discouraged from dating or pursuing romantic or sexual relationships with each other.

The Company, in its sole discretion, will determine whether any romantic or sexual relationship between a manager and a subordinate, or between co-workers, interferes with job performance and/or the business interests of the Company and will attempt to resolve the situation, including but

not limited to, providing one of the employees with a transfer to another position for which he or she is qualified if it is possible and consistent with good business practices. However, the Company may take whatever steps will protect its business interests, including but not limited to, terminating the employees involved.

### Employee's Duty to Disclose Benefits Received

No supervisor, manager, or officer of the corporation is authorized to condition the receipt or denial of any benefit, compensation, or other term or condition of employment on an employee's complying with any sexual demand. To the contrary, all employees are instructed that they must refuse such demands and report them promptly. Any employee who is found to have obtained any benefit from the Company because he or she submitted to an unreported sexual demand will be disciplined appropriately, including but not limited to, reimbursement for the value of any benefits received. Any employee making such a demand will be disciplined, up to and including termination.

### Liability for Sexual or Other Harassment

Any employee of the Company, whether co-worker, supervisor, or manager, who is found to have engaged in unlawful harassment is subject to disciplinary action up to and including termination from employment.

### Anti-Retaliation Policy

In accordance with applicable law, the Company prohibits retaliation against any employee because of the employee's opposition to a practice the employee reasonably believes such practice constitutes employment discrimination or because of the employee's participation in an employment discrimination investigation, proceeding, or hearing. Any retaliatory adverse action because of such opposition or participation is unlawful and will not be tolerated. For purposes of the Company's anti-retaliation policy, all references to "discrimination" should be understood to include "harassment."

### The Company's Complaint Procedures for Retaliation

The Company's complaint procedure provides for an immediate, thorough, and objective investigation of any claim of unlawful retaliation because of opposition to alleged discrimination or participation in a proceeding regarding alleged employment discrimination. If you believe that you have been retaliated against because of your opposition to an employment practice you reasonably believe to be discriminatory or because of your participation in a hearing or proceeding regarding alleged unlawful discrimination, you should provide a written or oral complaint to the HR Manager as soon as possible. Your complaint should be as detailed as possible, including the names of individuals involved, the names of any witnesses, and any documentary evidence.

All complaints of prohibited retaliation that are reported to management will be investigated. The Company will immediately undertake and direct an effective, thorough, and objective investigation of the retaliation allegations. The investigation will be completed and a determination regarding the alleged retaliation will be made.

If the Company determines that an individual has suffered adverse action in retaliation for opposition to alleged employment discrimination or participation in a proceeding related to alleged employment discrimination, the Company shall take effective remedial action appropriate to the circumstances. The Company shall also take action to deter any future retaliation. If a complaint of retaliation is substantiated, appropriate disciplinary action, up to and including termination, will be taken and the Company will communicate to the complainant that action has been taken to prevent further retaliation.

Additional Enforcement Information

In addition to the Company's internal complaint procedures regarding harassment and discrimination, employees should be aware that the federal Equal Employment Opportunity Commission (EEOC) also investigates and prosecutes such complaints.

The Company will not adopt or enforce any rule, regulation, or policy preventing an employee from disclosing information to the Company or to a governmental or law enforcement agency if the employee has reasonable cause to believe that the information discloses a violation of state or federal statute, or a violation of or non-compliance with a state or federal rule or regulation.

If any Company employee wishes to make a report regarding suspected unlawful activity, he or she should report the activity immediately to the HR Manager who will initiate a prompt, thorough, and objective investigation. Reports should be in writing with as much detail as possible. Oral and anonymous reports will also be accepted and investigated.

If an employee elects not to report suspected unlawful activity as defined above to the Company, he or she may contact the Office of the Attorney General's whistleblower hotline. The Attorney General shall refer calls received on the whistleblower hotline to the appropriate governmental authority for review and possible investigation.

By signing below, you acknowledge that you have received a copy of 's Harassment Policy and Sexual Harassment Policy, and understand that it is your responsibility to read and comply with both policies and any revisions made to them.

_____        _____

Signature                                                    Date

_____

Print your full name

Receipt of Harassment Policies

Receipt of Smoking Policies

**THIS EMPLOYEE SMOKING POLICY** (the "Policy") is being distributed on (Date) by Four Six Services, LLC (the "Company"), and shall become effective and enforceable beginning on Date.

The Company offers a non-smoking environment for its employees and customers. In order to reduce others' exposure to second-hand smoke, smoking is prohibited in the following areas: oil/gas well locations, near flammable liquids/gases and inside company buildings/vehicles and any other area designated as a "No Smoking" area by the company and/or local, state and federal law. Smoking is also not permitted in any enclosed areas where employees and customers gather (including all restrooms).

I acknowledge that I have received a copy of this policy.

Employee

_____

Title

Date: _____

Receipt of Employee Confidentiality Policy

**THIS ANTI-HARASSMENT POLICY** (hereinafter **THIS EMPLOYEE CONFIDENTIALITY POLICY** (the "Policy") is being made and entered into by and between Four Six Services, LLC, (the "Company"), and (Employee Name), (the "Employee"), and shall become effective and enforceable beginning on DATE.

Employee is employed by the Company, and a position of trust and confidence with respect to the Company's business operations. The Company frequently receives information and materials of a highly sensitive nature from its clients, and has generally agreed with its clients to maintain the confidentiality of such information and materials. Additionally, certain other business information, processes and methodologies developed and maintained by the Company is of a proprietary, private, secret and highly sensitive nature, which must be carefully protected in order for the Company to be successful.

The Company and the Employee believe that it is appropriate for them to memorialize their understanding and agreement with respect to the Employee's confidentiality obligations to the Company.

THEREFORE, the Company and the Employee agree as follows:

Confidential Information. For purposes of this Policy, the term "Confidential Information" includes, but is not limited to, all of the following information: information relating to business and product or service plans, financial projections, customers, potential customers, clients, partners, vendors, patents, patent applications, trademarks, copyrights, trade secrets, intellectual property, computer object or source code, research, inventions, processes, designs, drawings, engineering, marketing, employees and employee compensation, or finance, which information is designated in writing to be confidential or proprietary (either prior to or following disclosure) or which information would, under the circumstances, appear to a reasonable person to be confidential or proprietary. Confidential information does not include information, technical data or know-how which (i) is in the possession of the receiving party at the time of disclosure (as shown by the receiving Party's files and records immediately prior to the time of disclosure); or (ii) becomes part of the public knowledge or literature, not as a result of any improper inaction or action of the receiving party; or (iii) is subsequently disclosed to the receiving party having the legal right to make such disclosure; or (iv) is approved by the disclosing party, in writing, for release.

Business Information. For purposes of this Policy, the term "Business Information" includes, but is not limited to, any and all (a) internal business procedures and business plans, including but not limited to technical data, client names and information and ideas for new services, (b) marketing information and materials, such as marketing and developmental plans, forecasts, assumptions, financial data, price lists, policies, procedures and (c) Other such information which relates to the way the Company conducts its business.

Third Party Proprietary Information. For purposes of this Policy, the term "Third Party Proprietary Information" includes, but is not limited to, any and all information disclosed to the Company by a third party otherwise as to which the Company is under a duty of confidentiality.

Employee's Obligation as to the Confidential, Business, Third Party Proprietary Information. Employee agrees to take the following steps to preserve the confidential and proprietary nature of the Confidential, Business, Third Party Proprietary Information:

No Disclosure. During and after Employee's employment with the Company, employee will not use, disclose or otherwise permit any person or entity access to any of the Confidential, Business, Third Party Proprietary Information other than as required in the performance of employee's duties with the Company, and Employee will take all reasonable precautions to prevent disclosure of the Confidential, Business, Third Party Proprietary Information to unauthorized persons or entities.

Non-Competition. While Employee is employed by the Company, Employee will not provide services to, or assist in any manner, any business or third party that competes with the current or planned business of the Company.

Return All Confidential, Business, Third Party Proprietary Information. Immediately upon termination of Employee's employment with the Company for any reason whatsoever, Employee shall return or otherwise deliver to the Company all Confidential, Business, Third Party Proprietary Information that is in tangible, including electronic, form.

Removal of All Confidential, Business, Third Party Proprietary Information. Immediately upon termination of Employee's employment with the Company for any reason whatsoever, but after performing the duties as detailed in section 4.3 above, Employee shall permanently remove all Confidential Information in electronic format from any personal device owned by or in the possession or control of Employee on which such Confidential Information is stored.

Non-Solicitation. During Employee's employment with the Company and for a period of five (5) year thereafter, Employee will not directly or indirectly solicit to hire any existing

employee of the Company or encourage or aid such employees to terminate their employment with the Company. Furthermore, during Employee's employment with the Company and thereafter, Employee will not directly or indirectly solicit or take away clients or customers of the Company if the identity of the client or customer, or information about the client or customer relationship, is a trade secret or otherwise deemed Confidential, Business, Third Party Proprietary Information within the meaning of this Policy.

Received and Acknowledged By:

Date: _____

_____ *(signature of Employee)*

_____ (Printed Employee Name)

_____ (Employee Job Title)

Job Description Template

# Four Six Services, LLC

## JOB DESCRIPTION

**Company Overview:**

Brief overview of the company

## (Position Title)

**Job Description:**

(Enter the job description)

**Responsibilities:**

(Enter the job responsibilities)

**Qualifications and Required Skills and Competencies:**

(Enter the required job qualifications, skills and competencies)

Four Six Services, LLC is an equal opportunity employer and will not discriminate in recruiting, hiring, training, promotion, transfer, discharge, compensation or any other term or condition of employment on the basis of race, religion, color, age (over age 39), sex, national origin, or on the basis of disability if the employee can perform the essential functions of the job, with a reasonable accommodation if necessary.

Four Six Services *"Leading By Example"*

# ACCIDENT INVESTIGATION
## EMPLOYEE/WITNESS STATEMENT

(To be completed by every employee working in the crew of the injured employee and by every employee with knowledge of events or circumstances involved in the accident.)

This information is being solicited from you so that **Four Six Services** can accurately assess the reported incident to prevent similar occurrences in the future. Describe only the facts for which you have personal knowledge – if you have no knowledge of the incident write "no knowledge".

Company _____ Job No. _____

Location _____

Name of Injured Employee _____

Date of Accident _____ Time _____ am-pm   Date of this Statement _____ Time _____ am-pm

Time Shift begins _____ Time Shift ends _____

Name of Employee/Witness _____ Phone No. _____

Address _____ City _____ State _____

Parish _____ Zip Code _____

Were you in the vicinity of the accident? _____ Did you see the accident? _____

Describe the exact time and manner in which you learned of the accident _____

_____

_____

Name all employees working in your crew or employees with information concerning the accident. _____

_____

Who gave you directions for the assigned work? _____

Describe the directions you received and describe the assigned work. _____

_____

_____

Describe requirements for equipment or personal protective equipment required for the job. _____

_____

_____

Was a safe work permit required? _____ Did you read the permit? _____

Where was the permit kept? _____

Were all provisions of the permit followed? _____ If no, explain. _____

_____

Describe, in detail, the sequence of events leading up to the accident. _____

_____

_____

_____

| **4 6** | **Jobs Safety Analysis (JSA)** | Date: _____ Unit # _____ Location: _____ |
|---|---|---|

| JOB/ACTIVITY NAME: | Customer: _____ |
|---|---|

**REQUIRED PERSONAL PROTECTIVE EQUIPMENT FOR ENTIRE JOB**

safety glasses       steel toe boots       other _____       other_____       other_____
hard hat                  FR's
gloves
harness lanyard(when in man basket)       other_____       other_____       other_____
hearing protection(when required)

| **Basic Steps** | **Potential Hazards** | **Controls** |
|---|---|---|
| Wear Harness when more than 4' off the ground. | Fall from man basket | Properly wear harness/hook lanyard above or behind, not in front. |
| Open needle valve on the night cap | High Pressure | Make sure pressure is bled off |
| Lifting the night cap | Heavy lifting | Proper lifting technique |
| Stabbing on the lubricator | Pinch point | Proper hand placement on Lubricator |
| Lowering the man basket | Obstructions or personnel below you. | Identify any and all obstructions in the path of man basket. |
| Climbing on to the trailer | Slip, trip or fall | Position ladder so that u can use unit as a handrail. Three points of contact. |
| Holding seal on the well | Lose of seal | Properly maintain and run unit to prevent lose of well fluid. |
| Stabbing off the lubricator | High Pressure | Open both plug valves on pump in sub to insure no trapped pressure is present. |
| Protecting your body | Cuts, splinters, burns, etc... | Wear proper PPE |
| | | |
| | | |

*I understand & will adhere to the steps, hazards & controls as described in this JSA. I understand that performing steps out of sequence may pose hazards that have not been evaluated, nor authorized. I will contact my supervisor prior to continuing work, if the scope of work changes or new hazards are introduced. I understand that I have the authority and responsibility to stop work I believe is unsafe.*

Worker Name (please print)          Signature          Date

_____

_____

*I have reviewed the steps, hazards, & controls described in this JSA with all workers listed above and authorize them to perform the work. Workers are qualified to perform this activity.*

_____

Supervisor(Please Print)                    Signature/Date

Date: 4-4-14

Unit Number: 4601

Size of Flow Tubes: 293

Number of Runs on Tubes: 1

Greased Added: Yes

Amount: 100 gallons

2202 Valve: D097814

2202 Valve: D097824

Customer/Well Identification: XYX Oil Company/ Longhorn 46-1-46 1H

Flange S/N 2033-1-1

Wireline Valve S/N 127575

Tool Trap S/N 127734

Pump In Sub S/N 127544

Greasehead S/N 127732

Lubricator Stick S/N 127509

127510

127511

127512

127513

Pup Joint S/N 127379

Stab On Well Time 1:30 p.m.

Stab Off Well Time 3:00 p.m.

Well Bore Pressure 2,800 psi

Pump Down Pressure 6,000 psi

Frac Pressure #1 2,800 psi

Frac Pressure #2 3,200 psi

Frac Pressure #3 6,000 psi

Engine Side In Use:  Left   Right

Stage Number 2

Grease Stick: 15 / 14.5

Notes No Issues on this stage. All guns were shot and ball was dropped per the company mans request.

Employee Name Matt Trissel          Signature



## Four Six Services Mentor Program

| Mentor's Initials as Completed | New Hire Initials as Completed | Employee sets clear expectations and consequences for safe behaviors. |
|---|---|---|
| | | Does not take unnecessary risks. |
| | | Asks for help when needed. |
| | | Does not try to lift or handle too heavy of a load. Gets mechanical help when needed. |
| | | Raises awareness of possible hazards. |
| | | Intervenes with unsafe behaviors. |
| | | Understands his/her "stop work" authority and responsibility |
| | | **Employee demonstrates ability to do job required:** |
| | | Works in a craftsman-like manner. |
| | | Has clear understanding of job to be done. |
| | | **The new employee can use tools safely by:** |
| | | Communicating |
| | | Demonstrating |
| | | Observing |
| | | **New Employee is able to identify the following at the work site:** |
| | | Struck by hazards |
| | | Crushed by hazards |
| | | Burns and scalds |
| | | Sharp objects and precautions |
| | | Trip hazards and precautions |
| | | Electrical hazards and precautions |
| | | Fall hazards and precautions |
| | | Hot and / or cold surfaces, piping and equipment |
| | | Chemical hazards and precautions |
| | | Emergency procedures |
| | | Emergency communications |
| | | Respiratory hazards and precautions |
| | | Toxic substance hazards and precautions (ex. Bromide) |
| | | Any additional hazards specific to the job site |

*"Leading By Example"*

|  |  | Employee exhibits compliance to: |
|--|--|----------------------------------|
|  |  | General safety rules and policies |
|  |  | Safety rules and policies specific to the job being performed |
|  |  | Housekeeping policies |
|  |  | PPE requirements |
|  |  | **Employee shows competency on following equipment:** |
|  |  | a.   Grease Unit: |
|  |  | b.   Fork Lift: |
|  |  | c.   Man Basket: |
|  |  | Other: |

Mentor                New Employee

Today's Date            New Hire Date

*"Leading By Example"*



# Job Orientation Guide

Company:   Four Six Services            Employee:   _____

Trainer:   _____            Hire Date:  _____

Date       _____            Position:   _____

This checklist is a guideline for conducting employee safety orientations for employees new to Four Six Services.  Once completed and signed by the supervisor and employee, it serves as documentation that orientation has taken place.

|  |  | Date | Initials |
|---|---|---|---|
| 1. | Explain the company safety program, including: | | |
| | Orientation | _____ | _____ |
| | On-the-job training | _____ | _____ |
| | Safety meetings | _____ | _____ |
| | Accident investigation | _____ | _____ |
| | Disciplinary action | _____ | _____ |
| 2. | Use and care of personal protective equipment, (e.g., hard hat, fall protection, eye protection, foot protection, FRC, etc.) | _____ | _____ |
| 3. | Line of communication and responsibility for immediately reporting accidents. | | |
| | A. When to report an injury | _____ | _____ |
| | B. How to report an injury | _____ | _____ |
| | C. Who to report an injury to | _____ | _____ |
| | D. Filling out accident report forms | _____ | _____ |
| 4. | General overview of operation, procedures, methods and hazards as they relate to the specific job | _____ | _____ |
| 5. | Pertinent safety rules of the company | _____ | _____ |
| 6. | "Stop Work" Authority and responsibility is understood | _____ | _____ |
| 7. | First aid supplies, equipment and training | _____ | _____ |

*"Leading By Example"*

|  |  |  |  |
|---|---|---|---|
| A. | Location of Facilities | _____ | _____ |
| B. | Location and names of First-aid trained personnel | _____ | _____ |

8. Emergency plan

|  |  |  |  |
|---|---|---|---|
| A. | Exit location and evacuation routes | _____ | _____ |
| B. | Use of fire fighting equipment (extinguishers, hose) | _____ | _____ |
| C. | Specific procedures (medical, chemical, etc.) | _____ | _____ |

9. Vehicle safety _____ _____

10. Personal work habits

|  |  |  |  |
|---|---|---|---|
| A. | Serious consequences of horseplay | _____ | _____ |
| B. | Fighting | _____ | _____ |
| C. | Inattention | _____ | _____ |
| D. | Smoking policy | _____ | _____ |
| E. | Good housekeeping practices(trucks, equipment, trash) | _____ | _____ |
| F. | Proper lifting techniques | _____ | _____ |
| G. | Meaning of "DBT" | _____ | _____ |

NOTE TO EMPLOYEES:  Do not sign unless ALL items are covered and ALL questions are satisfactorily answered.

The signatures below document that the appropriate elements have been discussed to the satisfaction of both parties, and that the supervisor and the employee accept responsibility for maintaining a safe and healthful work environment.

Date: _____   Supervisor's Signature: _____

Date: _____   Employee's Signature: _____

*"Leading By Example"*

# Four Six Services PPE And General Safety Checklist

| Supervisor | Employee | Date | Task |
|:---:|:---:|:---:|:---|
| ☐ | ☐ | | Check H2S monitor for proper working condition |
| ☐ | ☐ | | Proper Uniform worn by crew(no loose clothing) |
| ☐ | ☐ | | Hard Hats in proper working condition |
| ☐ | ☐ | | Company stickers on hard and in good shape |
| ☐ | ☐ | | Safety glasses being worn by employee and in proper working condition |
| ☐ | ☐ | | Only clear lensed safety glasses being worn at night |
| ☐ | ☐ | | Jewelry or other adornments subject to snagging or hanging not worn in work area |
| ☐ | ☐ | | Long hair contained |
| ☐ | ☐ | | Fall protection being used at all times in the man basket |
| ☐ | ☐ | | Fall protection in proper working condition |
| ☐ | ☐ | | Hearing protection used in areas where needed |
| ☐ | ☐ | | Smoking on location done in designated areas |
| ☐ | ☐ | | First Aid kit available on site |
| ☐ | ☐ | | Blood born pathogen kit available on site |
| ☐ | ☐ | | Fire extinguisher on truck or trailer in proper working condition |
| ☐ | ☐ | | Wheel chokes on trailer being used and in proper working condition |
| ☐ | ☐ | | Slip, trip, and fall hazards addressed |
| ☐ | ☐ | | Emergency Phone numbers posted on site |
| ☐ | ☐ | | Accidents, if any, discussed/create a plan to eliminate in the future |
| ☐ | ☐ | | Safety meetings properly documented |
| ☐ | ☐ | | Safety equipment available and location discussed(i.e. respirator, flags, eyewash, etc……….) |
| ☐ | ☐ | | Adequate communication with other companies on site |
| ☐ | ☐ | | Emergency response plan(rally point and nearest medical for major and minor incidents) |
| ☐ | ☐ | | Toolbox Talk conducted for each safety task relevant to our operation |

**Comments:**

Employee Signature _____

Managers Signature _____



*"Leading By Example"*



## Employee Rules

- Preform all job requirements to the best of your ability while maintaining a positive attitude and a safe working environment.
- Follow all Four Six Services and Operator safety requirements.
    - A. Wear FR's (with company logo), hard hat (with company logo), safety glasses, and steel toe boots at all times while on location.
    - B. No facial hair on location when required by operator.
    - C. Keep wheel chock behind trailer tires at all times when parked.
    - D. When grease unit is on and pumping grease, you must be within arms reach of the control panel. **DO NOT sit in the truck when the guns are in the hole and the grease unit is holding seal around the wireline.**
- Look presentable at all times on location and any time you wear the company logo.
- Keep ONLY "46" and "DBT" stickers on your hard hat at all times. **No other hard hat stickers are allowed.**
- Keep units and trucks looking as clean and orderly as possible.
    - A. Keep inside of trucks wiped down and swept out.
    - B. Keep trash picked up in truck cab, truck bed, and around unit at all times
    - C. Keep tool boxes and supply boxes organized at all times.
    - D. Keep items on trailers in their correct positions.
    - E. Keep all hoses rolled up on hose reels or rolled up and put away on unit when not in use.  This reduces a tripping hazard.
- Fill out Run Sheets **COMPLETELY ON EVERY RUN.**
- If you loose or damage an item that belongs to Four Six Services through neglect, the replacement cost will be deducted out of **YOUR PAYCHECK** the next pay period.
- **DO NOT LIE** to management, teammates, or anyone else on location.

It is understood that the Employee Rules are not only essential in performing my job safely, but are required for employment at Four Six Services.  Any violation of the company rules will result in disciplinary actions. Per the Company Handbook, prior warning is not required for disciplinary action.  Four Six Services LLC, reserves the right to take any disciplinary action the company deems necessary at any time, which may include, but is not limited to: written and/or verbal warnings,  compensation deductions, and/or termination.


Employee Signature _____ Date _____



# General Safety Rules

1   It is your ***RIGHT AND OBLIGATION*** to prevent or cease work for any reason if you are concerned about safety, unsafe conditions, or hazards.

2.   You must report promptly to your supervisor any injury you sustain while at work. You are also encouraged to report accident details that did not result in personal injury or property damage, but could have if the circumstances had been different, via the Near Miss Reporting Process.

3   ***NEVER*** run unless the situation is life threatening.

4   ***NEVER*** engage in scuffling practical joking, or horseplay on the job.

5.   Appropriate hearing protection ***MUST BE WORN*** in areas where signs are posted warning of excessive noise levels and in areas where equipment is being operated. Hearing protection must also be worn in posted areas that are suspected of temporary excessive noise.

6.   Safety hard hats ***MUST*** be worn on company work sites at all times.

7.   Everyone **MUST** wear approved safety glasses at all times while on Company work sites where the potential for eye injury exists. The only exception to this is when special-purpose eye protection is used.

8.   Steel toe safety boots ***MUST*** be worn on company work sites at all times.

9.   Clothing suited to the work, the weather, and the environment must be worn

10.   Other PPE such as climbing harness for working at heights, face shield and goggles while grinding, proper gloves, etc... will be utilized as per the hazard assessment for that particular job task requires.

10.   Your supervisor or the Company person in charge **MUST** familiarize you with the following on your initial assignment at a work site:
   a.   Emergency, fire, and escape procedures (including alarm identification).
   b.   Potential for hazardous gases such as H2S.
   c.   Location of survival craft (capsules or other types).
   d.   Emergency, abandon platform, and man overboard alarms. (Note: Items c and d above are offshore specific.)

# General Safety Rules Certification

This is to certify that I have received a copy of the company's General Safety Rules. I have read the rules and understand the contents and agree to abide by these rules. Also, I agree to visit with my supervisor and understand other applicable safety rules which apply to the specific work I will be performing on company's job sites and premises. I understand that by safety and the safety of others is my #1 responsibility. I will not take action until I understand the safe way to perform the tasks assigned to me. I agree to speak up and as necessary stop any job I recognize as unsafe.

Date: _____

Name (print): _____

Signature: _____

Social Security #: _____

Employer's Name: _____



## _Uniform Policy_

Employee Name:

| Uniform Items Issues | Amount | Initials |
|---|---|---|
| (5) FR Coveralls | 612.47 | |
| Safety Classes(if needed by employee) | 200.00 | |
| (1) Hard Hat | 0.00 | |
| (1) Pair of Clear Safety Glasses | 0.00 | |
| (1) Pair of Dark Safety Glasses | 0.00 | |
| (1) H2S Monitor | 0.00 | |
| Total | 812.47 | |

The cost of the above items will be deducted from the undesigned employee in $150.00 increments every pay period.  Once the total debt has been paid to Four Six Services, the employee owns these uniforms and h2s monitor.  It is the employees responsibility to keep these uniforms as clean as possible and repair any rips or tears.  If the employee would like new uniforms or new safety equipment at any time, please advise you immediate supervisor and he/she will order them accordingly.  At that time, Four Six Services will repeat the above discussed pay back policy.  If at anytime employee is terminated or quits, the remained debt owed to Four Six Services will be taken out of the final pay check in full.

_____
Employee Signature

_____
Manager Signature

_____
Date



Subject:  Sick Day Notice Policy

Effective:  Immediately

Four Six Services employees will be required to give a minimum (3) three hour notice prior to their scheduled time on location for that shift if they are unable to attend work due to an illness. You are required to call or text your immediate supervisor until you get a returned response.

Failure to do this will result in being considered late for that day and will have the same consequences.

The consequences are as followed:

First Occurrence:  Written notice that will be kept in your personnel file.

Second Occurrence:  Written notice that will be kept in your personnel file and forfeit of your day bonus for that day.

Third Occurrence:  Written notice that will be kept in your personnel file and immediate termination.

By signing this document I have read and understand the above policy.

_____                    Date:_____

**46**

# Statement Regarding United Healthcare Plan Electronic Disclosures

Individuals entitled to receive benefits under the United Health Care Employee Benefits Plan (the Plan) are also entitled to be furnished with certain documents required by ERISA. United Health Care  intends to provide the following documents to you by electronic delivery (as described below):

the Summary Plan Description (SPD);

any required Summaries of Material Modifications (SMMs);

the Summary Annual Report (SAR); and

any documents required to be furnished under ERISA § 104(b)(4) on request by a participant or beneficiary under the Plan or made available under ERISA § 104(b)(2).

Electronic Delivery Method to Be Used: These ERISA-required documents will be furnished to you in each case as an attachment to an e-mail sent to the e-mail address you specify to us. The attachment will be in Microsoft Word. To access the e-mail and attached document, you must have (1) a computer with internet access; (2) a program installed on that computer allowing you to send and receive e-mails (such as Internet Explorer or Netscape); and (3) the application program Microsoft Word for Windows 97 or higher installed on your computer allowing you to open and read the attached document. To retain a copy of the e-mail and attached document for future reference, you must either (1) be able to print a copy on a printer attached to the computer; or (2) save a copy in electronic form onto a backup system external to your computer's hard drive (e.g., on a zip drive).

If any of these requirements change in a way that creates a material risk that you will no longer be able to access and retain electronically transmitted documents, you will be furnished with notice and required to provide another consent for receiving documents electronically.

What You Must Do: To receive documents electronically, you must do the following:

1. Complete and return the following Consent to Receive United Health Care Employee Benefit Plan Disclosures Electronically by sending an e-mail message to matt@46services.com that indicates in the subject line: Consent for Electronic Disclosure and includes in the body the complete text of

the following Consent to Receive Four Six Services, LLC Employee Benefit Plan Disclosures Electronically. (You may withdraw this consent at any time by notifying Four Six Services, LLC Corporation's Human Resources Manager by sending an e-mail message to matt@46services.com that indicates in the subject line: Consent Withdrawn for Electronic Disclosure and includes in the body your full name, address, and phone number.)

2. Provide us with an e-mail address to which electronic documents should be sent. To update your e-mail address, you must notify Four Six Services, LLC  Corporation's Human Resources Manager by sending an e-mail message to matt@46services.com that indicates in the subject line: Change in E-Mail Address for Electronic Disclosure.

Your Right to a Paper Copy: You have a right to request and obtain a paper version of any electronically transmitted document at no charge. Contact the Human Resources Manager of Four Six Services, LLC , who acts on behalf of the plan administrator, at matt@46services.com to request a paper copy.

# HIPAA Privacy Policy

The United Healthcare (the "Group Health Plan") is a fully insured group health plan sponsored by Four Six Services (the "Plan Sponsor"). The Group Health Plan provides benefits solely through an insurance contract with a health insurance issuer or health maintenance organization ("Insurer"). The Group Health Plan and the Plan Sponsor intend to comply with the requirements of 45 CFR §164.530(k) so that the Group Health Plan is not subject to most of HIPAA's privacy requirements. The Insurer, however, is subject to HIPAA's privacy rules.

## I. No Access to Protected Health Information (PHI) Except for Summary Health Information for Limited Purposes and Enrollment/Disenrollment Information

Neither the Group Health Plan nor the Plan Sponsor (or any member of the Plan Sponsor's workforce) shall create or receive protected health information (PHI) as defined in 45 CFR §160.103 except for the following:

(1) summary health information, as defined by HIPAA's privacy rules, for purposes of (a) obtaining premium bids or (b) modifying, amending, or terminating the Group Health Plan;

(2) enrollment and disenrollment information concerning the Group Health Plan which does not include any substantial clinical information; or

(3) PHI disclosed to the Group Health Plan and/or Plan Sponsor under a signed authorization that meets the requirements of the HIPAA privacy rules.

## II. Insurer for Group Health Plan Will Provide Privacy Notice

The insurer for the Group Health Plan will provide the Group Health Plan's Notice of Privacy Practices and will satisfy the other requirements under HIPAA's privacy rules related to Notice of Privacy Practices, including Notices of Availability of the Privacy Practices. The Notice of Privacy Practices, among other things, will notify participants of the potential disclosure of the summary health information and enrollment and disenrollment information to the Group Health Plan and the Plan Sponsor.

### III. Breach Notification Requirements

The Plan will comply with the requirements of the Health Information Technology for Economic and Clinical Health Act (HITECH Act) and its implementing regulations to provide notification to affected individuals, HHS, and the media (when required) if the Plan or one of its business associates discovers a breach of unsecured PHI.

### IV. No Intimidating or Retaliatory Acts

The Group Health Plan shall not intimidate, threaten, coerce, discriminate against, or take other retaliatory action against an individual for (1) exercising their rights under the HIPAA rules; (2) participating in any process provided for by the HIPAA rules, including the filing of a complaint; (3) testifying, assisting, or participating in an investigation, compliance review, proceeding, or hearing under the HIPAA regulations; or (4) opposing any act or practice that is illegal under HIPAA, if such individuals have a good faith belief that the practice opposed is unlawful, and the manner of opposition is reasonable and does not involve a disclosure of PHI in violation of the HIPAA regulations.

### V. No Waiver

The Group Health Plan shall not require an individual to waive his or her privacy rights under HIPAA as a condition of treatment, payment, enrollment or eligibility for benefits.

### VI. Other Matters

No third-party rights (including but not limited to rights of Group Health Plan participants, beneficiaries, or covered dependents) are intended to be created by this Policy. The Group Health Plan reserves the right to amend or change this Policy at any time (and even retroactively) without notice. This Policy does not address privacy or other requirements under state law or federal laws other than HIPAA.

# QMCSO Procedures for Four Six Services, LLC Group Health Plans

Article I. Introduction

This document sets forth the procedures to be followed by Four Six Services group health plans upon receipt of "qualified medical child support orders" (QMCSOs), including National Medical Support Notices. These QMCSO procedures have been developed in accordance with Section 609(a) of the Employee Retirement Income Security Act of 1974 (ERISA), which requires group health plans to establish reasonable administrative procedures for determining whether orders are QMCSOs and administering the provision of benefits under QMCSOs. They are designed to assist the plan administrator in determining whether a particular order is a QMCSO and in carrying out its responsibilities relating to QMCSOs.

The Plan Administrator of the group health plans is adopting these procedures to comply with the law and to clarify certain administrative methods. QMCSOs, and these procedures, do not apply to benefits that are not "group health plan" benefits under ERISA, such as life insurance benefits.

A. What Is a QMCSO?

A QMCSO is a judgment, decree, or order, issued by a court or through a state administrative process, that requires health plan coverage for the child of a participant (called an "alternate recipient") and meets certain legal requirements. Such orders typically are issued as part of a divorce or as part of a state child support order proceeding. Federal law requires a group health plan to pay benefits in accordance with such an order, if it is "qualified." A QMCSO may apply to an employer's major medical plan, as well as to other types of group health plans such as dental plans, vision plans, and health FSAs. In general, a child who is an alternate recipient under a QMCSO is to be treated like any other child covered by the plan. If the Medical Child Support Order is not qualified, the group health plan does not provide group health plan coverage to the child, unless the child is otherwise eligible for the plan. More information on QMSCOs can be found at https://www.dol.gov/ebsa/publications/qmcso.html.

State child support enforcement agencies are required to use the National Medical Support Notice when enforcing

the provision of health care coverage to children under an employment-related group health plan. This is a standard form that was jointly developed by the DOL and HHS. When properly completed by the issuing agency, the Notice will constitute a QMCSO. Other orders are not required to follow a standard format. Typically, such orders are drafted by divorce lawyers and may vary widely in terminology, format, and sophistication.

In some cases, orders will refer to or require a plan to comply with state laws enacted in response to Section 1908A of the Social Security Act, which requires states to enact certain medical child-support laws in order to receive federal Medicaid funds. These state laws are designed to help state governments and non-employee parents obtain private-sector health coverage for children, including coverage under employer-sponsored group health plans.

B. What Are the Plan's Rights and Responsibilities Relating to QMCSOs?

Plans are not required to provide coverage in accordance with child support or other court orders that are not "qualified" in accordance with ERISA §609(a). The plan administrator has the ultimate authority to determine whether an order meets the requirements of ERISA §609(a). If the order does not meet these requirements, the plan need not (and should not) provide any benefits to the alternate recipient, unless the child is otherwise eligible or the order's deficiencies are corrected by the parties.

All actions related to QMCSOs must be made in accordance with these procedures and must be performed on a timely basis.

Article II. Procedures for Determining Whether Orders Are QMCSOs

A. Upon Receipt of an Order

The procedures to be followed upon receipt of an order depend on whether the order is a National Medical Support Notice or another type of order.

*1. Upon Receipt of a National Medical Support Notice*

Upon receipt of a National Medical Support Notice, the plan administrator must-

promptly provide written notification to the participant and the alternate recipient named in the Notice (and their legal representatives, if any) (a) that the plan has received the Notice; and (b) of the plan's QMCSO procedures (For the participant, the plan administrator should send the notification to the participant at the address shown in the employer's records. For the alternative recipient, the plan administrator should send the notification to the address in the Notice, or if the Notice does not specify such an address, to the last-known address shown in the employer's records); and review the Notice to determine if it has been properly completed and meets the legal requirements of a QMCSO, using the Checklist attached to these procedures and the instruction to the employer and the plan administrator on the Notice itself.

Within 40 business days after the date of the Notice, or sooner if reasonable, the plan administrator must notify the participant, alternate recipient, state agency, and any legal representatives or other parties indicated in the Notice, using the spaces indicated on the Notice, that either-

the Notice is a QMCSO; or

the Notice is not a QMCSO (the plan administrator's reasons for rejecting the Notice should be indicated in the space provided on the Notice).

This notification generally can be provided by sending copies of the completed "Plan Administrator Response" to the Notice to the parties. In addition, if the Notice is determined to be a QMCSO, the parties must be provided with certain information, such as the effective date of the child's coverage (or the steps necessary to effectuate coverage), a description of the coverage, and any forms or documents necessary to enroll in the plan. (See the instructions to the Notice.)

*2. Upon Receipt of Any Other Order*

Upon receipt of an order other than a National Medical Support Notice, the plan administrator must-

promptly provide written notification to the participant and the alternate recipient named in the Notice (and their legal representatives, if any) (a) that the plan has received the Notice; and (b) of the plan's QMCSO procedures (For the Participant, the plan administrator should send the notification to the participant at the address shown in the employer's records. For the alternative recipient, the plan administrator should send the notification to the address in the order, or if the order does not specify such an address, to the last-known address shown in the employer's records); and review the order to determine if it meets the legal

requirements of a QMCSO, using the Checklist attached to these procedures.

Within a reasonable time after receipt of the order (the time limits for reviewing the National Medical Support Notice will be used as a guideline-see subsection A.1), the plan administrator must notify the participant and alternate recipient that either-

the order is a QMCSO; or

the order is not a QMCSO (an explanation of the defective or missing provisions should be included).

Copies of the notification should also be provided to the parties' legal representatives, if any.

B. Designation of Representative

An alternate recipient may designate a representative to receive copies of notices that are sent to him or her with respect to an order.

C. Disputes

Within 30 days after the date of the plan administrator's notice as to whether an order is a QMCSO, the parties (or their legal counsel) will have the right to submit written comments regarding the determination. After considering any comments received, the plan administrator will make a final determination as to the qualified status of the order. If no comments are received during the 30-day period, the decision will become final.

D. Resubmitted Orders

If an order (including a National Medical Support Notice) is determined to not be a QMCSO, the parties or agency may submit a revised order to cure the deficiencies. If a revised order is submitted, the evaluation process in subsection A is repeated.

Article III. Additional Considerations

A. Checklist for Assessing Whether an Order Is a QMCSO

The Checklist attached to these procedures includes a list of the provisions that are required for a medical child support order to be considered a QMCSO.

B. Forms and Information

Additional forms and information may be necessary to effectively administer benefits under an order that has been determined to be a QMCSO and to enroll the alternate recipient in the applicable plans. These forms and information include the following:

> The name and address of the alternate recipient's custodial parent, legal guardian, or other person(s) to whom the SPDs and other plan-related information and correspondence should be furnished following the alternate recipient's enrollment. Where an agency is involved (as in the case of a National Medical Support Notice), it may be necessary or appropriate to provide certain plan information and/or correspondence to the agency as well.

> A completed enrollment form, if required under the plan.

> A change in the participant's cafeteria plan election, if applicable. If benefits required to be provided under a QMCSO are paid for on a pre-tax basis, the QMCSO may qualify as a permitted election change event under the company's cafeteria plan. If applicable, and if the cafeteria plan document permits an election change on account of the QMCSO, the participant may submit a change in his or her cafeteria plan election in accordance with the cafeteria plan's rules.

> The name and address of an individual to whom it is expected that benefit reimbursements may be made for the alternate recipient's child's claimed expenses. The QMCSO rules provide that if medical expenses are paid by either the alternate recipient or the alternate recipient's custodial parent or legal guardian, a plan must reimburse that person (not the employee) for those expenses. If expenses are submitted for reimbursement, information identifying the individual to receive payment should be provided to the plan.

Note that a QMCSO may provide that a person or entity other than the participant is responsible to pay for the alternate recipient's coverage. In such cases, the plan administrator should indicate how and when payment is to be made. For example, payments might be required concurrent with each payroll period or on a monthly basis as required of qualified beneficiaries receiving COBRA continuation coverage. The plan administrator should also make sure that it has contact information for the person or entity who will be making the payments.

C. Alternate Recipient as "Beneficiary"

In general, the alternate recipient must be treated like any other covered child under each plan in which he or she is enrolled.

> Unless a QMCSO is more restrictive, the alternate recipient should be given the same coverage as would be provided to any other dependent child under the plan.
>
> The alternate recipient should be treated as a qualified beneficiary and offered COBRA continuation coverage upon the occurrence of a COBRA qualifying event (such as the participant's termination of employment or the alternate recipient's ceasing to qualify as a dependent child under the plan due to age).

D. Alternate Recipient as "Participant"

With respect to ERISA reporting and disclosure rules, the alternate recipient generally is to be treated like a participant under each plan in which he or she is enrolled. Therefore, the alternate recipient should be sent copies of all applicable disclosures as required by ERISA or other applicable laws, including, for example, summary plan descriptions and summaries of material modifications. These items generally should be furnished to the alternate recipient's custodial parent or guardian. (If the alternate recipient is an adult, the plan administrator may provide copies to both the alternate recipient and the custodial parent or guardian.) Where an agency is involved (as in the case of a National Medical Support Notice), it may be necessary or appropriate to provide copies of these items to the agency as well. Note that the alternate recipient need not be counted as a participant for purposes of the annual report (Form 5500).

E. Effective Date of Enrollment: Termination of Coverage

An alternate recipient generally will be enrolled in the plan as of the next regular enrollment date under the plan (i.e., the date on which the plan regularly adds new participants and beneficiaries) following the plan administrator's approval of an order as a QMCSO (or the date provided in the order, if later) and receipt of any necessary enrollment forms. (If an employee is eligible for the plan but is not enrolled, he or she will also be enrolled if his or her enrollment is necessary for the alternate recipient to have the coverage required under the QMCSO.) However, if the employee has not yet satisfied the plan's waiting period, enrollment of the alternate

recipient and employee will be delayed until the employee has completed the waiting period. Coverage is effective as of the date of enrollment.

Subject to the COBRA requirements of the Internal Revenue Code and ERISA, coverage for the alternate recipient will cease if the alternate recipient ceases to be eligible to participate in the plan for any reason, including the following:

The period for coverage under the QMCSO ends;

The QMCSO is revoked or materially amended by a court of competent jurisdiction or through an administrative process;

The participant ceases to be a participant under the terms of the plan or an applicable component plan of the plan;

The participant ceases to be eligible for coverage under the terms of the plan or an applicable component plan of the plan; or

Similarly situated beneficiaries cease to be eligible for coverage under the terms of the plan or an applicable component of the plan.

F. Special Consideration-Child Already Enrolled

The parties may submit an order (including a National Medical Support Notice) that purports to require that a child be covered under a plan in which he or she is already enrolled. In this circumstance, the plan administrator should process the order under these procedures but should also inform the parties of the child's status as a current beneficiary under the plan.

G. Plans With Multiple Options

An otherwise-qualified order may identify a plan or type of coverage with multiple options without designating the option in which the alternate recipient is to be enrolled or the manner in which an option is to be chosen. In the case of a National Medical Support Notice, the administrator should follow the instructions in the Notice regarding plans with multiple options. For other orders, the plan administrator should enroll the alternate recipient in the

same option as the employee if the employee is enrolled in the plan. Otherwise, the plan administrator may follow procedures similar to those in the National Medical Support Notice. That is, the plan administrator may, instead of rejecting the order, provide the parties with information about the available options and direct them to make a selection. If the plan has a default option, the plan administrator may also notify the parties that the alternate recipient and employee will be enrolled in this option if a response is not received within a specified time period (e.g., 20 business days).

Exhibit B



In the event of a loss,
You may report your claim to your agent/broker, or you may contact
Berkley Oil and Gas Claims directly, anytime:

Phone: 877-515-CLMS / 877-515-2567
Fax: 866-333-0298
E-mail: bogclaims@berkleyoil-gas.com
Mailing Address: P. O.Box 420029
Houston, Texas 77242

## NOTICE – TEXAS AUTOMOBILE BURGLARY AND THEFT PREVENTION AUTHORITY FEE

NOTICE: The Automobile Burglary and Theft Prevention Authority fee is payable in addition to the premium due under this policy.  This fee partially or completely reimburses the insurer, as permitted by 28 TAC §5.205, for the $2.00 fee per motor vehicle year required to be paid to the Automobile Burglary and Theft Prevention Authority under Vernon's Annotated Revised Civil Statutes of the State of Texas, Article 4413(37), §10, which was effective on June 6, 1991, and revised effective September 1, 2011.

CA PN 83 36 TX 01 14

Page 1 of 1

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call Berkley National, Berkley Regional, Berkley Regional Specialty or StarNet Insurance Companies toll free telephone number for information or to make a complaint at:

**1-877-490-1635**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:

P. O. Box 149104
Austin, Texas 78714-9104
Fax: (512) 490-1007
Web: http://www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**PREMIUM OR CLAIM DISPUTES**

Should you have a dispute concerning your premium or about a claim, you should contact your producer first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTE TO YOUR POLICY**

This notice is for information only and does not become a part or condition of the attached document.

**AVISO IMPORTANTE**

Para obtener información o para someter una queja:

Usted puede llamar al número de teléfono gratis de Berkley National, Berkley Regional, Berkley Regional Specialty or StarNet Insurance Companies para información o para someter una queja al:

**1-877-490-1635**

Puede comunicarse con el Departamento de Seguros de Texas para obtener información acerca de compañías, coberturas, derechos, o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas:

P. O. Box 149104
Austin, Texas 78714-9104
Fax: (512) 490-1007
Web: http://www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**DISPUTAS SOBRE PRIMAS O RECLAMOS**

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el agente primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU PÓLIZA**

Este aviso es solo para propósito de información y no se convierte en parte o condición del documento adjunto.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004

# PRIVACY NOTICE

Berkley Regional Insurance Company (the "Company"), a member company of the W.R. Berkley Corporation ("Berkley") group of companies and each other member of the Berkley group of companies ("Affiliates")understands our customers' concern about privacy of their information collected by the Company. Our Company is dedicated to protecting the confidentiality and security of nonpublic personal information we collect about our customers in accordance with applicable laws and regulations. This notice refers to the Company by using the terms "us," "we," or "our." This notice describes our privacy policy and describes how we treat the nonpublic personal information about our customers that we receive from them ("Information").

**Why We Collect and How We Use Information.**

We collect and use Information for business purposes with respect to our insurance products and services and other business relations involving our customers. We gather this Information to evaluate your request for insurance, to evaluate your insurance claims, to administer, maintain, or review your insurance policy, and to process your insurance transactions. We also accumulate certain information about you as may be required or permitted by law.

Your insurance agent or broker also collects this Information and may use it to help with your overall insurance program or to market additional products and services to you. We may also use Information to offer you other products or services that we or our Affiliates provide.

**How We Collect Information.**

Most Information collected by us is provided by you or your insurance agent or broker to us. We obtain Information from (i) applications or other forms submitted by you, your insurance agent or broker or your authorized representatives to us and our Affiliates, and (ii) your transactions with us or our Affiliates. We may also obtain Information from other sources such as (i) consumer reporting agencies, (ii) other institutions or information services providers, (iii) employers, (iv) other insurers, or (v)your family members.

**Information We Disclose**

We disclose any Information which we believe is necessary to conduct our business as permitted by applicable law or where required by applicable law. This disclosure may include (i) Information we receive from you on applications or other forms provided to us and our Affiliates, such as names, addresses, social security numbers, assets, employer information, salaries, etc. (ii)Information about your transactions with us and our Affiliates, such as policy coverages, premiums, payment history, etc., and (iii) Information we receive from a consumer reporting agency, such as credit worthiness and credit history.

**To Whom We Disclose Information**

We may, as permitted or required by applicable law, disclose your Information to nonaffiliated third parties, such as (i) your insurance agent or broker, (ii) independent claims adjusters, (iii) insurance support organizations, (iv) processing companies, (v) actuarial organizations, (vi) law firms, (vii) other insurance companies involved in an insurance transaction with you, (viii) law enforcement, regulatory, or governmental agencies, (ix) courts or parties therein pursuant to a subpoena or court order, (x) businesses with whom we have a marketing agreement, or (xi) our Affiliates.

We may share Information with our Affiliates so that they may offer you products and services from the Berkley group of companies or to analyze our book of business and to consolidate necessary information. We do not disclose Information to other companies or organizations not affiliated with us for the purpose of using Information to sell their products or services to you. For example, we do not sell your name to unaffiliated mail order or direct marketing companies.

**How We Protect Information**

We require our employees to protect the confidentiality of Information as required by applicable law. Access to Information by our employees is limited to administering, offering, servicing, processing or maintaining of our products and services. We also maintain physical, electronic and procedural safeguards designed to protect Information. When we share or provide Information to other persons or organizations, we contractually obligate them, if required by law, to treat Information as confidential and conform to our privacy policy and applicable laws and regulations.

**Correction and Access to Information**

Upon our receipt of your written request to us at P.O. Box 420029, Houston, TX 77242, we will, generally, make available Information for your review. If you believe the Information we have about you is incorrect or inaccurate, you may request that we make any necessary corrections, additions or deletions. If we agree with your belief, we will correct our records if required by applicable law. If we do not agree, you may submit to us a short statement of dispute, which we will include in any future disclosure by us of such Information if required by applicable law.

**Requirements for Privacy Notice**

This privacy notice is being provided due to recently enacted federal and state laws and regulations establishing new privacy standards and requires us to provide this privacy policy. For additional information regarding our privacy policy, please write to us at P.O. Box 420029, Houston, TX 77242.

Adopted: June 1, 2001

IL 83 03 TX 10 13

# POLICYHOLDER NOTICE - LOSS CONTROL SERVICES - TEXAS

Berkley Regional Insurance Company is committed to providing loss control information/services, at no charge to its Texas commercial automobile liability, general liability and professional liability policyholders in an effort to prevent and reduce potential claims and losses.

Upon request, Berkley Regional Insurance Company will provide you loss control information relevant to your loss exposures. Our loss control information shall be reasonably suited to the hazard, loss experience, size, and nature of your business operation.

Depending upon your loss exposures, such information may include loss prevention survey forms, risk exposure self-analysis, staff training material, accident and loss self-analysis material, worker health and safety self-evaluation forms, risk improvement recommendations, educational material, and literature related to your specific profession or industry.

If you have questions or wish to discuss this matter, contact our Texas Loss Control Service coordinating representative at 1-877-589- RISK (7475).

THIS NOTICE DOES NOT CHANGE, ALTER, OR AMEND ANY TERMS OR CONDITIONS OF YOUR INSURANCE POLICY.



**Berkley Regional Insurance Company**

A Berkley Company A Stock Company
**Domicile Address**: Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801-1155
**Administrative Office**: 11201 Douglas Avenue, Urbandale, IA 50322-3707

**IL DS 83 00 08 15**

# COMMERCIAL LINES POLICY
# COMMON POLICY DECLARATIONS

**Renewal**

| | |
|---|---|
| **Policy No.: ECA 3124892 - 12** | Billing Method: Direct Bill |
| Previous Policy No.: 3124892-11 | Payment Plan: 9A |
| **Named Insured Name and Address** | **Agency Name and Address**     42M008 |
| Four Six Services, LLC | MHBT, Inc. |
| PO Box 4923 | 8144 Walnut Hill Lane, 16th floor |
| Lago Vista, TX 78645 | Dallas, TX 75231 |

**POLICY PERIOD:** From 05/30/2017 to 05/30/2018 at 12:01 A.M. Standard Time at your mailing address shown above.

**Business Description:** Well Pressure Control Services

**Form of Business:** Limited Liability Company

IN RETURN FOR YOUR PAYMENT OF THE PREMIUM AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

Commercial Auto Coverage Part Premium     $
    **Automobile Burglary and Theft Prevention Authority Fee:**    $

**TOTAL:**     $

**FORMS APPLICABLE TO ALL COVERAGE PARTS**

*See attached "Schedule of Forms and Endorsements"*

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGES FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

Countersigned: _____    By: _____
                 (Date)                                  (Authorized Representative)

**Policy No.:**      ECA  3124892 - 12


IN WITNESS WHEREOF, we have executed and attested these presents.

Secretary                              President

Policy Number: **ECA 3124892 - 12**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

## Commercial Common Policy

| State | Number | Edition | Description |
|-------|--------|---------|-------------|
| ALL | CL IL FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| ALL | IL 00 17 | 11-1998 | Common Policy Conditions |
| ALL | IL 83 19 | 08-2015 | Office Of Foreign Asset Control (OFAC) Exclusion Endorsement |
| ALL | IL 83 27 | 12-2014 | Notice of Cancellation to Third Parties |
| ALL | IL DS 83 00 | 08-2015 | Commercial Lines Policy Common Policy Declarations |

## Commercial Auto Coverage Part

| State | Number | Edition | Description |
|-------|--------|---------|-------------|
| ALL | IL 00 03 | 09-2008 | Calculation of Premium |
| ALL | IL 00 21 | 09-2008 | Nuclear Energy Liability Exclusion Endorsement - Broad Form |

ALL = ALL states on the policy
ALL* = Applies to all states on the policy unless a specific state form is designated

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

IL 00 21 09 08                    © ISO Properties, Inc., 2007                    Page 1 of 2                    □

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

 **(a)** Any "nuclear reactor";

 **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

 **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

 **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

**INTERLINE**
**IL 83 19 08 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ CAREFULLY**

# OFFICE OF FOREIGN ASSET CONTROL (OFAC)
# EXCLUSION ENDORSEMENT

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions laws or regulations of the European Union, United Kingdom or the United States.

INTERLINE
IL 83 27 12 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NOTICE OF CANCELLATION TO THIRD PARTIES

This endorsement modifies insurance provided under the following:

ABUSE OR MOLESTATION LIABILITY COVERAGE FORM
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL OUTPUT PROGRAM
COMMERCIAL PROPERTY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE FORM

## SCHEDULE

| |
|---|
| **Schedule of Person(s) or Organization(s):** |
| Any person or Organization required by written contract to receive such notice, as evidenced by list on file with Company. |
| **Number of Days Notice:**  30 |
| (If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.) |

**Common Policy Conditions**  Condition A, Cancellation, is amended to include the following:

Notice of cancellation will be also be provided to the person(s) or organization(s) listed in the schedule above.

IL N 101 11 15

# TEXAS NOTICE TO INSURANCE CLAIMANTS FOR MOTOR VEHICLE REPAIRS

(This form was developed by the Texas Department of Insurance.)

**THIS NOTICE IS REQUIRED BY LAW. IT DOES NOT CONSTITUTE AN ADMISSION OF LIABILITY BY THE INSURANCE COMPANY.**

**REQUIRED NOTICE TO INSURANCE CLAIMANTS FOR MOTOR VEHICLE REPAIRS.**

By law, you have the right to select where your motor vehicle is repaired and the parts used for repairs. However, an insurance company is not required to pay more than a reasonable amount for such repairs and parts. Your statutory rights regarding motor vehicle repairs are explained in the copy of the Insurance Code §§ 1952.301 to 1952.307, printed on the reverse side of this notice or attached to this notice. If the costs of repairing your vehicle are to be paid under an insurance policy issued by us, the nature of the coverage is stated in more detail in the applicable policy. For detailed information regarding the insurance policy, contact:

**NAME OF INSURANCE COMPANY:**
Berkley Regional Insurance Company
**MAILING ADDRESS:**
11201 Douglas Avenue
Urbandale, IA 50322
**TELEPHONE:** 800-343-0592
**FAX:** 630-210-0377
**E-MAIL OR WEB ADDRESS:**

For questions about your statutory rights regarding motor vehicle repairs under the Insurance Code §§ 1952.301 to 1952.307, contact the Texas Department of Insurance. You may write to the Consumer Protection Division at P.O. Box 149104, Austin, TX 78714-9104, call 1-800-252-3439, fax 1-512-490-1007, e-mail *ConsumerProtection@tdi.texas.gov*, or visit the Department online at *www.tdi.texas.gov*.

**LA LEY REQUIERE ESTE AVISO, PERO NO CONSTITUYE ADMISION DE RESPONSABILIDAD CIVIL DE LA COMPANIA ASEGURADORA.**

**AVISO OBLIGATORIO A LOS QUE PRESENTAN RECLAMACIONES**

**PARA REPARACION DE VEHICULO DE MOTOR**

Por ley, usted tiene derecho a escoger donde desea que su vehiculo sea reparado y las refacciones que se usen en la reparacion. Sin embargo, la compania aseguradora no esta obligada a pagar mas de la cantidad razonable por las reparaciones y refacciones. Sus derechos por estatuto concernientes a las reparaciones de vehiculo de motor estan descritos en la copia del Codigo de Seguros §§ 1952.301 a 1952.307, impreso al reverse de este aviso o adjunto a este aviso. Si el costo de reparar su vehiculo debe ser pagado bajo una poliza de seguro que nosotros dimos, la naturaleza tecnica de la cobertura es establecida en mas detalle en la poliza aplicable. Para informacion detallada acerca de la poliza de seguro, contacte:

**NOMBRE DE LA COMPANIA ASEGURADORA:**
Berkley Regional Insurance Company
**DIRECCION DE CORREOS:**
11201 Douglas Avenue
Urbandale, IA 50322
**TELEFONO:** 800-343-0592
**FAX:** 630-210-0377
**DIRECCION DE E-MAIL O INTERNET:**

Para preguntas sobre sus derechos por estatuto respecto a las reparaciones de vehiculo de motor bajo el Codigo de Seguros §§ 1952.301 a 1952.307, comuniquese con el Departamento de Seguros de Texas (Texas Department of Insurance o TDI). Puede escribir a Consumer Protection Division al P.O. Box 149104, Austin, TX 78714-9104, llamar al 1-800-252-3439, enviar fax al 1-512-490-1007, e-mail a *ConsumerProtection@tdi.texas.gov* o visitar el sitio electronico de TDI por internet al *www.tdi.texas.gov*.

IL N 101 11 15

**TEX.INS.CODE.ANN. § 1952.301**

**LIMITATION ON PARTS, PRODUCTS, OR REPAIR PERSONS OR FACILITIES PROHIBITED.**

**(a)** Except as provided by rules adopted by the commissioner, under an automobile insurance policy that is delivered, issued for delivery, or renewed in this state, an insurer may not directly or indirectly limit the insurer's coverage under a policy covering damage to a motor vehicle by:

   **(1)** specifying the brand, type, kind, age, vendor, supplier, or condition of parts or products that may be used to repair the vehicle; or

   **(2)** limiting the beneficiary of the policy from selecting a repair person or facility to repair damage to the vehicle.

**(b)** In settling a liability claim by a third party against an insured for property damage claimed by the third party, an insurer may not require the third-party claimant to have repairs made by a particular repair person or facility or to use a particular brand, type, kind, age, vendor, supplier, or condition of parts or products.

**TEX.INS.CODE.ANN. § 1952.302**

**PROHIBITED ACTS IN CONNECTION WITH REPAIR OF MOTOR VEHICLE.**

In connection with the repair of damage to a motor vehicle covered under an automobile insurance policy, an insurer, an employee or agent of an insurer, an insurance adjuster, or an entity that employs an insurance adjuster may not:

   **(1)** solicit or accept a referral fee or gratuity in exchange for referring a beneficiary or third-party claimant to a repair person or facility to repair the damage;

   **(2)** state or suggest, either orally or in writing, to a beneficiary that the beneficiary must use a specific repair person or facility or a repair person or facility identified on a preferred list compiled by an insurer for the damage repair or parts replacement to be covered by the policy; or

   **(3)** restrict the right of a beneficiary or third-party claimant to choose a repair person or facility by requiring the beneficiary or third-party claimant to travel an unreasonable distance to repair the damage.

**TEX.INS.CODE.ANN. § 1952.303**

**CONTRACTS BETWEEN INSURER AND REPAIR PERSON OR FACILITY.**

**(a)** A contract between an insurer and a repair person or facility, including an agreement under which the repair person or facility agrees to extend discounts for parts or labor to the insurer in exchange for referrals by the insurer, may not result in a reduction of coverage under an insured's automobile insurance policy.

**(b)** The commissioner may adopt rules under Chapter 542 with respect to any fraudulent activity of any party to an agreement described by Subsection (a).

**TEX.INS.CODE.ANN. § 1952.304**

**PROVISION OF INFORMATION REGARDING REPAIRS.**

An insurer may not prohibit a repair person or facility from providing a beneficiary or third-party claimant with information that states:

(1) the description, manufacturer, or source of the parts used; and

(2) the amounts charged to the insurer for the parts and related labor.

**TEX.INS.CODE.ANN. § 1952.305**

**NOTICE OF RIGHTS REGARDING REPAIR OF MOTOR VEHICLE.**

(a) At the time a motor vehicle is presented to an insurer, an insurance adjuster, or other person in connection with a claim for damage repair, the insurer, insurance adjuster, or other person shall provide to the beneficiary or third-party claimant notice of the provisions of this subchapter.

(b) The commissioner shall adopt a rule establishing the method or methods insurers must use to comply with the notice provisions of this section.

**TEX.INS.CODE.ANN. § 1952.306**

**COMPLAINTS.**

A beneficiary, third-party claimant, or repair person or facility may submit a written, documented complaint to the department with respect to an alleged violation of this subchapter.

**TEX.INS.CODE.ANN. § 1952.307**

**RULES.**

Rules adopted by the commissioner to implement this subchapter must include requirements that:

(1) any limitation described by Section 1952.301(a) be clearly and prominently displayed on the face of the insurance policy or certificate in lieu of an insurance policy; and

(2) the insured give written consent to a limitation described by Section 1952.301(a) after the insured is notified orally and in writing of the limitation at the time the insurance policy is purchased.

IL N 101 11 15

**COMMERCIAL AUTO**
**CA DS 83 00 08 14**

Issuing Company: Berkley Regional Insurance Company

# BUSINESS AUTO DECLARATIONS

**Policy No.:** ECA 3124892 - 12

Previous Policy No.: 3124892-11

**ITEM ONE**

| NAMED INSURED AND ADDRESS | AGENCY NAME AND ADDRESS | 42M008 |
|---|---|---|
| Four Six Services, LLC<br>PO Box 4923<br>Lago Vista, TX 78645 | MHBT, Inc.<br>8144 Walnut Hill Lane, 16th floor<br>Dallas, TX 75231 | |

**POLICY Period:** From 05/30/2017 to 05/30/2018 12:01 A.M. Standard Time at your Mailing Address shown above.

**Form of Business:** Limited Liability Company

**ITEM TWO** - Schedule of Coverages and Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.**

| Coverages | Covered Auto | Limits | Premium | |
|---|---|---|---|---|
| Liability | 1 | $1,000,000 | $ | |
| Personal Injury Protection (or equivalent No-fault Coverage) | 7 | Stated In PIP Endorsement | $ | |
| Added Personal Injury Protection (or equivalent added No-fault Coverage) | | Stated in Added PIP Endorsement | $ | |
| Extraordinary Medical Benefits (N/A in FL) | | Stated in Extraordinary Medical Benefit Endorsement | $ | |
| Auto Medical Payments | | $ | $ | |
| Medical Expense And Income Loss Benefits (VA only) | | Stated In Medical Expense And Income Loss Benefits Endorsement | $ | |
| Uninsured Motorists | 2 | Stated In UM Endorsement | $ | |
| Underinsured Motorist (When not included in Uninsured Motorists Coverage) | | Stated In UIM Endorsement | $ | |
| Uninsured Motorists (Virginia Only) | | $ | $ | |
| Physical Damage Comprehensive Coverage (See Item Four for Hired or Borrowed Autos) | 7, 8 | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus The Deductible Shown On The Schedule. However, No Deductible Applies To Loss Caused By Fire Or Lightning | $ | |
| Physical Damage Specified Causes Of Loss Coverage (See Item Four for Hired or Borrowed Autos) | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus The Deductible Shown On The Schedule For Each Covered Auto, For Loss Caused By Mischief Or Vandalism. | $ | |
| Physical Damage Collision Coverage See Item Four for Hired or Borrowed Autos | 7, 8 | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus The Deductible Shown On The Schedule For Each Covered Auto. | $ | |
| Physical Damage Towing And Labor | | See Schedule For Each Disablement Of A Private Passenger Auto. | $ | |
| | | **Premium For Endorsements** | $ | |
| | | **MCCA Premium** | $ | |
| | | **Estimated Total Premium** | $ | |

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**Audit Period (If Applicable):** ANNUALLY

**Endorsements Attached To This Policy:**
*See attached "Schedule of Forms and Endorsements"*

**CA DS 83 00 08 14**   Includes material copyrighted by Insurance Services Office, Inc., with its permission   **Page 1 of 8**

Policy No.:     ECA 3124892 - 12

ITEM THREE - Schedule of Covered Autos You Own

| Veh No. | DESCRIPTION | | | Original Cost New | Stated Amount |
|---|---|---|---|---|---|
| | Year | Model | VIN Number | | |
| 1 | 2015 | Freightliner M2 106 Medium Duty | 3ALACXCY3FDGG6665 | $ 85,000 | $ |
| 2 | 2014 | Kearney Trailers | 5LCFT3223E1033638 | $ 24,000 | $ |
| 3 | 2014 | Kearney Trailers | 5LCFT3221E1033637 | $ 24,000 | $ |
| 4 | 2013 | Chevrolet Silverado K2500 Heavy Dut | 1GC1KVC87DF204892 | $ 38,268 | $ |
| 5 | 2013 | Chevrolet Silverado | 1GC1KVC88DF139938 | $ 36,500 | $ |

| Veh No. | CLASSIFICATION | | | | TERRITORY (Principal Garage Location) | | | |
|---|---|---|---|---|---|---|---|---|
| | Code | Radius (Miles) | Use | Size (GVW) | | | | |
| 1 | 31499 | 0-50 | Service | 45,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 2 | 68499 | 0-50 | N/A | | Hudson Oaks | TX | Terr | 046 |
| 3 | 68499 | 0-50 | N/A | | Hudson Oaks | TX | Terr | 046 |
| 4 | 01499 | 0-50 | Service | 10,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 5 | 01499 | 0-50 | Service | 10,000 lbs | Hudson Oaks | TX | Terr | 046 |

| | | | | | | Coverages | | | |
|---|---|---|---|---|---|---|---|---|---|
| Veh No. | CSL Limit* | Personal Injury Protection | | Extra Med Limit* | Med Pay Limit | Medical Expense & Income Loss | Uninsured (UM) Limit* | Underinsured (UIM) Limit* | SUM Limit* |
| | | Ded | Addl | | | | | | |
| 1 | 1,000 | | | | | | 1,000 | | |
| 2 | 1,000 | | | | | | 1,000 | | |
| 3 | 1,000 | | | | | | 1,000 | | |
| 4 | 1,000 | | | | | | 1,000 | | |
| 5 | 1,000 | | | | | | 1,000 | | |

*Limits Shown Are In Thousands

| | | | | | PREMIUMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Veh No. | CSL | Basic PIP | Addl PIP | Extra Med | Med Pay | Med Exp & Income | UM | UIM | SUM |
| 1 | $ 1,087.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |
| 2 | $ 95.00 | $ 1.00 | $ | $ | $ | $ | $ Included | $ | $ |
| 3 | $ 95.00 | $ 1.00 | $ | $ | $ | $ | $ Included | $ | $ |
| 4 | $ 948.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |
| 5 | $ 948.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |

| Veh No. | PHYSICAL DAMAGE COVERAGE | | | | PHYSICAL DAMAGE PREMIUMS | | | | Total Premium |
|---|---|---|---|---|---|---|---|---|---|
| | Deductibles | | | Towing & Labor Limit | Comp | Specified Cause of Loss | Coll | Towing & Labor | |
| | Comp | Specified Cause of Loss | Coll | | | | | | |
| 1 | 2,000 | | 2,000 | | $ ■ | $ | $ ■ | $ | $ ■ |
| 2 | 1,000 | | 1,000 | | $ ■ | $ | $ ■ | $ | $ ■ |
| 3 | 1,000 | | 1,000 | | $ ■ | $ | $ ■ | $ | $ ■ |
| 4 | 1,000 | | 1,000 | | $ ■ | $ | $ ■ | $ | $ ■ |
| 5 | 1,000 | | 1,000 | | $ ■ | $ | $ ■ | $ | $ ■ |

Policy No.:     ECA  3124892 - 12

ITEM THREE  Schedule of Covered Autos You Own (Continued)

| Veh No. | DESCRIPTION | | | Original Cost New | Stated Amount |
|---|---|---|---|---|---|
| | Year | Model | VIN Number | | |
| 6 | 2013 | Chevrolet Silverado | 1GC1KVC85DF141338 | $ 36,500 | $ |
| 7 | 2011 | Dodge Ram Truck | 3D6WU7CLXBG529509 | $ 45,890 | $ |
| 8 | 2015 | Southwest Gooseneck | 1S9FG3224FS683170 | $ 24,000 | $ |
| 9 | 2015 | Southwest Gooseneck | 1S9FG3224FS683171 | $ 24,000 | $ |
| 10 | 2012 | Ram 5500 Chassis | 3C7WDNFL7CG190508 | $ 46,765 | $ |

| Veh No. | CLASSIFICATION | | | | TERRITORY (Principal Garage Location) | | | |
|---|---|---|---|---|---|---|---|---|
| | Code | Radius (Miles) | Use | Size (GVW) | | | | |
| 6 | 01499 | 0-50 | Service | 10,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 7 | 21499 | 0-50 | Service | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 8 | 68499 | 0-50 | N/A | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 9 | 68499 | 0-50 | N/A | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 10 | 21499 | 0-50 | Service | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |

| Coverages | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Veh No. | CSL Limit* | Personal Injury Protection | | Extra Med Limit* | Med Pay Limit | Medical Expense & Income Loss | Uninsured (UM) Limit* | Underinsured (UIM) Limit* | SUM Limit* |
| | | Ded | Addl | | | | | | |
| 6 | 1,000 | | | | | | 1,000 | | |
| 7 | 1,000 | | | | | | 1,000 | | |
| 8 | 1,000 | | | | | | 1,000 | | |
| 9 | 1,000 | | | | | | 1,000 | | |
| 10 | 1,000 | | | | | | 1,000 | | |

*Limits Shown Are In Thousands

| PREMIUMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Veh No. | CSL | Basic PIP | Addl PIP | Extra Med | Med Pay | Med Exp & Income | UM | UIM | SUM |
| 6 | $ 948.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |
| 7 | $ 996.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |
| 8 | $ 95.00 | $ 1.00 | $ | $ | $ | $ | $ Included | $ | $ |
| 9 | $ 95.00 | $ 1.00 | $ | $ | $ | $ | $ Included | $ | $ |
| 10 | $ 996.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |

| Veh No. | PHYSICAL DAMAGE COVERAGE | | | | PHYSICAL DAMAGE PREMIUMS | | | | Total Premium |
|---|---|---|---|---|---|---|---|---|---|
| | Deductibles | | | Towing & Labor Limit | Comp | Specified Cause of Loss | Coll | Towing & Labor | |
| | Comp | Specified Cause of Loss | Coll | | | | | | |
| 6 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |
| 7 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |
| 8 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |
| 9 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |
| 10 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |

**Policy No.:**     ECA 3124892 - 12

**ITEM THREE  Schedule of Covered Autos You Own (Continued)**

| Veh No. | DESCRIPTION | | | Original Cost New | Stated Amount |
|---|---|---|---|---|---|
| | Year | Model | VIN Number | | |
| 11 | 2013 | RAM 5500 | 3C7WRNFL1DG595069 | $ 48,310 | $ |
| 12 | 2013 | RAM 5500 | 3C7WRNFLXDG595006 | $ 48,310 | $ |
| 13 | 2010 | Toyota Tundra | 5TFUW5F1XAX118675 | $ 30,500 | $ |
| 14 | 1997 | Fontaine | 13N248306V1575028 | $ 11,950 | $ |
| 15 | 2008 | Toyota Tundra | 5TFDV54108X037376 | $ 19,000 | $ |

| Veh No. | CLASSIFICATION | | | | TERRITORY (Principal Garage Location) | | | |
|---|---|---|---|---|---|---|---|---|
| | Code | Radius (Miles) | Use | Size (GVW) | | | | |
| 11 | 21499 | 0-50 | Service | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 12 | 21499 | 0-50 | Service | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 13 | 01499 | 0-50 | Service | 10,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 14 | 68499 | 0-50 | N/A | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 15 | 01499 | 0-50 | Service | 10,000 lbs | Hudson Oaks | TX | Terr | 046 |

| Coverages | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Veh No. | CSL Limit* | Personal Injury Protection | | Extra Med Limit* | Med Pay Limit | Medical Expense & Income Loss | Uninsured (UM) Limit* | Underinsured (UIM) Limit* | SUM Limit* |
| | | Ded | Addl | | | | | | |
| 11 | 1,000 | | | | | | 1,000 | | |
| 12 | 1,000 | | | | | | 1,000 | | |
| 13 | 1,000 | | | | | | 1,000 | | |
| 14 | 1,000 | | | | | | 1,000 | | |
| 15 | 1,000 | | | | | | 1,000 | | |

*Limits Shown Are in Thousands

| PREMIUMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Veh No. | CSL | Basic PIP | Addl PIP | Extra Med | Med Pay | Med Exp & Income | UM | UIM | SUM |
| 11 | $ 996.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |
| 12 | $ 996.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |
| 13 | $ 948.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |
| 14 | $ 95.00 | $ 1.00 | $ | $ | $ | $ | $ Included | $ | $ |
| 15 | $ 948.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |

| Veh No. | PHYSICAL DAMAGE COVERAGE | | | | PHYSICAL DAMAGE PREMIUMS | | | | Total Premium |
|---|---|---|---|---|---|---|---|---|---|
| | Deductibles | | | Towing & Labor Limit | Comp | Specified Cause of Loss | Coll | Towing & Labor | |
| | Comp | Specified Cause of Loss | Coll | | | | | | |
| 11 | 1,000 | | 1,000 | $ | $ | $ | $ | $ |
| 12 | 1,000 | | 1,000 | $ | $ | $ | $ | $ |
| 13 | 1,000 | | 1,000 | $ | $ | $ | $ | $ |
| 14 | 1,000 | | 1,000 | $ | $ | $ | $ | $ |
| 15 | 1,000 | | 1,000 | $ | $ | $ | $ | $ |

Includes material copyrighted by Insurance Services Office, Inc., with its permission   CA DS 83 00 08 14

Policy No.:     ECA  3124892 - 12

ITEM THREE  Schedule of Covered Autos You Own (Continued)

| Veh No. | DESCRIPTION | | | Original Cost New | Stated Amount |
|---|---|---|---|---|---|
| | Year | Model | VIN Number | | |
| 16 | 2016 | Road Boss Trailer | 520BP2024GP008794 | $ 9,750 | $ |
| 17 | 2016 | Road Boss Trailer | 520BP2020GP008792 | $ 9,750 | $ |
| 18 | 2012 | DODGE RAM 3500 ST | 3C7WDTCL1CG305306 | $ 33,435 | $ |
| 19 | 2014 | Gooseneck Trailer | 5VNGU2025ET123647 | $ 5,000 | $ |
| 20 | 2015 | Load Trail Trailer | 4ZEGH402XF1070197 | $ 14,000 | $ |

| Veh No. | CLASSIFICATION | | | | TERRITORY (Principal Garage Location) | | | |
|---|---|---|---|---|---|---|---|---|
| | Code | Radius (Miles) | Use | Size (GVW) | | | | |
| 16 | 68499 | 0-50 | N/A | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 17 | 68499 | 0-50 | N/A | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 18 | 21499 | 0-50 | Service | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 19 | 68499 | 0-50 | N/A | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |
| 20 | 68499 | 0-50 | N/A | 20,000 lbs | Hudson Oaks | TX | Terr | 046 |

| Coverages | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Veh No. | CSL Limit* | Personal Injury Protection | | Extra Med Limit* | Med Pay Limit | Medical Expense & Income Loss | Uninsured (UM) Limit* | Underinsured (UIM) Limit* | SUM Limit* |
| | | Ded | Addl | | | | | | |
| 16 | 1,000 | | | | | | 1,000 | | |
| 17 | 1,000 | | | | | | 1,000 | | |
| 18 | 1,000 | | | | | | 1,000 | | |
| 19 | 1,000 | | | | | | 1,000 | | |
| 20 | 1,000 | | | | | | 1,000 | | |

*Limits Shown Are In Thousands

| PREMIUMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Veh No. | CSL | Basic PIP | Addl PIP | Extra Med | Med Pay | Med Exp & Income | UM | UIM | SUM |
| 16 | $ 95.00 | $ 1.00 | $ | $ | $ | $ | $ Included | $ | $ |
| 17 | $ 95.00 | $ 1.00 | $ | $ | $ | $ | $ Included | $ | $ |
| 18 | $ 996.00 | $ 9.00 | $ | $ | $ | $ | $ 178.00 | $ | $ |
| 19 | $ 95.00 | $ 1.00 | $ | $ | $ | $ | $ Included | $ | $ |
| 20 | $ 95.00 | $ 1.00 | $ | $ | $ | $ | $ Included | $ | $ |

| Veh No. | PHYSICAL DAMAGE COVERAGE | | | | PHYSICAL DAMAGE PREMIUMS | | | | Total Premium |
|---|---|---|---|---|---|---|---|---|---|
| | Deductibles | | | Towing & Labor Limit | Comp | Specified Cause of Loss | Coll | Towing & Labor | |
| | Comp | Specified Cause of Loss | Coll | | | | | | |
| 16 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |
| 17 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |
| 18 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |
| 19 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |
| 20 | 1,000 | | 1,000 | | $ | $ | $ | $ | $ |

**Policy No.:**     ECA  3124892 - 12

**ITEM THREE -** Schedule of Covered Autos You Own (Continued)

### SCHEDULE OF LOSS PAYEES

**Veh No.**      **Except for Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below As Interests May Appear At The Time Of The Loss**

11      Bank SNB
P.O. Box 1988
Stillwater, OK 74076

12      Bank SNB
P.O. Box 1988
Stillwater, OK 74076

Includes material copyrighted by Insurance Services Office, Inc., with its permission     **CA DS 83 00 08 14**

**Policy No.:**    ECA 3124892 - 12

**ITEM FOUR -** Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums

| Liability Coverage - Rating Basis, Cost Of Hire | | | | |
|---|---|---|---|---|
| **State** | **Estimated Cost Of Hire For Each State** | **Rate Per Each $100 Cost Of Hire** | **Factor (If Liability Coverage Is Primary)** | **Premium** |
| TX | $ If Any | $ | | $ |
| Liability Coverage - Rating Basis, Number Of Days(For Mobile Or Farm Equipment Rental Period Basis) | | | | |
| **State** | **Estimated Number Of Days Equipment Will Be Rented** | **Base Premium** | **Factor** | **Premium** |
| | | $ | | $ |
| | | | **Total Premium:** | $ |

| Physical Damage Coverage - Rating Basis, Cost of Hire | | | | | |
|---|---|---|---|---|---|
| **State** | **Coverage** | **Limit of Insurance** | **Estimated Annual Cost Of Hire** | **Rate Per Each $100 Cost Of Hire** | **Premium** |
| TX | Comprehensive Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ 1000 Deductible For Each Covered Auto, However, No Deductible Applies To Loss Caused By Fire Or Lightning. | $ If Any | $ | $ |
| | Specified Causes Of Loss Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism | $ | $ | $ |
| TX | Collision Coverage | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ 1000 Deductible For Each Covered Auto. | $ If Any | $ | $ |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM FIVE - Schedule For Non-Ownership Liability**

| **State** | **Named Insured's Business** | **Rating Basis** | **Number** | | **Premium** |
|---|---|---|---|---|---|
| TX | Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | 25 | $ | |
| | | Number Of Partners | | $ | |
| | Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | $ | |
| | Social Service Agencies | Number Of Employees | | $ | |
| | | Number Of Volunteers | | $ | |
| | | **Total Premiums:** | | $ | |

When used as a premium basis:

**FOR PUBLIC AUTOS**

**Policy No.:**     ECA  3124892 - 12

Gross Receipts means the total amount to which you are entitled for transporting passengers, mail or merchandise during the policy period regardless of whether you or any other carrier originate the transportation.  Gross Receipts does not include:

A.      Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.

B.      Advertising revenue.

C.      Taxes which you collect as a separate item and remit directly to a governmental division.

D.      C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing units operated during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount to which you are entitled for the leasing or rental of "autos" during the policy period and includes taxes except those taxes which you collect as a separate item and remit directly to a governmental division.

Mileage means the total of all live and dead mileage developed by all the "autos" you leased or rented to others during the policy period.

COMMERCIAL AUTO
CL CA FS 01 09 08

Policy Number: **ECA 3124892 - 12**

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following Declarations, Coverage Forms, Conditions, and Endorsements are applicable to:

## Commercial Auto

| State | Number | Edition | Description |
|-------|--------|---------|-------------|
| ALL | IL N 101 | 11-2015 | Texas Notice To Insurance Claimants For Motor Vehicle Repairs |
| ALL | CA DS 83 00 | 08-2014 | Business Auto Declarations |
| ALL | CL CA FS 01 | 09-2008 | Schedule of Forms and Endorsements |
| ALL | CA 00 01 | 10-2013 | Business Auto Coverage Form |
| ALL | CA 01 96 | 10-2013 | Texas Changes |
| ALL | CA 02 43 | 11-2013 | Texas Changes - Cancellation and Nonrenewal |
| ALL | CA 20 01 | 10-2013 | Lessor - Additional Insured And Loss Payee |
| ALL | CA 20 35 | 11-2001 | Texas Loss Payable Clause - Modified |
| ALL | CA 21 09 | 10-2013 | Texas Uninsured/Underinsured Motorists Coverage |
| ALL | CA 22 64 | 10-2013 | Texas Personal Injury Protection Endorsement |
| ALL | CA 23 84 | 10-2013 | Exclusion Of Terrorism |
| ALL | CA 83 09 | 09-2015 | Additional Insured - Persons or Organizations as Required Under Written Contract |
| ALL | CA 83 22 | 10-2013 | Blanket Waiver of Transfer of Rights of Recovery Against Others to Us (Waiver of Subrogation) Endorsement |
| ALL | CA 99 16 | 10-2013 | Hired Autos Specified As Covered Autos You Own |
| ALL | CA 99 33 | 10-2013 | Employees As Insureds |
| ALL | CA 99 44 | 10-2013 | Loss Payable Clause |
| ALL | CA 99 48 | 10-2013 | Pollution Liability - Broadened Coverage For Covered Autos - Business Auto, Motor Carrier And Truckers Coverage Forms |
| ALL | CA 99 95 | 10-2013 | Texas Supplementary Death Benefit |

ALL = ALL states on the policy
ALL* = Applies to all states on the policy unless a specific state form is designated.

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

### A. Description Of Covered Auto Designation Symbols

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

 © Insurance Services Office, Inc., 2011

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

 © Insurance Services Office, Inc., 2011

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

 © Insurance Services Office, Inc., 2011

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

   (1) Employment by the "insured"; or

   (2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

   (1) Whether the "insured" may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

   (1) When all of the work called for in your contract has been completed;

   (2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

   (3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto".

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   a. **Comprehensive Coverage**

      From any cause except:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft;

      (3) Windstorm, hail or earthquake;

      (4) Flood;

      (5) Mischief or vandalism; or

      (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   c. **Collision Coverage**

      Caused by:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   a. **Transportation Expenses**

      We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   b. **Loss Of Use Expenses**

      For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

      (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

      (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

(3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   **b. War Or Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

   **a.** Wear and tear, freezing, mechanical or electrical breakdown.

   **b.** Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

   **a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   **b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   **c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   **d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   **a.** Permanently installed in or upon the covered "auto";

   **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

   **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   **d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

1. The most we will pay for:

   **a.** "Loss" to any one covered "auto" is the lesser of:

   (1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   (2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   (1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

 © Insurance Services Office, Inc., 2011

    (2) Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

    (3) An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

    **a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

        **(1)** How, when and where the "accident" or "loss" occurred;

        **(2)** The "insured's" name and address; and

        **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

    **b.** Additionally, you and any other involved "insured" must:

        **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

        **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

        **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

        **(4)** Authorize us to obtain medical records or other pertinent information.

        **(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

    **c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

        **(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

        **(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

        **(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

        **(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

    **a.** There has been full compliance with all the terms of this Coverage Form; and

    **b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

© Insurance Services Office, Inc., 2011

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **a.** Power cranes, shovels, loaders, diggers or drills; or

   **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

     **(1)** Snow removal;

     **(2)** Road maintenance, but not construction or resurfacing; or

     **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

   **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

Case 4:19-cv-02730   Document 1   Filed on 07/24/19 in TXSD   Page 254 of 281

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

For a covered "auto" licensed or principally garaged in Texas, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Physical Damage Coverage**

1. The following exclusion is added to Paragraph **B. Exclusions** in the **Physical Damage Coverage** section:

   We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

2. Paragraphs **C.2.** and **C.3.** of the **Limit Of Insurance** provision under **Physical Damage Coverage** do not apply.

3. Paragraph **D. Deductible** in the **Physical Damage Coverage** section is amended by the addition of the following:

   At the mutual agreement of you and us, we will not apply the deductible to "loss" to glass, if the glass is repaired rather than replaced.

**B. Changes In Conditions**

The following condition is added:

**Claim-handling Procedures**

1. Within 15 days after we receive written notice of a claim, we will:

   a. Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

   b. Begin any investigation of the claim; and

   c. Specify the information you must provide in accordance with Paragraph **b.** of the Duties Condition.

   We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

2. After we receive the information we request, we will notify you in writing as to whether:

   a. The claim will be paid;

   b. The claim has been denied, and inform you of the reasons for denial;

   c. More information is necessary; or

   d. We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

   We will provide notification, as described in **2.a.** through **2.d.** above, within:

   a. 15 "business days"; or

   b. 30 days if we have reason to believe the "loss" resulted from arson.

   If we have notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

3. If a claim results from a weather-related catastrophe or a major natural disaster as defined by the Texas Department of Insurance, the claim-handling deadlines described above are extended for an additional 15 days.

4. If we notify you that we will pay your claim, or part of your claim, we will pay within five "business days" after we notify you.

However, if payment of the claim or part of the claim is conditioned on your compliance with any of the terms under this Policy, we will make payment within five "business days" after the date you have complied with such terms.

5. We will notify the first Named Insured in writing of:

a. An initial offer to settle a claim made or "suit" brought against any "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given no later than the 10th day after the date on which the offer is made.

b. Any settlement of a claim made or "suit" brought against the "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given not later than the 30th day after the date of settlement.

As used in this condition, "business day" means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**C. Changes In Uninsured/Underinsured Motorists Coverage**

All references to "Uninsured Motorists Coverage" in the title or text of any Coverage Form or endorsement thereto are changed to read "Uninsured/Underinsured Motorists Coverage".

**D. Changes In Trailer Interchange Coverage**

The following exclusion is added to Paragraph **B. Exclusions** of **Section III – Trailer Interchange Coverage** in the Motor Carrier Coverage Form and to Paragraph **B.2. Exclusions** of the Motor Carrier Endorsement if attached:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

**E. Changes In Garagekeepers Coverage**

If the Garagekeepers Coverage Endorsement or the Garagekeepers Coverage – Customers' Sound-receiving Equipment endorsement is attached, the following exclusion is added:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

COMMERCIAL AUTO
CA 02 43 11 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraphs **2.** and **5.** of the **Cancellation** Common Policy Condition contained in Endorsement **IL 00 17** are replaced by the following:

**2.** We may cancel this policy:

**a.** By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

**b.** For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001:

**(1)** If this policy has been in effect for 60 days or less, we may cancel for any reason except, that under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official.

**(2)** If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

**(a)** Fraud in obtaining coverage;

**(b)** Failure to pay premiums when due;

**(c)** An increase in hazard within the control of the insured which would produce an increase in rate;

**(d)** Loss of reinsurance covering all or part of the risk covered by the policy; or

**(e)** If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

**c.** For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001:

**(1)** If this policy has been in effect for less than 90 days, we may cancel this policy for any reason.

**(2)** If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel this policy, only for the following reasons:

**(a)** If the first Named Insured does not pay the premium or any portion of the premium when due;

**(b)** If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

**(c)** If the Named Insured submits a fraudulent claim; or

**(d)** If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

5. If this policy is canceled, we will send the first Named Insured any premium refund due. The refund will be pro rata, subject to the policy minimum premium. The cancellation will be effective even if we have not made or offered a refund.

B. The following condition is added:

**Nonrenewal**

1. We may elect to renew this policy except that under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

2. If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

© Insurance Services Office, Inc., 2013

CA 02 43 11 13

COMMERCIAL AUTO
CA 20 01 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LESSOR - ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**   Four Six Services, LLC | |
| **Endorsement Effective Date:**    05/30/2017 | |

## SCHEDULE

| | |
|---|---|
| **Insurance Company:**   Berkley Regional Insurance Company | |
| **Policy Number:**   ECA 3124892 - 12 | **Effective Date:** 05/30/2017 |
| **Expiration Date:**   05/30/2018 | |
| **Named Insured:**   Four Six Services, LLC | |
| **Address:**   PO Box 4923 Lago Vista, TX 78645 | |
| **Additional Insured (Lessor):**   Any person or organization when you and such person or organization have agreed in writing in a contract or agreement executed prior to a loss that such person or organization be added as an additional insured and/or loss payee on your policy for which this endorsement covers. | |
| **Address:** | |
| **Designation Or Description Of "Leased Autos":** | |

| Coverages | Limit Of Insurance | | |
|---|---|---|---|
| **Covered Autos Liability** | $ 1,000,000 | **Each "Accident"** | |
| **Comprehensive** | **Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus**<br>$   See Deductible Schedule          **Deductible For Each Covered "Leased Auto"** | | |
| **Collision** | **Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus**<br>$   See Deductible Schedule          **Deductible For Each Covered "Leased Auto"** | | |
| **Specified<br>Causes Of Loss** | **Actual Cash Value Or Cost Of Repair Whichever Is Less, Minus**<br>$                                     **Deductible For Each Covered "Leased Auto"** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule. However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

   a. You;

   b. Any of your "employees" or agents; or

   c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

         © Insurance Services Office, Inc., 2011         CA 20 01 10 13

COMMERCIAL AUTO
CA 20 35 11 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**.

# TEXAS LOSS PAYABLE CLAUSE - MODIFIED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.
Loss Payee:

Unit #:  7
Bank SNB
P.O. Box 1988
Stillwater, OK 74076

"Loss" or damage under Physical Damage Coverage shall be paid as interest may appear to you and the loss payee shown in the declarations or in this endorsement. This insurance covering the interest of the loss payee shall not become invalid because of your fraudulent acts or omissions, unless the "loss" results from your conversion, secretion or embezzlement of your covered "auto". However, we reserve the right to cancel the policy as permitted by policy terms. Notice of the cancellation mailed to the loss payee at least ten days prior to the date of cancellation for the loss payee will terminate this agreement.

The insurance covering the loss payee's interest as specified in this loss payable clause will continue for subsequent policy periods regardless of any policy expiration date shown in the declarations until we mail notice to the loss payee at least ten days prior to the date the coverage for the loss payee will end.

If you cancel the policy as permitted by policy terms, we agree to mail notice of the cancellation to the loss payee at least ten days prior to the date the coverage for the loss payee will end. In any event, your coverage ends on the date of your cancellation.

When we pay the loss payee, we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

COMMERCIAL AUTO
CA 20 35 11 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS LOSS PAYABLE CLAUSE - MODIFIED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.
Loss Payee:

Unit #:  8
Bank SNB
P.O. Box 1988
Stillwater, OK 74076

"Loss" or damage under Physical Damage Coverage shall be paid as interest may appear to you and the loss payee shown in the declarations or in this endorsement. This insurance covering the interest of the loss payee shall not become invalid because of your fraudulent acts or omissions, unless the "loss" results from your conversion, secretion or embezzlement of your covered "auto". However, we reserve the right to cancel the policy as permitted by policy terms. Notice of the cancellation mailed to the loss payee at least ten days prior to the date of cancellation for the loss payee will terminate this agreement.

The insurance covering the loss payee's interest as specified in this loss payable clause will continue for subsequent policy periods regardless of any policy expiration date shown in the declarations until we mail notice to the loss payee at least ten days prior to the date the coverage for the loss payee will end.

If you cancel the policy as permitted by policy terms, we agree to mail notice of the cancellation to the loss payee at least ten days prior to the date the coverage for the loss payee will end. In any event, your coverage ends on the date of your cancellation.

When we pay the loss payee, we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

COMMERCIAL AUTO
CA 20 35 11 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS LOSS PAYABLE CLAUSE - MODIFIED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.
Loss Payee:

Unit #:  9
Bank SNB
P.O. Box 1988
Stillwater, OK 74076

"Loss" or damage under Physical Damage Coverage shall be paid as interest may appear to you and the loss payee shown in the declarations or in this endorsement. This insurance covering the interest of the loss payee shall not become invalid because of your fraudulent acts or omissions, unless the "loss" results from your conversion, secretion or embezzlement of your covered "auto". However, we reserve the right to cancel the policy as permitted by policy terms. Notice of the cancellation mailed to the loss payee at least ten days prior to the date of cancellation for the loss payee will terminate this agreement.

The insurance covering the loss payee's interest as specified in this loss payable clause will continue for subsequent policy periods regardless of any policy expiration date shown in the declarations until we mail notice to the loss payee at least ten days prior to the date the coverage for the loss payee will end.

If you cancel the policy as permitted by policy terms, we agree to mail notice of the cancellation to the loss payee at least ten days prior to the date the coverage for the loss payee will end. In any event, your coverage ends on the date of your cancellation.

When we pay the loss payee, we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

COMMERCIAL AUTO
CA 20 35 11 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS LOSS PAYABLE CLAUSE - MODIFIED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.
Loss Payee:

Unit #:  10
Bank SNB
P.O. Box 1988
Stillwater, OK 74076

"Loss" or damage under Physical Damage Coverage shall be paid as interest may appear to you and the loss payee shown in the declarations or in this endorsement. This insurance covering the interest of the loss payee shall not become invalid because of your fraudulent acts or omissions, unless the "loss" results from your conversion, secretion or embezzlement of your covered "auto". However, we reserve the right to cancel the policy as permitted by policy terms. Notice of the cancellation mailed to the loss payee at least ten days prior to the date of cancellation for the loss payee will terminate this agreement.

The insurance covering the loss payee's interest as specified in this loss payable clause will continue for subsequent policy periods regardless of any policy expiration date shown in the declarations until we mail notice to the loss payee at least ten days prior to the date the coverage for the loss payee will end.

If you cancel the policy as permitted by policy terms, we agree to mail notice of the cancellation to the loss payee at least ten days prior to the date the coverage for the loss payee will end. In any event, your coverage ends on the date of your cancellation.

When we pay the loss payee, we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

COMMERCIAL AUTO
CA 21 09 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS UNINSURED/UNDERINSURED MOTORISTS COVERAGE

For a "covered auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Texas, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | Four Six Services, LLC |
| **Endorsement Effective Date:** | 05/30/2017 |

**SCHEDULE**

| Limit Of Insurance | |
|---|---|
| $  1,000,000 | Each "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Coverage

1. We will pay damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury" sustained by an "insured" or "property damage" caused by an "accident". The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if **a.** or **b.** below applies:

   a. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

   b. A tentative settlement has been made between an "insured" and the insurer of the vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle", and we:

      (1) Have been given prompt written notice of such tentative settlement; and

      (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us. If we and the Named Insured do not agree as to whether or not a vehicle is actually uninsured, the burden of proof as to that issue will be on us.

  © Insurance Services Office, Inc., 2013

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are insureds:

   a. The Named Insured and any "family member".

   b. Any other person "occupying" a "covered auto".

   c. Any person or organization for damages that person or organization is entitled to recover because of "bodily injury" sustained by a person described in **a.** or **b.** above.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. The Named Insured for "property damage" only.

   b. Any person "occupying" a "covered auto".

   c. Any person or organization for damages that person or organization is entitled to recover because of "bodily injury" sustained by a person described in **b.** above.

## C. Exclusions

1. We do not provide Uninsured/Underinsured Motorists Insurance:

   a. For "bodily injury" sustained by:

      (1) An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a "covered auto" for Uninsured/Underinsured Motorists Coverage under this Coverage Form;

      (2) Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a "covered auto" for Uninsured/Underinsured Motorists Coverage under this Coverage Form; or

      (3) Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured/Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

   b. For any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an owner or operator of a vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle" in accordance with the procedure described in Paragraph **A.2.b.**

   c. For any person for the first $250 of the amount of damage to the property of that person as the result of any one "accident".

   d. For the use of a vehicle without a reasonable belief that the person using the vehicle is entitled to do so. This exclusion does not apply to an individual Named Insured or a "family member" while using a "covered auto".

   e. For any person for "bodily injury" or "property damage" resulting from the intentional acts of that person.

2. This coverage shall not apply directly or indirectly to benefit:

   a. Any insurer or self-insurer under any workers' compensation, disability or similar law.

   b. Any insurer of property.

## D. Limit Of Insurance

1. Regardless of the number of "covered autos", "insureds", policies or bonds applicable, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured/Underinsured Motorists Coverage shown in the Schedule or Declarations. Subject to this maximum, our limit of liability will be the lesser of:

   a. The difference between the amount of a covered "insured's" damages for "bodily injury" or "property damage" and the amount paid or payable to that covered "insured" for such damages, by or on behalf of persons or organizations who may be legally responsible; or

   b. The applicable limit of liability for this coverage.

2. In order to avoid insurance benefits payments in excess of actual damages sustained, subject to only the limits set out in the Schedule or Declarations and other applicable provisions of this coverage, we will pay all covered damages not paid or payable under any:

   a. Workers' compensation, disability benefits or similar law;

   b. Automobile Medical Payments Coverage; or

   c. Personal Injury Protection Coverage.

3. Any payment under this coverage to or for an "insured" will reduce any amount that "insured" is entitled to recover for the same damages under this Policy's Covered Autos Liability Coverage.

        © Insurance Services Office, Inc., 2013        **CA 21 09 10 13**

**4. Special Provisions For Property Damage**

For any "property damage" "loss" to which the Physical Damage Coverage of this Policy (or similar coverage from another policy) and this coverage both apply, the Named Insured may choose the coverage from which damages will be paid. Such Named Insured may recover under both coverages, but only if:

**a.** Neither one by itself is sufficient to cover the "loss";

**b.** The Named Insured pays the higher deductible amount (but the Named Insured does not have to pay both deductibles); and

**c.** The Named Insured will not recover more than the actual damages.

**E. Changes In Conditions**

The conditions of the Policy are changed for Uninsured/Underinsured Motorists Insurance as follows:

**1.** The reference in the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form to "other collectible insurance" is replaced by the following:

If there is other applicable similar insurance, we will pay only our share of the "loss". Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible insurance.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved.

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**c.** Take reasonable steps after "loss" to protect the "covered auto" and its equipment from further "loss". We will pay all reasonable expenses incurred to do this.

**d.** Permit us to inspect and appraise the damaged property before its repair or disposal.

**e.** Promptly notify us in writing of a tentative settlement between an "insured" and the insurer of the vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle.

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights under this provision do not apply with respect to a tentative settlement between an "insured" and the insurer of an owner or operator of a vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle" if we:

**a.** Have been given written notice of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount an "insured" is entitled to recover under the provisions of Uninsured/Underinsured Motorists Coverage; and

**b.** We also have the right to recover the advanced payment.

4. The following condition is added:

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding. However, at any time prior to the arbitrators' decision, either party may revoke the agreement to arbitrate the matter.

**F. Additional Definitions**

The following are added to the **Definitions** section and have special meaning for Uninsured/Underinsured Motorists Insurance:

1. "Covered auto" means an "auto":

a. Owned or leased by the Named Insured; or

b. While temporarily used as a substitute for an owned "covered auto" that has been withdrawn from normal use because of its breakdown, repair, servicing, "loss" or destruction.

Covered Autos Liability Coverage of this Policy must apply to the "covered auto".

"Covered auto" includes "autos" (described in **a.** or **b.** above) for which Uninsured/Underinsured Motorists Insurance has not been rejected in writing.

2. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Property damage" means injury to or "loss" of use or destruction of:

a. A "covered auto";

b. Property owned by the Named Insured or any "family member" of an individual Named Insured while contained in a "covered auto";

c. Property owned by any other person "occupying" the "covered auto" while contained in the "covered auto"; and

d. Any property owned by the Named Insured or "family member" of an individual Named Insured while contained in any "auto" not owned, but being operated, by such individual Named Insured or any "family member" of the individual Named Insured.

5. "Uninsured motor vehicle" means a land motor vehicle or "trailer" of any type:

a. To which no liability bond or policy applies at the time of the "accident".

b. Which is a hit-and-run vehicle whose operator or owner cannot be identified. The vehicle must hit an "insured", a "covered auto" or a vehicle an "insured" is "occupying".

c. To which a liability bond or policy applies at the time of the "accident", but the bonding or insuring company denies coverage or is or becomes insolvent.

d. Which is an underinsured motor vehicle. An underinsured motor vehicle is one to which a liability bond or policy applies at the time of the accident, but its limit of liability either:

(1) Is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages; or

(2) Has been reduced by payment of claims to an amount which is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

a. Owned by or furnished or available for the regular use of the Named Insured or a "family member" of an individual Named Insured;

   © Insurance Services Office, Inc., 2013   CA 21 09 10 13

**b.** Owned or operated by a self-insurer under an applicable motor vehicle law;

**c.** Owned by any governmental body unless the operator of the vehicle is uninsured and there is no statute imposing liability for damage because of "bodily injury" or "property damage" on the governmental body for an amount not less than the Limit of Insurance for this coverage;

**d.** Operated on rails or crawler treads;

**e.** Designed mainly for use off public roads while not on public roads; and

**f.** While located for use as a residence or premises.

COMMERCIAL AUTO
CA 22 64 10 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TEXAS PERSONAL INJURY PROTECTION ENDORSEMENT

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Texas, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** | Four Six Services, LLC |
| **Endorsement Effective Date:** | 05/30/2017 |

## SCHEDULE

| Limit Of Insurance (Each Insured) | Premium |
|---|---|
| $   2,500 | $   See Declarations |
| $ | $ |
| $ | $ |
| $ | $ |
| **Description Of Covered Autos** (check appropriate box): | |

| | |
|---|---|
| | Any "auto" owned by you. |
| | Any private passenger "auto" owned by you. |
| | Any motor vehicle to which are attached dealer's license plates issued to you. |
| X | Any motor vehicle designated in the Declarations of the policy by the letters P.I.P. and a motor vehicle ownership of which is acquired during the policy period by you as a replacement therefor. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

We will pay Personal Injury Protection benefits because of "bodily injury" resulting from a motor vehicle "accident" and sustained by a person "insured". Our payment will only be for "losses" or expenses incurred within three years from the date of the "accident".

Personal Injury Protection benefits consist of:

1. Necessary expenses for medical and funeral services.

2. 80% of an "insured's" loss of income from employment. These benefits apply only if, at the time of the "accident", the "insured":

   a. Was an income producer; and

**b.** Was in an occupational status.

These benefits do not apply to any "loss" after the "insured" dies.

Loss of income is the difference between:

**a.** Income which would have been earned had the "insured" not been injured; and

**b.** The amount of income actually received from employment during the period of disability.

If the income being earned as of the date of the "accident" is a salary or fixed remuneration, it shall be used in determining the amount of income which would have been earned. Otherwise, the average monthly income earned during the period (not more than 12 months) preceding the "accident" shall be used.

**3.** Reasonable expenses incurred for obtaining services. These services must replace those an "insured" would normally have performed:

**a.** Without pay;

**b.** During a period of disability; and

**c.** For the care and maintenance of the family or household.

These benefits apply only if, at the time of the "accident", the "insured":

**a.** Was not an income producer; and

**b.** Was not in an occupational status.

These benefits do not apply to any "loss" after the "insured" dies.

**B. Who Is An Insured**

**1.** You or any "family member" while "occupying" or when struck by any "auto".

**2.** Anyone else "occupying" a "covered auto" with your permission.

**C. Exclusions**

We will not provide Personal Injury Protection Coverage for any person for "bodily injury" sustained:

**1.** In an "accident" caused intentionally by that person.

**2.** By that person while in the commission of a felony.

**3.** By that person while attempting to elude arrest by a law enforcement official.

**4.** While "occupying" or when struck by, any motor vehicle (other than a "covered auto") which is owned by you.

**5.** By a "family member" while "occupying" or when struck by any motor vehicle (other than a "covered auto") which is owned by a "family member".

**D. Limit Of Insurance**

Regardless of the number of owned "covered autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" in any one "accident" is the limit of Personal Injury Protection shown in the Schedule or in the Declarations.

**E. Changes In Conditions**

The Conditions of the policy are changed for Personal Injury Protection as follows:

**1.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

However, our rights only apply against a person causing or contributing to the "accident" if, on the date of the "loss", the minimum limits required by Texas law have not been established for a motor vehicle involved in the "accident" and operated by that person.

**2.** The reference in the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form to "other collectible insurance" is replaced by the following:

If there is other Personal Injury Protection Insurance, we will pay only our share. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible Personal Injury Protection Insurance.

**3.** The following conditions are added:

**a. Payment Provision**

Loss Payments benefits are payable:

**(1)** Not more frequently than every two weeks; and

**(2)** Within 30 days after satisfactory proof of claim is received.

**b. Assignment Of Benefits**

Payments for medical benefits will be paid directly to a physician or other health care provider if we receive a written assignment signed by the covered person to whom such benefits are payable.

 © Insurance Services Office, Inc., 2010 CA 22 64 10 13

**F. Additional Definitions**

The following are added to the **Definitions** section and have special meaning for Personal Injury Protection:

1. "Covered auto" means an "auto":

   a. Owned or leased by you; or

   b. While temporarily used as a substitute for an owned "covered auto" that has been withdrawn from normal use because of its breakdown, repair, servicing, "loss" or destruction.

   Covered Autos Liability Coverage of this policy must apply to the "covered auto".

"Covered auto" includes "autos" (described in Paragraphs **a.** and **b.** above) for which Personal Injury Protection Coverage has not been rejected in writing.

2. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

3. "Occupying" means in, upon, getting in, on, out or off.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   b. When one or both of the following apply:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

B. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death; or

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

 © Insurance Services Office, Inc., 2013 CA 23 84 10 13

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.,** coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**COMMERCIAL AUTOMOBILE**
**CA 83 09 09 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - PERSONS OR ORGANIZATIONS AS REQUIRED UNDER WRITTEN CONTRACT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

MOTOR CARRIER COVERAGE FORM

The following is added under **SECTION II – LIABILITY COVERAGE, A. COVERAGE, 1. Who Is An Insured:**

d.  Any person or organization with respect to the operation, maintenance or use of a covered "auto" provided that you and such person or organization have agreed under an express provision in a written "insured contract", written agreement or written permit issued to you by a governmental or public authority to add such person or organization to this policy as an 'insured'.  However, such person or organization is only an "insured" with:

1.  respect to the operation, maintenance or use of a covered "auto", and
2.  for "bodily injury" or "property damage" is caused by an "accident" which takes place after;
    a.  "you" have executed the "insured contract" or written agreement ; or
    b.  the permit has been issued to you.

All other terms and conditions remain the same.

# BLANKET WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WAIVER OF SUBROGATION) ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

The following is added to **SECTION IV, A. Loss Conditions**, **5. Transfer of Rights Of Recovery Against Others To Us**:

We waive any right of recovery we may have against any person or organization to the extent required of you by a written contract executed prior to any "accident" or "loss", provided that the "accident" or "loss" arises out of operations contemplated by such contract.  The waiver applies only to the person or organization designated in such contract.

THIS ENDORSEMENT MUST BE ATTACHED TO A CHANGE ENDORSEMENT WHEN ISSUED AFTER THE POLICY IS WRITTEN.

Includes copyrighted material of Insurance Services Office, Inc with its permission

COMMERCIAL AUTO
CA 99 16 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTOS SPECIFIED AS
# COVERED AUTOS YOU OWN

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**   Four Six Services, LLC | |
| **Endorsement Effective Date:**    05/30/2017 | |

**SCHEDULE**

| |
|---|
| **Description Of Auto:** |
| Autos hired or leased under a contract, of six months or more duration, where you are required to provide primary coverage. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Any "auto" described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire, borrow or lease.

**B. Changes In Covered Autos Liability Coverage**

The following is added to the **Who Is An Insured** provision:

While any covered "auto" described in the Schedule is rented or leased to you and is being used by or for you, its owner or anyone else from whom you rent or lease it is an "insured" but only for that covered "auto".

  © Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 99 33 10 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEES AS INSUREDS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following is added to the **Section II – Covered Autos Liability Coverage,** Paragraph **A.1. Who Is An Insured** provision:

> Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

COMMERCIAL AUTO
CA 99 44 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the Cancellation Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy, we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY – BROADENED COVERAGE FOR COVERED AUTOS – BUSINESS AUTO AND MOTOR CARRIER COVERAGE FORMS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **a.** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **B.6. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **D.** of the **Definitions** Section is replaced by the following:

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

© Insurance Services Office, Inc., 2011

COMMERCIAL AUTO
CA 99 95 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS SUPPLEMENTARY DEATH BENEFIT

This endorsement modifies insurance provided under the following:

AUTO MEDICAL PAYMENTS COVERAGE
PERSONAL INJURY PROTECTION COVERAGE

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:**   Four Six Services, LLC | |
| **Endorsement Effective Date:**    05/30/2017 | |

## A. Coverage

We will pay under the provisions of personal injury protection insurance and/or auto medical payments insurance as afforded by this policy except as limited by this endorsement.

We will pay a supplementary death benefit equal to the limit shown for the coverages but not exceeding ten thousand dollars ($10,000) per person because of death:

1. Caused by an "auto" "accident"; and
2. Sustained by an "insured" while wearing a "seat belt" or protected by an "airbag".

We will pay the benefit if death from an "auto" "accident" occurs within three years of the date of such "accident".

## B. Proof Of Claim For Death Benefit

The "beneficiary" must furnish us with proof of death of the "insured", accompanied by a police report or other suitable proof, that the "insured" at the time of the "auto" "accident" was wearing a "seat belt" or protected by an "air bag".

## C. Other Insurance

Any amounts payable under the supplementary death benefit shall not be reduced by any other amounts paid or payable under this policy.

## D. Additional Definitions

The following are added to the **Definitions** section and have special meaning for Supplementary Death Benefit:

1. "Insured" as used in this endorsement means the same persons who are covered under auto medical payments insurance and/or personal injury protection insurance.
2. "Seat belt" means manual or automatic safety belts or seat and shoulder restraints or a child restraint device.
3. "Airbag" is a functioning airbag designed to protect the occupant of a seat in an "auto".
4. "Beneficiary" means (in order of priority of payment):
   a. The surviving spouse if a resident in the same household as the deceased at the time of the "accident"; or
   b. If the deceased is an unmarried minor, either of the surviving parents who had legal custody at the time of the "accident"; or
   c. The estate of the deceased.

© Insurance Services Office, Inc., 2012